22ND JUDICIAL DISTRICT COURT
PARISH OF ST. TAMMANY
STATE OF LOUISIANA

ITEM NUMBER:   WARRANT NUMBER:
2019-8211

## AFFIDAVIT FOR ARREST WARRANT

STATE OF LOUISIANA
VERSUS
JERRY HAMILTON ROGERS, WHITE MALE
82096 Highway 1080, Folsom, LA, 70437
DOB: 11/03/1972, SSN: 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
Height: , Weight:
Eye Color: , Hair Color:
D/M:

I, Keith Canizaro, with the St Tammany Parish Sheriff's Office, certify under oath based on the information outlined below, that there is probable cause to believe JERRY HAMILTON ROGERS on or about the date(s) of 12/29/2017 - 12/09/2018 did commit:

1 Count of 14:47--Defamation-- (MISDEMEANOR)

within this State and Parish at: and the jurisdiction of the 22ND JUDICIAL DISTRICT COURT, contrary to the form of the statutes of the State of Louisiana in such case made and provided, and against the peace and dignity of the same, in that the following did occur:

On August 15, 2019, Sergeant Keith Canizaro, assigned to the Major Crimes Unit of the Saint Tammany Parish Sheriff's Office, was tasked with the investigation regarding possible obstruction of justice relating to an open 2017 homicide investigation. Investigators were made aware of several email communications, originating from an unknown author, sent to a family member of the victim of the aforementioned homicide. The time span of aforementioned emails were from December of 2017 through June of 2019. The emails contained information regarding the ongoing investigations, as well as derogatory statements regarding the lead investigator and others involved in the investigation. The family member who received the emails disseminated them to other family members, due to the content regarding the competency of the lead investigator, his supervisors and others involved in the investigation.

One of the family members contacted the lead investigator, regarding the emails, and requested he find the identity of the unknown author. That family member advised the information relayed in the emails alarmed the family and caused the family members to distrust the lead investigator and the Saint Tammany Parish Sheriff's Office. The unknown author provided the family member with false information regarding the lead investigator's experience

and ability to investigate homicides. The unknown author referred to the lead investigator as "clueless", and "anything is better than" the lead investigator. The false information, provided by the unknown author, deprived the lead investigator of the family's public confidence and exposed him to contempt from the victim's family. The unknown author's false information, seeded the family's distrust of the lead investigator's ability to investigate the homicide case. In fact, the lead investigator has been a certified law enforcement officer for nineteen (19) years and a detective for eight (8) years. During his time as a detective, the aforementioned investigator was lead detective on several homicides, and assisted on numerous homicide investigations, which resulted in successful conclusions. The lead detective is certified by the State of Louisiana as a Homicide Investigator.

During the subsequent investigation to identify the author of the emails, it was discovered a Federal Government agency's IP address was used to send portions of the electronic correspondence. As the investigation progressed, Jerry Rogers, was found to be a Federal Law Enforcement Agent with the US Department of Housing and Urban Development and the author of the aforementioned emails. Rogers was a former investigator for the Saint Tammany Parish Sheriff's Office, and left the agency in 2009. The investigation revealed Rogers maintained relationships with current Saint Tammany Parish Sheriff's Office employees, one of whom was directly involved with the open homicide investigation.

Based on the aforementioned information, Sergeant Canizaro request an arrest warrant be issued for Jerry Rogers, W/M, D.O.B. 11/03/1972, for the violation of the crime, as described in L.R.S. 14:47, relative to Defamation.

I hereby certify under oath the information contained herein to be true and correct, to the best of my knowledge, under penalties of perjury, so help me God.



Keith Canizaro
Affiant

Monday, September 16, 2019 11:25

## 22ND JUDICIAL DISTRICT COURT

## PARISH OF ST. TAMMANY

## STATE OF LOUISIANA

**ITEM NUMBER:** 2019-8211

**WARRANT NUMBER:**

## ARREST WARRANT

State of Louisiana
Versus
JERRY HAMILTON ROGERS, WHITE MALE
82096 Highway 1080, Folsom, LA, 70437
DOB: 11/03/1972, SSN: 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
Height: , Weight: , Eye Color: , Hair Color:
D/M:

TO ANY COMMISSIONED PEACE OFFICER:

WHEREAS, complaint has been made to me, upon the sworn affidavit of Keith Canizaro, with the St Tammany Parish Sheriff's Office, charging one JERRY HAMILTON ROGERS with:

1 Count of 14:47--Defamation-- (MISDEMEANOR)

Committed on or about the date(s) of 12/29/2017 - 12/09/2018.

Now, therefore, you are hereby commanded, in the name of the State, to apprehend and arrest and book the said accused to answer the said complaint. You are further commanded to keep the said accused in safe custody until released according to law, and this shall be your warrant.

Given under my official signature, this 16 day of September, 2019.



Judge Raymond Childress
22ND JUDICIAL DISTRICT COURT
State of Louisiana

Monday, September 16, 2019 11:25

THUS DONE AND PASSED on the 16 day of September, 2019.



Judge Raymond Childress
22ND JUDICIAL DISTRICT COURT
State of Louisiana

Monday, September 16, 2019 11:25