UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
|     **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
|     **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION TO FOR LEAVE TO FILE REPLY MEMORANDUM

**NOW INTO COURT,** through undersigned counsel, comes Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, and Keith Canizarro, who respectfully request that this Court grant them leave to file a reply memorandum in further support of their Partial Motion to Dismiss Pursuant to Rule 12(b)(6).[1] Defendants have attached their proposed reply memorandum as Exhibit "A" to this motion. The attached reply memorandum is responsive to the arguments raised by Plaintiff in his opposition and will assist the Court in its determination of the issues. The instant motion is currently set for submission on June 10, 2020 at 9:30 a.m.

---

[1] Rec. Doc. 11.

**Respectfully submitted,**

**MILLING BENSON WOODWARD, LLP**

*s/ Chadwick W. Collings*

| | |
|---|---|
| **CHADWICK W. COLLINGS, T.A.** | **(#25373)** |
| **CODY J. ACOSTA** | **(#37005)** |

**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone:     (985) 292-2000**
**Facsimile:      (985) 292-2001**
**Email:           ccollings@millinglaw.com**
*Attorneys for Defendants*

**Dated: Tuesday, June 09, 2020**