UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY ROGERS, JR.                          CIVIL ACTION

V.                                           NO. 20-517 "H"(3)

RANDY SMITH ET AL

### NOTICE OF SCHEDULING CONFERENCE

**Counsel must call in to the conference at (877) 411-9748 and enter Access code 7562821**

A **SCHEDULING CONFERENCE** is set, BY TELEPHONE, for **September 8, 2020 at 11:30 a.m.** for the purpose of selecting a trial date and pre-trial deadlines.

Counsel are to participate by calling in to the conference call number listed above and entering the access code when prompted. The Court's case manager will join the call as the host once all parties are on the line.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

Issued for the Court:

By: Erin Mouledous
      Case Manager
      (504) 589-7695

NOTICE
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF THIS NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE.

IMPORTANT NOTICE TO COUNSEL

COUNSEL WILL BE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS REGARDING DISCLOSURE AT THE CONFERENCE:

1. Have all parties completed your Rule 26(a)(1) mandatory initial disclosures?

2. Have all parties stipulated that initial disclosures under Rule 26(a)(1) will not be made in this case?

3. Do any of the parties object to making Rule 26(a)(1) initial disclosures in this case? *

*WRITTEN OBJECTIONS MUST BE FILED THREE WORKING DAYS PRIOR TO THE SCHEDULING CONFERENCE.