UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH ET AL | SECTION: H (3) |

SCHEDULING ORDER

A Scheduling Conference was held September 8, 2020.

Participating were:
 WILLIAM MOST, on behalf of plaintiff
 CHADWICK COLLINGS, on behalf of defendants

Jurisdiction and venue are established.

Issue has not been properly joined by defendants. Defense counsel advised the Court that an answer to the Amended Complaint will be filed by **SEPTEMBER 23, 2020.**

All parties have stipulated that initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) have been completed.

Amendments to pleadings, third-party actions, crossclaims, and counterclaims shall be filed no later than **OCTOBER 9, 2020,** in accordance with Local Rule 7.6.

Counsel adding new parties subsequent to mailing of this Notice shall serve on each new party a copy of this Minute Entry. Pleadings responsive thereto, when required, shall be filed within the applicable delays therefor.

A Telephone Status Conference will be held before District Judge Jane Triche Milazzo on **NOVEMBER 12, 2020 at 3:00 p.m.** for the purpose of discussing preliminary matters.  <u>Prior to five (5) working days before the Status Conference, counsel for each party must submit a letter prepared in accordance with the Notice of Preliminary Status Conference attached.</u>

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant as soon as possible, but in no event later than **MARCH 8, 2021.**  This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)(C).

Written reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Defendants, shall be obtained and delivered to counsel for Plaintiff as soon as possible, but in no event later than **APRIL 7, 2021.**  This deadline shall also apply to all expert disclosures, as defined by the Federal Rules of Civil Procedure 26(a)(2)©.

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than **APRIL 7, 2021.**

Written <u>rebuttal</u> reports of experts, as defined by the Federal Rules of Civil Procedure 26(a)(2)(B), who may be witnesses for Plaintiffs, shall be obtained and delivered to counsel for Defendant no later than **APRIL 21, 2021.**  Plaintiff is cautioned that rebuttal reports should be strictly limited to opinions in response to the

Defendant's expert reports.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

Depositions for trial use shall be taken and all discovery shall be completed no later than **MAY 7, 2021**.  This case does not involve extensive documentary evidence, depositions or other discovery.  No special discovery limitations beyond those established in the Federal Rules, Local Rules of this Court, or the Plan are established.

All non-evidentiary pretrial motions, including Motions *in limine* regarding the admissibility of expert testimony, shall be filed no later than **MAY 18, 2021** to permit a submission date of **JUNE 2, 2021.**  This Section adheres to Local Rule 78.1 regarding oral argument on motions.  **The parties should ONLY submit pertinent pages of deposition transcripts. Submission of an entire transcript will not be accepted without prior leave of Court.**

All other motions *in limine* shall be filed by **JULY 1, 2021** and responses thereto shall be filed by **JULY 6, 2021**.

Motions filed in violation of this order will not be considered unless good cause is shown.

Counsel shall deliver a hard copy of any pleadings along with any exhibits

3

and attachments that together exceed 50 pages in total length to chambers at 500 Poydras Street, Room C-206 for the Court's use. This copy must be forwarded at the time of CM/ECF filing. <u>This copy must be in a three-ring binder, tabbed and reflect pagination and document numbers consistent with the electronic document stamping of CM/ECF.</u>

**THE PARTIES MUST ATTEND A SETTLEMENT CONFERENCE WITH THE ASSIGNED MAGISTRATE JUDGE. THE PARTIES MUST CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD WITHIN TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A Final Pretrial Conference will be held on **JULY 8, 2021 at 11:00 a.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached. The pretrial order must be electronically filed with the Court by 12:00 p.m. five (5) work days prior to the conference. **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND BEAR THE ELECTRONIC SIGNATURE OF ALL COUNSEL.**

Trial will commence **MONDAY, AUGUST 2, 2021 at 8:30 a.m.** before the District Judge WITH a jury. (Defense counsel apprised the case manager that a jury demand would be included within the responsive pleadings.) Attorneys are instructed to report for trial no later than 30 minutes prior to this time. Trial is estimated to last four (4) days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted. If, however, a continuance is granted, deadlines and cut off dates will be automatically extended, unless otherwise ordered by the Court.

**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

**Issued for the Court:**

**By: s/Erin Mouledous**
 **Case Manager**
 **504-589-7695**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY ROGERS, JR.                                      CIVIL ACTION

VERSUS                                                 NO. 20-517

RANDY SMITH ET AL                                      SECTION: H (3)

## ADDENDUM TO SCHEDULING ORDER

Motions for summary judgment and oppositions to motions for summary judgment shall be filed in compliance with Local Rules 56.1 and 56.2, requiring parties to file a short and concise statement of material facts as to which there does or does not exist a genuine issue to be tried. Additionally, each party shall make specific reference to record evidence supporting its statement of material facts. Citations to record evidence shall indicate, whenever applicable, an exhibit reference, page reference, and record document number reference. Record evidence not specifically referred to by the parties may not be considered by the Court.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY ROGERS, JR.                                              CIVIL ACTION

VERSUS                                                         NO. 20-517

RANDY SMITH ET AL                                              SECTION: H (3)

**NOTICE REGARDING PRELIMINARY STATUS CONFERENCE**

**IT IS ORDERED** that a status conference will be held **NOVEMBER 12, 2020 at 3:00 p.m.** before United States District Judge Jane T. Milazzo, BY TELEPHONE. Counsel must call in to the conference at (888) 273-3658 and use Access Code: 1304800.

**AT LEAST FIVE WORKING DAYS PRIOR** to the conference, each party shall submit a written status report to the Court. The parties may submit a joint status report or individually. If an individual report is submitted, all counsel are to be copied. **The status report should not be filed, but instead, submitted by email to jenny_rudolph@laed.uscourts.gov or faxed directly to chambers at 504-589-7521.** The status report shall contain:

(1) A brief description of the basis for jurisdiction;
(2) A listing of any discovery done;
(3) A listing of any specialized discovery that may be involved in this matter; and
(4) Whether or not this matter should be fast-tracked for settlement.

**TRIAL COUNSEL ARE TO PARTICIPATE IN THIS CONFERENCE. IF, HOWEVER, YOU ARE UNABLE FOR GOOD CAUSE TO DO SO, ANOTHER ATTORNEY IN YOUR OFFICE MAY PARTICIPATE IF ACQUAINTED WITH ALL DETAILS OF THE CASE AND AUTHORIZED TO ENTER INTO ANY NECESSARY AGREEMENTS.**