**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JERRY ROGERS, JR., | ) |
|  | ) |
| Plaintiff | ) |
| v. | ) Case No. 2:20-cv-00517 |
|  | ) |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, | ) |
|  | ) |
| Defendants | ) |

## MOTION TO COMPEL PRODUCTION OF DEFENDANTS' PERSONNEL FILES

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Jerry Rogers, Jr., who, pursuant to Rule 37(a) of the Federal Rule of Civil Procedure, respectfully moves this Honorable Court for an Order compelling production of Defendants' St. Tammany Parish Sheriffs' Office personnel files, including disciplinary history and records. On January 5, 2021, the parties held a meet and confer to discuss the sufficiency of both parties' discovery responses, including Defendants' Responses to Plaintiff's Fourth Set of Requests for Production. After the meet and confer, Plaintiff supplemented his responses. Defendants' have failed to do the same. Although Defendants' counsel suggested he might move for entry of a protective order, he has not done so, nor has he produced the personnel files with redactions as discussed during the meet and confer. Plaintiff Jerry Rogers respectfully requests that this Honorable Court compel Defendants to produce their STPSO personnel files.

Counsel for Mr. Rogers has in good faith, but unsuccessfully, conferred with Defendants' counsel via a discovery conference in an effort to resolve this discovery dispute amicably and without court intervention. The parties have been unsuccessful in doing so. As discussed more fully in the Memorandum in Support, good cause exists for this Court to compel Defendants to

produce the requested information.

In support of this Motion, Mr. Rogers offers the following exhibits:

A. Plaintiff's Fourth Request for Production of Documents, propounded November 27, 2020;

B. Responses to Plaintiff's Fourth Set of Requests for Production of Documents, submitted December 22, 2020;

C. Emails, *in globo*, between Plaintiff's Counsel Hope Phelps and Defendants' counsel Chadwick Collings;

D. Letter from Plaintiff's Counsel Hope Phelps to Defendants' counsel Chadwick Collings, dated December 23, 2020 (the "Meet and Confer Letter");

E. Letter from Plaintiff's Counsel Hope Phelps to Defendants' counsel Chadwick Collings dated January 13, 2021 (the "Follow Up Letter); and

F. Rule 37.1 Declaration of Plaintiff's counsel, Hope Phelps.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***