# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION NO. 20-517** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE MILAZZO** |
| | * | |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER. AND** | * | **JURY DEMAND** |
| **KEITH CANIZARO** | * | |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR COMPEL DISCOVERY

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper and Keith Canizaro (collectively "Defendants"), to respectfully move this Honorable Court pursuant to Rule 37(a) of the Federal Rules of Civil Procedure for an order to compel Plaintiff to respond to Defendants' discovery requests. The legal delays have passed since Defendants have made their requests, and Plaintiff has refused to answer Defendants' requests fully and completely without reasonable objection.[12]

Defendants addressed with Plaintiff the deficiencies with his responses to the above-mentioned discovery requests in a letter attached to this Motion as Exhibit C. The parties conferred in an attempt to resolve this discovery dispute without the intervention of this Court, however this effort was not successful. The grounds for Defendants' motion are more fully set forth in the attached memorandum in support.

---

[1] See Plaintiff's Answers and Responses to Defendants' First Set of Interrogatories, Requests for Production and Requests for Admission with attached privilege log, attached as Exhibit A.

[2] See Plaintiff's Supplemental Responses to Defendants' First Set of Discovery Requests, attached as Exhibit B.

**WHEREFORE,** Defendants pray that this Court issue an order that Plaintiff respond fully and completely to Defendants' discovery requests, and that he be ordered to pay Defendants' reasonable expenses, including attorney's fees, associated with the filing of this motion.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*

| | |
|---|---|
| **Chadwick W. Collings, T.A.** | **# 25373** |
| **Henry M. Weber** | **# 35374** |

**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:    (985) 292-2000**
**Facsimile:    (985) 292-2001**
**E-mail:          ccollings@millinglaw.com**
***Attorneys for Defendants***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on February 9, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**