UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION NO. 20-517** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE MILAZZO** |
| | * | |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER. AND** | * | **JURY DEMAND** |
| **KEITH CANIZARO** | * | |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## RULE 37 CERTIFICATION

Undersigned counsel for Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper and Keith Canizaro, hereby certify, in compliance with Rule 37 of the Federal Rules of Civil Procedure, that undersigned counsel attempted to resolve this discovery dispute by conducting a Rule 37 conference on January 4, 2021, with opposing counsel. Notwithstanding undersigned counsel's efforts to resolve this discovery issue, they remain in dispute.

        **Respectfully submitted,**

        **M**ILLING **B**ENSON **W**OODWARD **L.L.P.**

        *s/ Chadwick W. Collings*
        **Chadwick W. Collings, T.A.**      **# 25373**
        **Henry M. Weber**      **# 35374**
        **68031 Capital Trace Row**
        **Mandeville, Louisiana 70471**
        **Telephone:**  **(985) 292-2000**
        **Facsimile:**  **(985) 292-2001**
        **E-mail:**  **ccollings@millinglaw.com**
        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on February 9, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                         ___*s/ Chadwick W. Collings*___
                                          **Chadwick W. Collings**