UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:20-cv-00517 <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE REGARDING PLAINTIFF'S MOTION TO COMPEL(R. Doc. 47)

On February 23, 2021, Defendants produced disciplinary records for Defendants Danny Culpeper and Keith Canizaro subject to the Consent Protective Order signed by this Court on February 19, 2021 (R. Doc. 55). Thus, the portion of Plaintiff's Motion to Compel requesting this Court issue an order compelling production of the records is moot.

However, the requested discovery was provided after the motion was filed. Pursuant to Federal Rule of Civil Procedure Rule 37(a)(5) and as requested in Plaintiff's Motion to Compel, "the court must, after giving an opportunity to be heard, require [Defendants] whose conduct necessitated the motion… to pay [Plaintiff's] reasonable expenses incurred in making this motion, including attorney's fees."

Respectfully Submitted:

**LAW OFFICE OF WILLIAM MOST**

*/s/ Hope A. Phelps*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***