**MINUTE ENTRY**
**DOUGLAS, M.J.**
**FEBRUARY 24, 2021**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| VERSUS | NO. 20-517 |
| **SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO** | SECTION "H" (3) |

On this date, the Motion to Compel Production of Defendants' Personnel Files (Rec. Doc. No. 47) filed by plaintiff, Jerry Rogers, Jr. ("Plaintiff"). Present were Hope A. Phelps on behalf of plaintiff, Jerry Rogers, Jr., and Chadwick W. Collings on behalf of defendants, Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro ("Defendants"). For the reasons stated on the record and below,

**IT IS ORDERED** that the Motion to Compel Production of Defendants' Personnel Files (Rec. Doc. No. 47) is DENIED AS MOOT.

**IT IS FURTHER ORDERED** that Plaintiff's request for attorney fees and costs is DENIED

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:05