MINUTE ENTRY
DOUGLAS, M.J.
FEBRUARY 26, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO | SECTION "H" (3) |

On February 24, 2021, the Motion to Compel Discovery ("Motion") (Rec. Doc. No. 48), filed by defendants, Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro ("Defendants") came on for oral hearing before the undersigned. Present were Hope A. Phelps on behalf of plaintiff, Jerry Rogers, Jr., and Chadwick W. Collings on behalf of Defendants. For the reasons stated on the record and below,

**IT IS ORDERED** that the Motion to Compel Discovery (Rec. Doc. No. 48) is GRANTED IN PART AND DENIED IN PART. Plaintiff is ordered to supplement his responses to the interrogatories, requests for production ("RFP"), and requests for admission to certify that his responses are complete and that he has made a "reasonable inquiry" in responding to the discovery requests which this Court has interpreted to require that "if the answering party lacks necessary information to make a full, fair and specific answer to an interrogatory, it should so state under oath and should set forth in detail the efforts made to obtain the information," pursuant to Rule 26. *In re Katrina Canal Breaches Consol. Litig.*, 2007 WL 1959193, at *4 (E.D. La. June 27, 2007) (citing cases). Plaintiff is also reminded of his continuing duty to supplement his discovery responses in accordance with the aforementioned rule.

MJSTAR: 00:33

**IT IS FURTHER ORDERED** that the Motion is GRANTED with regard to Interrogatory Nos. 1, 2, 5, 6, 9, 11, and 16, and Plaintiff is ordered to supplement the responses to the requests within fifteen days of the date of this order.

**IT IS FURTHER ORDERED** that the Motion is GRANTED as to Interrogatory Nos. 14 and 15, and Plaintiff is ordered to provide the names and addresses of the requested healthcare providers for the last ten (10) years as discussed on the record.

**IT IS FURTHER ORDERED** that the Motion is GRANTED as to RFP Nos. 1 and 2, and Plaintiff is required to produce signed medical and employment authorizations within fifteen days of the date of this order.

**IT IS FURTHER ORDERED** that the Motion is GRANTED as to RFP Nos. 3, 5, 6, 7, 8, 14, 16, 17, 18, and Plaintiff is ordered to supplement the responses to the requests within fifteen days of the date of this order.

**IT IS FURTHER ORDERED** that the Motion is DENIED as to RFP Nos. 11, 12 and 13 as premature to the extent the requests seek information regarding expert witnesses retained by Plaintiff (Rec. Doc. No. 23 at p. 2).

**IT IS FURTHER ORDERED** that the Motion is GRANTED as to request for admission Nos. 1 and 2. Plaintiff is ordered to supplement the responses to the requests within fifteen days of the date of this order to specifically deny the request or state in detail why the request cannot be truthfully admitted or denied. Fed. R. Civ. P. 36(a)(4). Pursuant to Rule 36, a plaintiff may only assert lack of knowledge or information as a reason for failing to admit or deny only if he states

that a reasonable inquiry has been made and that the information known or readily obtainable is insufficient to enable him to admit or deny. *Id*.

**IT IS FURTHER ORDERED** that Plaintiff is to produce the audio recordings referenced in response to interrogatory No. 9 for *in camera* review **within five (5) days of the date of this this order or by Friday, March 5, 2021**.

**IT IS FURTHER ORDERED** that the Defendants' request for attorney's fees is DENIED.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**