## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

*****************************************************************************

## MEMORANDUM IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL

**MAY IT PLEASE THE COURT:**

**NOW INTO COURT**, through undersigned counsel come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, respectfully submit this memorandum in support of their unopposed motion to continue trial and aver as follows:

## RELEVANT BACKGROUND FACTS

Plaintiff filed the instant action on February 13, 2020 in which Plaintiff alleges violations of his civil rights under the laws of the United States and Louisiana. (R. Doc. 1). The facts of this case start with the death of Nanette Krentel on July 14, 2017 in St. Tammany Parish. Shortly thereafter, the St Tammany Parish Sheriff's Office began an investigation into Ms. Krentel's death. (R. Doc. 1, ¶ 13). During the course of that investigation, Plaintiff Jerry Rogers, Jr. created an anonymous email account and began sending emails to Kim Watson, the sister of the murder victim, Nanette Krentel. (R. Doc. 1, ¶ 15). At some point during their investigation, the St.

Tammany Parish Sheriff's Office was made aware of these emails by a member of Ms. Krentel's family and started investigating the source of the emails. (R. Doc. 1, ¶ 17). On September 16, 2019 after having become aware that Plaintiff Jerry Rogers, Jr. was the source of the emails, Defendant, Sergeant Keith Canizaro, requested an arrest warrant for Plaintiff Jerry Rogers, Jr. for the charge of Criminal Defamation pursuant to La. R.S. 14:47, which was signed by a judge on the same day. (R. Doc. 1, ¶ 21). Later that day, Plaintiff was arrested by the St. Tammany Parish Sheriff's Office. (R. Doc. 1, ¶ 24). Plaintiff's complaint alleges harm and violations of his civil rights as a result of his arrest.

## LAW AND ARGUMENT

A scheduling order may be modified for good cause and with the judge's consent.[1] In determining good cause, a court should look to the movant's reasons for needing the extension, the importance of the extension, potential prejudice of the extension and the availability of the continuance to cure such prejudice.[2] Upon a showing of good cause by a movant, the granting of a continuance is within the discretion of the court.[3]

This matter is currently set to for trial to begin on August 2, 2021, which is expected to last four days (R. Doc. 23, p. 4). Counsel for Defendants is counsel of record in another matter, *Moore, et al v. Randy Smith, et al.,* 2:17-cv-05219-CJB-DPC, which is also set for trial to begin on August 2, 2021, and which is expected to last seven to eight days. This matter was inadvertently scheduled on the same day as *Moore* due to an error by undersigned counsel's office.

In the instant matter, counsel have been working diligently to move this case to trial. Multiple sets of discovery have been exchanged between counsel, and numerous depositions have

---

[1] Fed. R. Civ. P. 16(b)(4).
[2] *S & W Enters., L.L.C. v. Southtrust Bank of Ala., NA,* 315 F.3d 533, 536 (5th Cir. 2003).
[3] *Id.* at 535-536.

been scheduled for later this month. *Moore* is the older case, having been originally filed on May 25, 2017 and has been set for trial on four prior occasions: April 8, 2019 (*Moore* R. Doc. 45), December 16, 2019 (*Moore* R. Doc. 124), September 21, 2020 (*Moore* R. Doc. 234) and August 2, 2021 (*Moore* R. Doc. 242). Counsel for Defendants has never requested a continuance in *Moore,* and Plaintiff has no objection to the motion to continue this matter. Accordingly, Defendants aver that good cause exists to grant their motion to continue trial.

## CONCLUSION

For the reasons set forth above, Defendants request that the trial in this matter be continued.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS, T.A.        # 25373**
**LAUREN A. WILLIAMS                       # 37917**
**HENRY M. WEBER                              # 35374**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:    (985) 292-2000**
**Facsimile:     (985) 292-2001**
ccollings@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on April 6, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**