# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** *Plaintiff* | * * * | **CIVIL ACTION NO. 20-517** |
| **VERSUS** | * * * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY And IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF ST. TAMMANY PARISH, DANNY CULPEPER. AND KEITH CANIZARO** *Defendants* | * * * * * * | **MAG. JUDGE DOUGLAS** **JURY DEMAND** |

*************************************************************************

## RULE 45 NOTICE OF INTENT TO SERVE SUBPOENA

PLEASE TAKE NOTICE THAT, pursuant to the Federal Rule of Civil Procedure 45, Defendants, **Randy Smith, Danny Culpeper, and Keith Canizaro** intend to serve a Subpoena, in the form attached hereto, on St. Tammany Parish District Attorney Warren Montgomery on April 7, 2021 or as soon thereafter as service may be effectuated.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
_____
**CHADWICK W. COLLINGS, T.A.      # 25373**
**HENRY M. WEBER                           #35374**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone:    (985) 292-2000**
**Facsimile:     (985) 292-2001**
**Email:          ccollings@millinglaw.com**
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on April 6, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                                                 _/s/ Chadwick W. Collings_
                                                                 **Chadwick W. Collings**