UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br><br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | ) <br> ) <br> ) <br> ) <br> ) Case No. 2:20-cv-00517 <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

This Court ordered the parties to "file in the record and serve upon their opponents list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than April 7, 2021." R. Doc. 23 at 2.

Plaintiff Jerry Rogers Jr. respectfully submits the following list of witnesses that he may call at trial:

1. Plaintiff, Jerry Rogers, Jr.
   82096 Highway 1080
   Folsom, LA 70437
   Testimony will cover his knowledge of the facts supporting his complaint.

2. Defendant, Randy Smith
   St. Tammany Parish Sheriff's Office
   300 Brownswitch Road
   Slidell, LA 70458
   Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

3. Defendant, Danny Culpeper
   St. Tammany Parish Sheriff's Office
   300 Brownswitch Road
   Slidell, LA 70458
   Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

4. Defendant, Keith Canizaro
   St. Tammany Parish Sheriff's Office
   300 Brownswitch Road
   Slidell, LA 70458
   Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

5. Alvin Hotard
   St. Tammany Parish Sheriff's Office
   300 Brownswitch Road
   Slidell, LA 70458
   Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel, e-mail communication between herself and Jerry Rogers, and actions of the STPSO in response to those e-mails.

6. Daniel Buckner
   St. Tammany Parish Sheriff's Office
   300 Brownswitch Road
   Slidell, LA 70458
   Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel, e-mail communication between herself and Jerry Rogers, and actions of the STPSO in response to those e-mails.

7. Julious Colin Sims
   22nd Judicial District Attorney's Office
   Testimony may cover witness's knowledge of communication between STPSO and the District Attorney's Office regarding potential criminal charges against Jerry Rogers and related constitutional issues.

8. Kim Watson
   Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel, e-mail communication between Kim Watson and Jerry Rogers, and actions of the STPSO in response to those e-mails.

9. Stefan Montgomery
   Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel and actions of the STPSO in response to the e-mails between Kim Watson and Jerry Rogers.

10. Steve Gaudet
    Testimony may cover witness's knowledge actions of the STPSO in response to the e-mails between Kim Watson and Jerry Rogers, including communications regarding potential criminal charges against Jerry Rogers and related constitutional issues.

11. Brian Trainor
    1974 Highway 190, Suite 3, Covington, Louisiana 70433
    Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

12. Judge Raymond Childress
    701 North Columbia Street, Covington, LA 70433
    Testimony may cover witness's knowledge related to the affidavit and arrest warrant for Jerry Rogers.

13. David Miceli
    St. Tammany Parish Sheriff's Office
    300 Brownswitch Road
    Slidell, LA 70458
    Testimony may cover witness's knowledge of the circumstances surrounding the arrest of Jerry Rogers.

14. Marco Lopez
    St. Tammany Parish Sheriff's Office
    300 Brownswitch Road
    Slidell, LA 70458
    Testimony may cover witness's knowledge of the circumstances surrounding the arrest of Jerry Rogers.

15. Matthew Rowley
    St. Tammany Parish Sheriff's Office
    300 Brownswitch Road
    Slidell, LA 70458
    Testimony may cover witness's knowledge of the circumstances surrounding the arrest of Jerry Rogers.

16. Judge Scott Gardner
    701 North Columbia Street, Covington, LA
    Testimony may cover witness's knowledge related to the preliminary hearing and finding of no probable cause in the criminal case against Jerry Rogers.

17. Joseph Lebeau
    Louisiana Attorney General's Office
    Testimony may cover his knowledge of the criminal case against Jerry Rogers, including the declination of charges.

18. Patrick Magee
    Louisiana Attorney General's Office
    Testimony may cover his knowledge of the criminal case against Jerry Rogers, including the declination of charges.

19. Steve Chaisson
    Testimony may cover witness's knowledge of the investigation into the death of Nanette Krentel and any and all facts supporting the causes of action in the complaint.

20. Butch Wilson
    22nd Judicial District Attorney's Office
    Testimony may cover witness's knowledge of communication between STPSO and the District Attorney's Office regarding potential criminal charges against Jerry Rogers and related constitutional issues.

21. Genevieve May
    Testimony may cover witness's knowledge of the investigation into the death of Nanette Krentel and any and all facts supporting the causes of action in the complaint.

22. Special Agent Clint Epperson
    Federal Bureau of Investigation
    Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

23. Any person offered as a 30(b)(6) witness or deposed in this matter;

24. Any witness listed by any other party;

25. All witnesses referred to or identified in any party's responses to interrogatories or other written discovery;

26. Impeachment witness(es);

27. Any witness necessary to authenticate any document and/or exhibit offered into evidence;

28. Any witness identified in any discovery responses or documents produced or obtained in discovery;

29. Plaintiff reserves the right to supplement this list with reasonable notification to opposing counsel.

Plaintiff Jerry Rogers Jr. respectfully submits the following list of exhibits that he may use at trial:

1. Affidavit and Arrest Warrant (Exhibit A to Complaint)

2. Press Releases by STPSO (Exhibit B to Complaint)

3. Press Release by Randy Smith (Exhibit C to Complaint)

4. Minutes of Preliminary Hearing (Exhibit D to Complaint)

5. Declination of Charges by Attorney General (Exhibit E to Complaint)

6. Affidavit of Steve Gaudet

7. Affidavit of Dan Watson

8. Jerry Rogers' Bond documents

9. Other public statements by Randy Smith / STPSO

10. E-mails between Jerry Rogers and Kim Watson

11. Bond documents and booking receipt for Jerry Rogers

12. File of the Louisiana Attorney general in connection with this investigation

13. File of the Department of Justice in connection with this investigation

14. STPSO arrest/offense reports in connection with this investigation

15. Search warrants issued in connection with this investigation

16. Transcripts of all depositions taken in this matter, and exhibits there-to

17. All discovery responses in this matter and documents produced in discovery

18. Any documents or things necessary for rebuttal or impeachment

19. Any exhibit referenced by a witness during trial testimony

20. Demonstrative exhibits

21. Any exhibit listed by Defendants.

Respectfully Submitted:

**LAW OFFICE OF WILLIAM MOST**

*/s/ Hope A. Phelps*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***