UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| And IN HIS OFFICIAL CAPACITY | * | |
| AS THE SHERIFF OF ST. TAMMANY | * | **JURY DEMAND** |
| PARISH, DANNY CULPEPER, AND | * | |
| KEITH CANIZARRO | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing;

**IT IS ORDERED** that the Unopposed Motion to Continue Trial is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that the trial in this matter that is set to begin on August 2, 2021 is continued;

**IT IS FURTHER ORDERED** that the prior scheduling order (R. Doc. 23) is vacated; and

**IT IS FURTHER ORDERED** that a scheduling conference be set for **April 19, 2021 at 11:00 a.m.** Counsel must call in to the conference at (877) 411-9748 and use Access code 7562821. This section's case manager will join the conference as the host.

New Orleans, Louisiana this 8th day of April, 2021.

_____
UNITED STATES DISTRICT JUDGE
HONORABLE JANE TRICHE MILAZZO