# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**JERRY ROGERS**                                                             **CIVIL ACTION**

**VERSUS**                                                                             **NO: 20-517**

**RANDY SMITH ET AL.**                                                    **SECTION: "H"**

## ORDER

Before the Court are Defendants' Requests for Oral Argument on their Motion to Appeal Magistrate Order and Motion in Limine (Docs 76, 78).

Accordingly;

**IT IS ORDERED** that the request is **GRANTED**, and oral argument is **SET** for June 3, 2021 at 9:30 a.m.

**IT IS FURTHER ORDERED** that each party is limited to 7 minutes of argument per motion.

**IT IS FURTHER ORDERED** that this order shall not be interpreted to alter the briefing deadlines for Defendants' Motion to Appeal Magistrate Order (Doc. 75) and Motion in Limine (Doc. 77), and all briefs shall be filed by the submission date of May 19, 2021 in accordance with local rules, unless an extension is requested.

New Orleans, Louisiana, on this 20th day of April, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**