UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.** | * | **CIVIL ACTION NO.: 20-517** |
| | * | |
| *Versus* | * | |
| | * | Section (D)(3) |
| **RANDY SMITH, ETC., ET AL.** | * | |

### NOTICE OF DEPOSITION

**TO:** Jerry Rogers, Jr.
Through his attorneys of record:

> William Most
> Hope A. Phelps
> LAW OFFICE OF WILLIAM MOST
> 201 St. Charles Avenue, Suite114, #101
> New Orleans, Louisiana 70170
> Office: 504-256-4615

**PLEASE TAKE NOTICE** that defendant, Sheriff Randy Smith, through undersigned counsel, will take the oral deposition of the deponent named below before a Notary Public, or any other officer authorized by law to take depositions, pursuant to the provisions of the Federal Rules of Civil Procedure. The deposition is taken for purposes of discovery and for such other purposes as are permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| **DEPONENT:** | Steve Gaudet |
| **DATE:** | April 30, 2021 |
| **TIME:** | 2:00 P.M. (Central Standard Time) |
| **PLACE:** | **Milling Benson Woodward**<br>68031 Capital Trace Row<br>Mandeville, LA 70471 |
| **COURT REPORTER:** | Torres Reporting & Associates |

The deposition may be recorded by sound, sound-and-visual, and/or stenographic means, and will continue from day to day until completed. You are invited to attend and participate as may be proper and in accordance with law.

Respectfully submitted,

MILLING BENSON WOODWARD, LLP

_____
Chadwick W. Collings (#25373) (T.A.)
Henry M. Weber (#35374)
68031 Capital Trace Row
Mandeville, LA 70471
Telephone:   (985) 292-2000
Facsimile:    (985) 292-2001
Email:          ccollings@millinglaw.com
                    hweber@millinglaw.com
*Counsel for Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2021 a copy of the foregoing pleading was served upon all counsel of record by email, facsimile and/or by United States mail, properly addressed and first class postage prepaid.

_____
Chadwick W. Collings