# Henry Weber

| | |
|---|---|
| **From:** | Hope Phelps <hopeaphelps@outlook.com> |
| **Sent:** | Thursday, April 29, 2021 3:42 PM |
| **To:** | Chadwick Collings |
| **Cc:** | Henry Weber; William Most |
| **Subject:** | Re: Rogers v. Smith, et al. |
| **Attachments:** | 2021.04.29 Plaintiff's Third Supplemental Production.pdf; cd2cf2dc-d3c1-483a-be8e-89bd569e5ce8.mp3 |

Chad,

In compliance with the ongoing duty to supplement discovery, please find Plaintiff's third supplemental answers and responses, along with an audio recording of a conversation between Plaintiff and Steve Gaudet.

A copy of the medical release for Plaintiff's new treatment provider will be forwarded shortly.

Thank you,

**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 114, #101| New Orleans, Louisiana 70170
Direct: 504.256.4615
E-mail: hopeaphelps@outlook.com