UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.** | * | **CIVIL ACTION NO.: 20-517** |
| | * | |
| *Versus* | * | |
| | * | **Section (D)(3)** |
| **RANDY SMITH, ETC., ET AL.** | * | |

### NOTICE OF DEPOSITION

**TO:**  Brian Trainor
1974 Hwy. 190, #3
Covington, Louisiana 70433
Office: 985-900-2250

    **PLEASE TAKE NOTICE** that defendant, Sheriff Randy Smith, through undersigned counsel, will take the oral deposition of the deponent named below before a Notary Public, or any other officer authorized by law to take depositions, pursuant to the provisions of the Federal Rules of Civil Procedure. The deposition is taken for purposes of discovery and for such other purposes as are permitted under the Federal Rules of Civil Procedure.

| | |
|---|---|
| **DEPONENT:** | Brian Trainor |
| **DATE:** | Friday, April 30, 2021 |
| **TIME:** | 9:30 A.M. (Central Standard Time) |
| **PLACE:** | **Milling Benson Woodward, L.L.P.**<br>68031 Capital trace Row<br>Mandeville, LA 70471 |
| **COURT REPORTER:** | Torres Court reporting |

The deposition may be recorded by sound, sound-and-visual, and/or stenographic means, and will continue from day to day until completed. You are invited to attend and participate as may be proper and in accordance with law.

Respectfully submitted,

MILLING BENSON WOODWARD, LLP

Chadwick W. Collings (#25373) (T.A.)
Henry M. Weber (#35374)
68031 Capital Trace Row
Mandeville, LA 70471
Telephone:   (985) 292-2000
Facsimile:   (985) 292-2001
Email:   ccollings@millinglaw.com
         hweber@millinglaw.com
*Counsel for Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro*

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021 a copy of the foregoing pleading was served upon all counsel of record by email, facsimile and/or by United States mail, properly addressed and first class postage prepaid.

Chadwick W. Collings