# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MEMORANDUM IN SUPPORT OF DEFENDANTS' EX PARTE MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION FOR PROTECTIVE ORDER UNDER SEAL

**MAY IT PLEASE THE COURT**

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, each in their official and individual capacities, and submit the following memorandum in support of their Motion for Leave to File Defendants' Opposition to Motion for Protective Order Under Seal:

Local Rule 5.6 provides that a document may be prospectively filed under seal if it is accompanied, in part, by a non-confidential supporting memorandum that provides:

1. A non-confidential description of what is to be sealed;

2. A statement as to why sealing is necessary;

3. Reference to governing case law, and;

4. A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

Courts recognize that the public has a common law right to inspect and copy judicial records, and therefore there is a presumption of public access. *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993). However, this right is not absolute, and "there are well-recognized situations in which the seal may and should be used." *Fed. Sav. & Loan Ins. Corp. v. Blain*, 808 F.2d 395, 399. Plaintiff has failed to provide any governing caselaw in support of these well-recognized exceptions. Further, he has failed to provide a statement as to the period of time that he intends to keep these records sealed. Defendants note that Plaintiff also failed to take advantage of the Consent Protective Order (R. Doc. 55) that is already in place in this matter.

Defendants respectfully aver that the items that Plaintiff has filed under seal do not warrant such protections, however, in an abundance of caution as this Court has not yet ruled on Plaintiff's motion, Defendants request leave to file their Opposition to Plaintiff's Motion for Protective Order and to Strike Witnesses under seal.

        **Respectfully submitted,**

        **MILLING BENSON WOODWARD L.L.P.**

        *s/ Chadwick W. Collings*

| | |
|---|---|
| **CHADWICK W. COLLINGS, T.A.** | **# 25373** |
| **HENRY M. WEBER** | **# 35374** |
| **LAUREN A. WILLIAMS** | **# 37917** |

**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:** (985) 292-2000
**Facsimile:** (985) 292-2001
ccollings@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on May 18, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

          *s/ Chadwick W. Collings*
          **Chadwick W. Collings**