MINUTE ENTRY
MILAZZO, J.
June 3, 2021

JS-10: 00:19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY ROGERS, JR. | ) | CIVIL ACTION |
| | ) | |
| VERSUS | ) | No. 20-517 |
| | ) | |
| RANDY SMITH, *et al.* | ) | SECTION: "H" (3) |

### ORAL ARGUMENT
*U.S. District Judge Jane Triche Milazzo presiding*

COURT REPORTER: JODI SIMCOX
LAW CLERK: EMMY SCHROETER
CASE MANAGER: CHERIE CHARLES

APPEARANCES:   HOPE PHELPS, ON BEHALF OF PLAINTIFF
CHADWICK COLLINGS AND HENRY M. WEBER,
ON BEHALF OF DEFENDANTS, RANDY SMITH, DANNY
CULPEPPER, AND KEITH CANIZARO.

Court begins at 9:31 a.m.
Counsel make appearances on the record.

The following motions are argued by counsel:

> Defendant's Motion for Appeal/Review of Magistrate Judge Decision to the District Court. **(Doc. 75)- DENIED**

> Defendant's Motion in Limine to Exclude Evidence or References to Recordings Listed on Plaintiffs Privilege Log. **(Doc. 77)- Motion taken under submission by the Court.**

Matter adjourned at 9:50 a.m.

