## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' MOTION FOR LEAVE TO FILE SECOND SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S MOTION FOR PROTECTIVE ORDER AND TO STRIKE WITNESSES AND FOR LEAVE TO FILE UNDER SEAL

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, each in their official and individual capacities, who respectfully request that this Court grant them leave to file a Second Supplemental Opposition to Plaintiff's Motion for Protective Order and to Strike Witnesses (R. Doc. 82). Defendants have attached their proposed supplemental opposition as Exhibit "1" to this motion. The attached supplemental opposition contains two additional sets of medical records that were received in the last week and after Defendants filed their opposition and supplemental opposition. After a detailed review of those medical records, Defendants believe that they are germane to this matter and therefore request leave to submit this second supplemental opposition.

In addition, as Plaintiff's motion, Defendants' opposition (R. Doc. 88) and Defendants' Supplemental Opposition (R. Doc. 91) were filed under seal and this supplemental opposition contains and references medical records, Defendants request that this supplemental opposition and attached exhibit be filed under seal for the same reasons.

**WHEREFORE**, Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, each in their official and individual capacities, pray that their Motion for Leave to File Second Supplemental Opposition to Motion for Protective Order and to Strike Witnesses and to File Under Seal be granted, and that referenced pleading and its attached exhibit submitted to the Clerk of Court for the Eastern District of Louisiana be sealed and remain under seal until further order of this Court.

**Respectfully submitted,**
**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*

| | |
|---|---|
| **CHADWICK W. COLLINGS, T.A.** | **# 25373** |
| **HENRY M. WEBER** | **# 35374** |
| **LAUREN A. WILLIAMS** | **# 37917** |

**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:   (985) 292-2000**
**Facsimile:   (985) 292-2001**
ccollings@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on June 10, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**