# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**CONSIDERING** Defendants' Motion for Leave to File Second Supplemental Opposition to Motion for Protective Order and to Strike Witnesses and to File Under Seal filed by Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper and Keith Canizaro, each in their official and individual capacities, and Local Civil Rule 5.6;

**IT IS HEREBY ORDERED** that the Motion for Leave to File Second Supplemental Opposition to Motion for Protective Order and to Strike Witnesses and to File Under Seal is **GRANTED.**

**IT IS FURTHER ORDERED** that the exhibit submitted to the Clerk of Court by Defendants, consisting of Exhibit 1 to Defendants' Motion for Leave to File Second Supplemental Opposition to Motion for Protective Order and to Strike Witnesses and to File Under Seal be filed into the record in this matter under seal.

**IT IS FURTHER ORDERED** that the exhibit shall remain sealed until further order of this Court.

New Orleans, Louisiana, this_____ day of _____, 2021.

_____
**MAGISTRATE JUDGE DANA DOUGLAS**