MINUTE ENTRY
DOUGLAS, M.J.
JUNE 21, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| VERSUS | NO. 20-517 |
| **SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO** | SECTION "H" (3) |

On May 26, 2021, the Motion for Sanctions ("Motion") (Rec. Doc. No. 84) filed by defendants, Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro ("Defendants") came on for oral hearing before the undersigned. Present were:

William B. Most on behalf of plaintiff, Jerry Rogers, Jr.; and

Chadwick W. Collings on behalf of defendants, Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro

For the reasons stated on the record,

**IT IS ORDERED** that the Motion (Rec. Doc. No. 84) is GRANTED IN PART AND DENIED IN PART. The Motion is granted with regard to Plaintiff's response to Request for Production No. 7.

**IT IS FURTHER ORDERED** that the Motion is DENIED as to Defendants' request to exclude evidence of attorney's fees to Brian Trainor and the audio statement of Steven Gaudet. The Motion is also denied as to the request for an award of expenses associated with the depositions of Mr. Trainor and Mr. Gaudet.

**IT IS FURTHER ORDERED** that Plaintiff shall pay Defendants' attorney's fees associated with the filing of the Motion. This order reserves the right of the Defendants to file the

MJSTAR: 00:09

appropriate motion with supporting documentation to recover the costs and fees incurred in the filing of their Motion within ten (10) days of the date of this order.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**