# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
|     **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
|     **Defendants** | * | |

*****************************************************************************

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEY'S FEES

**MAY IT PLEASE THE COURT:**

**NOW COME**, through undersigned counsel, Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper and Keith Canizaro, who respectfully submit this memorandum in support of their Motion for Attorney's Fees.

On May 26, 2021, this Court granted Defendants' Motion for Sanctions (R. Doc. 84) and ordered Plaintiff to pay Defendants' reasonable attorney's fees associated with the filing of the Motion for Sanctions (R. Doc. 108). For sanctions, an affidavit from the movant's counsel may serve as sufficient proof of the amount to be awarded as reasonable attorney's fees.[1] In the instant matter, Defendants filed a Motion for Sanctions (R. Doc. 84), a Request for Oral Argument (R. Doc. 85) and a Reply Memorandum in Support of their Motion for Sanctions (R. Doc. 94).

---

[1] *Tollett v. City of Kemah,* 285 F.3d 357, 367 (5th Cir. 2002).

Defendants aver that the preparation of the Request for Oral Argument (R. Doc. 85) and Reply Memorandum in Support of their Motion for Sanctions (R. Doc. 94) are associated with the filing of their Motion for Sanctions (R. Doc. 84) and submit billing records for the preparation of these associated pleadings.

In addition, counsel for Defendants attended the hearing for this matter on May 26, 2021, which required time for preparation and attendance. Defendants submit the attached affidavits[2] as evidence of their reasonable attorney's fees for this work. Accordingly, Defendants aver that $5,103.75 represents a reasonable attorney's fee for the work associated with their Motion for Sanctions.

        **Respectfully submitted,**

        **MILLING BENSON WOODWARD L.L.P.**

        */s/ Chadwick W. Collings*
        **CHADWICK W. COLLINGS, T.A.**   # 25373
        **HENRY M. WEBER**   # 35374
        **LAUREN A. WILLIAMS**   # 37917
        **68031 Capital Trace Row**
        **Mandeville, Louisiana 70471**
        **Telephone:**   **(985) 292-2000**
        **Facsimile:**   **(985) 292-2001**
        ccollings@millinglaw.com
        *Counsel for Defendants*

---

[2] *See* Exhibits A, B and C.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on July 1, 2021, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**