UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO. 20-517 |
| **VERSUS** | * | |
| | * | JUDGE MILAZZO |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | MAG. JUDGE DOUGLAS |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | JURY DEMAND |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

<u>**AFFIDAVIT**</u>

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

    **BEFORE ME,** the undersigned authority, personally came and appeared:

**CHADWICK W. COLLINGS**

who, after being duly sworn, did depose and state of his own personal knowledge that:

1) He has been practicing law in Louisiana continuously since 1998;

2) He is a partner at Milling Benson Woodward, LLP;

3) He is responsible for the above-mentioned matter;

4) His billing rate is $225.00 per hour and has remained unchanged throughout his work in the above-mentioned matter;

5) His billing rate is approved under the Maximum Hourly Fee Schedule as promulgated by the Louisiana Attorney General, which is attached hereto as Exhibit A;

6) Henry M. Weber is a senior associate at Milling Benson Woodward, LLP and is assigned to assist him in the above-mentioned matter;

7) Mr. Weber's billing rate is $175.00 per hour and has remained unchanged throughout his work in the above-mentioned matter;

8) Mr. Weber's billing rate is approved under the Maximum Hourly Fee Schedule as promulgated by the Louisiana Attorney General;

9) Based on his knowledge and experience, the billing rates for himself and Mr. Weber are reasonable for this geographic area; and

10) Attorney's fees of $5,103.75 associated with the filing of the Motion for Sanctions (R. Doc. 84) represent a reasonable amount.

*/s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS**

SWORN AND SUBSCRIBED BEFORE ME THIS __1__ DAY OF __July__, 2021.

*/s/ Henry M. Weber*
HENRY M. WEBER
LSBN 35374
My commissioner expires at death