UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY ROGERS, JR., | * | CIVIL ACTION |
| Plaintiff | * | |
| | * | NO. 20-517 |
| VERSUS | * | |
| | * | JUDGE MILAZZO |
| | * | |
| RANDY SMITH, INDIVIDUALLY | * | MAG. JUDGE DOUGLAS |
| And IN HIS OFFICIAL CAPACITY | * | |
| AS THE SHERIFF OF ST. TAMMANY | * | JURY DEMAND |
| PARISH, DANNY CULPEPER, AND | * | |
| KEITH CANIZARRO | * | |
| Defendants | * | |

*************************************************************************

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

  BEFORE ME, the undersigned authority, personally came and appeared:

HENRY M. WEBER

who, after being duly sworn, did depose and state of his own personal knowledge that:

1) He has been practicing law in Louisiana continuously since 2014;

2) He is a senior associate at Milling Benson Woodward, LLP;

3) He is assigned to assist in the above-mentioned matter;

4) His billing rate is $175.00 per hour and has remained unchanged throughout his work in the above-mentioned matter; and

5) His billing rate is approved under the Maximum Hourly Fee Schedule as promulgated by the Louisiana Attorney General, which is attached hereto as Exhibit A.

_____
HENRY M. WEBER

SWORN AND SUBSCRIBED BEFORE ME THIS __1__ DAY OF __July__,
2021.

_____
CHADWICK W. COLLINGS
LSBN 25373
My commissioner expires at death