UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JERRY ROGERS, JR., <br>     Plaintiff <br><br> VERSUS <br><br><br> RANDY SMITH, INDIVIDUALLY <br> And IN HIS OFFICIAL CAPACITY <br> AS THE SHERIFF OF ST. TAMMANY <br> PARISH, DANNY CULPEPER, AND <br> KEITH CANIZARRO <br>     Defendants | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * | CIVIL ACTION <br><br> NO. 20-517 <br><br> JUDGE MILAZZO <br><br> MAG. JUDGE DOUGLAS <br><br> JURY DEMAND |

*************************************************************************

**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

    **BEFORE ME,** the undersigned authority, personally came and appeared:

**VICKY COCHRAN**

who, after being duly sworn, did depose and state of her own personal knowledge that:

1) She is employed as an office manager at Milling Benson Woodward, LLP;

2) She is responsible for maintaining the records for the billing in the above-mentioned matter;

3) Milling Benson Woodward, LLP represents St. Tammany Parish Sheriff's Office in the above-mentioned matter;

4) The billing statement, attached hereto as Exhibit "A," represents the attorney billing associated with the Motion for Sanctions (R. Doc. 84) in the above-mentioned matter that

was prepared pursuant to the representation of the St. Tammany Parish Sheriff's Office; and

5) $5,103.75 of attorney's fees associated with the filing of the Motion for Sanctions (R. Doc. 84) were incurred by Defendants.

_____
VICKY COCHRAN

SWORN AND SUBSCRIBED BEFORE ME THIS 1st DAY OF July, 2021.

_____
HENRY M. WEBER
LSBN 35374
My commissioner expires as death