

**State of Louisiana**
DEPARTMENT OF JUSTICE
CIVIL DIVISION
P.O. BOX 94005
BATON ROUGE
70804-9005

Jeff Landry
Attorney General

February 8, 2016

TO: ALL INTERESTED PARTIES

FROM: JEFF LANDRY, ATTORNEY GENERAL

SUBJECT: MAXIMUM HOURLY FEE SCHEDULE

---

This is to advise all interested persons that the approved Maximum Hourly Fee Schedule of this office for professional legal services, effective this date, shall be as follows:

| | |
|---|---|
| $225.00 | PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF TEN YEARS OR MORE IN THE PRACTICE OF LAW |
| $175.00 | PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF FIVE TO TEN YEARS IN THE PRACTICE OF LAW |
| $150.00 | PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF THREE TO FIVE YEARS IN THE PRACTICE OF LAW |
| $125.00 | PER HOUR FOR ATTORNEYS HAVING EXPERIENCE OF LESS THAN THREE YEARS IN THE PRACTICE OF LAW |
| $60.00 | PER HOUR FOR PARALEGAL SERVICES |
| $40.00 | PER HOUR FOR LAW CLERK SERVICES |

JL/arg