| Date | Attorney | Description | Billed | Rate | Total |
|---|---|---|---|---|---|
| 4/30/2021 | Henry Weber | Conference with CWC regarding strategy for discovery motions. | 0.3 | 175 | $52.50 |
| 4/30/2021 | Henry Weber | Further analysis of Rule 37c failure to disclose regarding last minute production by Plaintiff's counsel. | 1 | 175 | $175.00 |
| 5/5/2021 | Henry Weber | Continued research into dismissal as a remedy for violation of a discovery order as well as the availability of exclusion of the late discovery production. | 2.9 | 175 | $507.50 |
| 5/5/2021 | Henry Weber | Began research on availability of dismissal as a remedy for violation of a discovery order. | 0.8 | 175 | $140.00 |
| 5/6/2021 | Henry Weber | Began drafting motion for sanctions. | 2.1 | 175 | $367.50 |
| 5/6/2021 | Henry Weber | Analysis of caselaw regarding inherent contempt power of a court to sanction a party for violating an order of the court for motion for sanctions. | 2.2 | 175 | $385.00 |
| 5/7/2021 | Henry Weber | Continued drafting motion for sanctions | 4.1 | 175 | $358.75 |
| 5/10/2021 | Henry Weber | Continued preparation of motion for sanctions. | 1 | 175 | $175.00 |
| 5/11/2021 | Henry Weber | Made revisions to motion for sanctions and filed motion with the court. | 0.8 | 175 | $140.00 |
| 5/11/2021 | Chadwick Collings | Conference with Chief Boehm regarding filing of Motion for Sanctions; final editing of Motion for Sanctions; conference with HMW regarding additional motion practice and legal research needed for Motion to Compel and Plaintiff's Motion for Protective Order; receipt and review Plaintiff's Opposition to Motion in Limine | 3.5 | 225 | $787.50 |
| 5/13/2021 | Chadwick Collings | Receipt and review Order regarding Motion for Sanctions | 0.1 | 225 | $22.50 |
| 5/17/2021 | Chadwick Collings | Receipt and review Plaintiff's Opposition Memorandum to STPSO's Motion for Sanctions | 0.5 | 225 | $112.50 |
| 5/21/2021 | Henry Weber | Began drafting reply memorandum in support of motion for sanctions. | 0.8 | 175 | $140.00 |
| 5/21/2021 | Henry Weber | Continued analysis of law on calculation of award of attorney's fees and requirement of prejudice for a grant of attorney's fees. | 2 | 175 | $350.00 |
| 5/21/2021 | Henry Weber | Receipt and review of Plaintiff's motion for sanctions; began analysis of law regarding issues with calculation of award of attorney's fees. | 1.1 | 175 | $192.50 |
| 5/24/2021 | Henry Weber | Finished drafting reply memorandum in support of motion for sanctions; filed reply memo and supplemental opposition. | 1.7 | 175 | $297.50 |
| 5/24/2021 | Chadwick Collings | Email from USDC regarding hearing on Motion for Sanctions | 0.1 | 225 | $22.50 |
| 5/24/2021 | Chadwick Collings | Receipt and review Plaintiff's Opposition to Motion for Sanctions | 0.4 | 225 | $90.00 |
| 5/25/2021 | Chadwick Collings | Comprehensive review of file pleadings and legal research associated with same in preparation for tomorrow's hearing on Plaintiff's Motion for Protective Order and Motion to File Under seal; and Defendant's Motion for Sanctions | 3.5 | 225 | $787.50 |
| TOTAL | | | | | $5,103.75 |