# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 2:20-cv-00517 |
| ) | |
| SHERIFF RANDY SMITH, DANNY CULPEPER, ) | JUDGE: MILAZZO |
| and KEITH CANIZARO, ) | |
| ) | MAG. JUDGE: DOUGLAS |
| Defendants ) | |

### PLAINTIFF'S MOTION TO REVIEW
### THE MAGISTRATE'S JUNE 21, 2021 ORDER (R. Doc. 108)

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Jerry Rogers, who, pursuant to Federal Rule of Civil Procedure 72, respectfully moves this court to review the Magistrate Judge's June 21, 2021 order granting sanctions against him (R. Doc. 108). The Magistrate Judge did not explain her reasoning in a written order or identify what conduct she found sanctionable – whether it was the discovery response itself or the legal theory for the assertion that attorneys' fees are an element of Plaintiffs' damages. The Magistrate's order only said: "The Motion is granted with regard to Plaintiff's response to Request for Production No. 7." R. Doc. 108. The Court ordered that Plaintiff must pay Defendants' attorneys' fees for the motion. *Id.* On July 1, 2021, Defendants sought fees in the amount of $5,103.75 for the motion. R. Doc. 112-1.

Because there is no clear explanation of what conduct Plaintiff is being sanctioned for or why, this Court should decline to adopt the magistrate's order.

MOST & ASSOCIATES

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***

1