UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., )<br>)<br>        Plaintiff )<br>    v. )   Case No. 2:20-cv-00517<br>)<br>SHERIFF RANDY SMITH, DANNY CULPEPER, )<br>and KEITH CANIZARO, )<br>)<br>        Defendants ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE
TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION
FOR ENTRY OF A PRIVACY ACT PROTECTIVE ORDER (R. Doc. 105)**

**NOW INTO COURT**, through counsel, comes Plaintiff Jerry Rogers, who seeks leave of Court to permit the filing of the attached Reply Memorandum in Support of Plaintiff's Motion for Entry of a Privacy Act Protective Order (attached hereto as Exhibit A), along with the Unclassified DOJ Case File (attached hereto as Exhibit B), to clarify inaccuracies in Defendants' Opposition. Counsel for Defendants has been contacted regarding this motion for leave and has confirmed that Defendants have no objection.

**WHEREFORE**, Plaintiff Jerry Rogers respectfully requests leave of this Honorable Court to file his Reply Memorandum in Support of Plaintiff's Motion for Entry of a Privacy Act Protective Order.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***