**MINUTE ENTRY**
**DOUGLAS, M.J.**
**JULY 21, 2021**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-517** |
| **SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO** | **SECTION "H" (3)** |

On this date, Plaintiff Jerry Rogers, Jr.'s Motion for Entry of a Privacy Act Protective Order (Rec. Doc. No. 105) came on for oral hearing before the undersigned. Present were:

William B. Most and Hope A. Phelps on behalf of plaintiff, Jerry Rogers, Jr.; and

Chadwick W. Collings on behalf of defendants, Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro

For the reasons stated on the record,

**IT IS ORDERED** that Plaintiff Jerry Rogers, Jr.'s Motion for Entry of a Privacy Act Protective Order (Rec. Doc. No. 105) is GRANTED subject to the revisions discussed on the record.

*Dana M. Douglas*
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:05