UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| And IN HIS OFFICIAL CAPACITY | * | |
| AS THE SHERIFF OF ST. TAMMANY | * | **JURY DEMAND** |
| PARISH, DANNY CULPEPER, AND | * | |
| KEITH CANIZARRO | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

**Considering the Foregoing:**

      **IT IS HEREBY ORDERED** that Defendants' *Ex Parte Motion for Leave to File Rule 72 Objection to Magistrate's July 22, 2021 Order Under Seal* be and is hereby GRANTED; and

      **IT IS FURTHER ORDERED** that Defendants' *Rule 72 Objection to Magistrate's July 22, 2021 Order* and memorandum in support be filed into the record of these proceedings under seal until further order of the Court.

      New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2021.

                                      _____
                                      UNITED STATES MAGISTRATE JUDGE