## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
|     **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
|     **Defendants** | * | |

*************************************************************************

## ORDER

**Considering the Foregoing:**

    **IT IS HEREBY ORDERED** that Defendants' *Ex Parte Motion for Leave to File Rule 72 Objection to Magistrate's July 22, 2021 Order Under Seal* be and is hereby GRANTED; and

    **IT IS FURTHER ORDERED** that Defendants' *Rule 72 Objection to Magistrate's July 22, 2021 Order* and memorandum in support be filed into the record of these proceedings under seal until further order of the Court.

    New Orleans, Louisiana this __5th__ day of ___August___, 2021.

_____
UNITED STATES MAGISTRATE JUDGE