UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br><br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 <br><br> JUDGE: MILAZZO <br><br> MAG. JUDGE: DOUGLAS |

**NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MAGISTRATE'S JULY 22, 2021 ORDER (R. DOC. 129) UNDER SEAL**

MAY IT PLEASE THE COURT

NOW INTO COURT, through undersigned counsel comes Plaintiff Jerry Rogers, Jr. and submits the following memorandum in support his Motion for Leave to File Reply in Support of the Magistrate's July 22, 2021 Order (R. Doc. 129) Under Seal:

Local rule 5.6 provides that a document may be prospectively filed under seal if it is accompanied, in part, by a non-confidential supporting memorandum that provides:

1. A non-confidential description of what is to be sealed;

2. A statement as to why sealing is necessary;

3. Reference to governing case law, and;

4. A statement of the period of time the party seeks to have the matter maintained under seal and how the matter is to be handled upon sealing.

Courts recognize that the public has a common law right to inspect and copy judicial records, and therefore there is a presumption of public access.[1] However, this right is not absolute,

---
[1] *SEC v. Van Waeyenberghe*, 990 F.2d 845, 848 (5th Cir. 1993).

and "there are well-recognized situations in which the seal may and should be used."[2] Documents that reference a party's health are typically sealed.[3]

In this matter, Plaintiff's are responding to a sealed motion filed by Defendants that contains Plaintiff's medical records (R. Doc. 132), replying in support of a sealed order of this Court (R. Doc. 29), which granted in part a motion for protective order that is also sealed (R. Doc. 82). Because Plaintiff's Reply Memorandum extensively references the materials contained in multiple sealed documents the Reply Memorandum should also be sealed. Accordingly, Defendants move to seal Reply in Support of Magistrate's July 22, 2021 Order (R. Doc. 129) until further order of this Court.

WHEREFORE, Plaintiff respectfully requests leave to file his Reply in Support of Magistrate's July 22, 2021 Order (R. Doc. 129) under seal.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***

---

[2] Fed. Sav. & Loan Ins. Corp. v. Blain, 808 F.2d 395, 399 (5th Cir. 1987).

[3] *Lima v. Wagner,* 2018 U.S. Dist. LEXIS 240644 (S.D. Tex. 10/24/18); United States v. Jimenez, 256 F.3d 330 (5th Cir. 2001).