# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 |

## ORDER

Having duly considered the *Ex Parte Motion for Leave to File Reply Memorandum in Support of the Magistrate's July 22, 2021 Order (R. Doc. 129) Under Seal* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. The attachments to Plaintiff's *ex parte* motion shall be filed into the record under seal.

New Orleans, Louisiana, this 19th day of August, 2021.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA