UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

CONSIDERING Defendants' Motion For Leave To File Reply Memorandum in Support Of Defendants' Rule 72 Objection to Magistrate's July 22, 2021 Order Under Seal filed by Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper and Keith Canizaro, each in their official and individual capacities, and Local Civil Rule 5.6;

**IT IS HEREBY ORDERED** that the Motion For Leave To File Reply Memorandum in Support Of Defendants' Rule 72 Objection to Magistrate's July 22, 2021 Order Under Seal is **GRANTED.**

**IT IS FURTHER ORDERED** that the exhibit submitted to the Clerk of Court by Defendants, consisting of Exhibit 1 to Defendants' Motion For Leave To File Reply Memorandum in Support Of Defendants' Rule 72 Objection to Magistrate's July 22, 2021 Order Under Seal be filed into the record in this matter under seal.

**IT IS FURTHER ORDERED** that the exhibit shall remain sealed until further order of this Court.

New Orleans, Louisiana, this 13th day of October, 2021.

_____
JUDGE JANE MILAZZO