MINUTE ENTRY
MILAZZO, J.
NOVEMBER 3, 2021

JS-10: 00:25

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY ROGERS, JR.                                               CIVIL ACTION

VERSUS                                                          NO. 20-517 "H" (3)

RANDY SMITH

## MOTION HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: CATHY PEPPER
LAW CLERK: EMMY SCHROETER

APPEARANCES:    HOPE PHELPS, FOR PLAINTIFF
                CHADWICK COLLINGS & HENRY WEBER, FOR DEFENDANT

Case called at 10:27 a.m.

Counsel make appearances for the record.

Defendants' Rule 72 Objection to Magistrate's July 22, 2021 Order is argued by counsel and taken under submission by the Court (Doc. 136).

Court adjourned at 10:52 a.m.

