UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-517** |
| **RANDY SMITH ET AL.** | **SECTION: "H"** |

### ORDER AND REASONS

Before the Court is Defendants Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro's Motion in Limine to Exclude Evidence or References to Recordings Listed on Plaintiff Jerry Rogers Jr.'s Privilege Log (Doc. 77).

In her April 5, 2021 Order, the Magistrate Judge ruled that certain audio recordings of conversations between Plaintiff's counsel and witnesses in this case are protected attorney work product and subject to attorney–client privilege.[1] Defendants appealed that ruling, and this Court affirmed.[2] Defendants now move to exclude evidence or references at trial to those recordings. The Court held oral argument on this Motion on June 3, 2021.

The recordings include confidential conversations between Plaintiff's counsel and Plaintiff, as well as interviews between Plaintiff's counsel and

---

[1] Doc. 66.
[2] Doc. 98.

1

witnesses in this matter. Defendants have the same opportunity as Plaintiff to interview and depose these witnesses. Accordingly, these recordings might only be necessary at trial for impeachment purposes. This Court finds this Motion premature where Plaintiff may not seek to introduce these recordings at trial. Should the opportunity present itself at trial, the Court holds that Plaintiff should approach the bench and inform the Court of his intention to use a recording for impeachment purposes. Defendants may reurge this Motion at that time.

Accordingly;

**IT IS ORDERED** that the Motion is **DENIED** without prejudice to the right to reurge it at trial.

New Orleans, Louisiana this 22nd day of November, 2021.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**