UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517-JTM-DMD |

**Plaintiff's Motion for Partial Summary Judgment**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Jerry Rogers, Jr., who moves for summary judgment on the grounds that a review of the pleadings, discovery responses, and sworn testimony reveals that Defendants have not and will not produce any material facts or relevant evidence in their defense to Mr. Rogers' claims of false arrest and false imprisonment.

Accordingly, partial summary judgment should issue on Plaintiff's claims of false arrest in violation of the federal and Louisiana constitutions, as a matter of law, pursuant to Federal Rule of Civil Procedure 56.

In support of this Motion, Plaintiff attaches, offers, and introduces into evidence the following Exhibits:

A. Excerpts from Transcript of Deposition of Danny Culpeper;

B. Declaration of Jerry Rogers;

C. Excerpts from Transcript of Deposition of Keith Canizaro:

D. Excerpts from Transcript of Deposition of Sheriff Randy Smith;

E. Email from Det. Grey Thurman dated Sept. 3, 2019;

F. Affidavit of Steve M. Gaudet, Sr.;

G.  Police Report;

H.  Press Release;

I.  Letter from ADA J. Collin Sims to Patrick Magee, dated September 18, 2019; and

J.  October 28, 2019 Press Release.

WHEREFORE, Plaintiff, Jerry Rogers, Jr., respectfully requests this Honorable Court grant his Motion for Partial Summary Judgment on the claims of false arrest and false imprisonment.

Respectfully Submitted:

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***