UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br><br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | ) ) ) ) ) ) Case No. 2:20-cv-00517 ) ) ) ) ) ) |

**Plaintiff's Statement of Undisputed Material Facts in Support of Summary Judgment**

1. On September 16, 2019, Jerry Rogers was arrested for criminal defamation.[1]

2. Detective Daniel Buckner was identified as the "victim" of the alleged criminal defamation in the police report.[2]

3. Detective Buckner is a "law enforcement officer with the St. Tammany Parish Sheriff's Office."[3]

4. Detective Buckner's "victim type" was identified as "law enforcement officer" in the police report.[4]

5. Jerry Rogers was arrested for what he said about Detective Buckner about how Buckner was handling the investigation into the death of Nanette Krentel.[5]

---

[1] Ex. G at 3; Ex. C at 80:10-12 ("Q. So that would be 2:33 in the afternoon is the approximate time of Jerry Rogers' arrest? A. Yes, sir.")

[2] Ex. G at 5; Ex. C at 32:24-33:2 ("Q. So Daniel Buckner was the one victim of the criminal defamation charge that you drafted this report for, correct? A. Correct."); id. at 33:11-14 ("Q. So Daniel Buckner is listed here as the victim in his capacity as a law enforcement officer, correct? 14 A. Correct.")

[3] *Id.* at 30:10-12 ("Q. Buckner is a law enforcement officer with the St. Tammany Parish Sheriff's Office? A. Yes, he is.")

[4] Ex. C. at 33:3-14 ("Q. And it says here, 'Victim Type LE Officer.' Does that stand for law enforcement officer? A. Yes, sir. . . . Q. So Daniel Buckner is listed here as the victim in his capacity as a law enforcement officer, correct? A. Correct."); Ex. J at 20:1-5 ("Do you recall that Captain Canizaro testified that Detective Buckner, as a victim, was a victim in his capacity as a law enforcement officer? A. Yes, sir. Q. Does that match your recollection as well? A. Yes, sir.")

[5] Ex. D, Smith Dep. at 24:8-12 ("Q. And Jerry Rogers was arrested for what he said about Daniel Buckner about how Daniel Buckner was handling the investigation into the death of Nanette Krentel, correct? A. Yes, sir.")

Respectfully Submitted:

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***

2