UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br><br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:20-cv-00517-JTM-DMD |

### DECLARATION OF JERRY ROGERS

I, Jerry Rogers, of St. Tammany Parish, Louisiana, declare the following:

1. I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

2. My name is Jerry Rogers.

3. I am a Plaintiff in this action.

4. I was a deputy of the St. Tammany Parish Sheriff's Office (hereinafter "STPSO") from 1998 to 2009.

5. After leaving STPSO, I continued to reside in St. Tammany Parish and kept in touch with former colleagues.

6. I am currently a federal investigator for the United States Department of Housing and Urban Development, Office of Inspector General.

7. I followed the news coverage of Nanette Krentel's homicide.

8. I felt sympathy for the family members and, when I read the articles, I disagreed with some of the choices made by STPSO in their investigation.

9. I thought that STPSO's Detective Buckner, the lead detective on the Krentel

investigation, was not handling the investigation properly.

10. On September 16, 2019, at approximately 2:33 p.m., STPSO deputies arrested me at my home.

11. I was arrested, taken away in handcuffs, and booked at the jail.

12. I was strip-searched and incarcerated at the St. Tammany Parish Prison until I posted bail of $3,500 later that day.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/10/2022

_____
Jerry Rogers