## AFFIDAVIT OF STEVEN M. GAUDET SR.

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

**BE IT KNOWN** that on the 23rd day of January 2020, before me, the undersigned notary public, duly qualified in and for the State of Louisiana, and in the presence of the named and undersigned competent witnesses, personally came and appeared:

### STEVEN M GAUDET SR

A person of the full age of majority, who being duly sworn, did depose and state:

1. He at all relevant times herein, served as the Captain of the Major Crimes Division of the St. Tammany Parish Sheriff's Office;

2. He was employed in law enforcement from September 23, 1974 to November 2019;

3. He has personal firsthand knowledge of the criminal defamation investigation into Mr. Jerry Rogers Jr;

4. During the investigation into Mr. Rogers, he was also informed that St. Tammany District Attorney's Office, Chief of Trials, Colin Sims, indicated that La. R.S. 14:47 was declared unconstitutional as applied to the investigation and that charges based upon that statute should not be pursued;

5. He was present when Chief Danny Culpeper informed the unit that Sheriff Randy Smith wanted Mr. Jerry Rogers in jail for La. R.S. 14:47; Criminal Defamation; and

6. He believes that the ultimate decision to charge Mr. Jerry Rogers was politically motivated and was done so after being informed that the statute was unconstitutional as applied to Mr. Rogers actions.

**THUS DONE AND PASSED**, on the day and in the month and year first hereinabove written, in the presence of the undersigned competent witnesses, who have signed their names together with the said Affiant and me the said Notary.

*[signature]*
Steven M. Gaudet Sr.

Witnesses:

*[signature]*
Print: Melanie B. Hoyle

*[signature]*
Print: Alex Loyd

SWORN TO AND SUBSCRIBED TO BEFORE ME THIS 23RD DAY OF JANUARY 2020.

*[signature]*
BRIAN E. TRAINOR (LA. BAR NO. 28248)
NOTARY PUBLIC
COMMISSION EXPIRES UPON DEATH