| Agency ORI # LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | AGENCY REPORT NUMBER 2019-008211 |
|---|---|---|
| Phone (985) 8982320 | 1200 CHAMPAGNE ST , COVINGTON, LA, 70433 **WARRANT / CIVIL PAPER** | 1. Original ☐    Juvenile ☐    2. Supplement ☐ |

| Agency ORI Number: LA05200T1 | Agency Name: ST TAMMANY PARISH SHERIFF'S OFFICE | | Agency Report Number 2019-008211 |
|---|---|---|---|
| Warrant Type Arrest Warrant | Warrant Date 09/16/2019 | Warrant Number 417325 | Court Case Number | Bond Amount $0.00 |

### DEFENDANT

| Offense Indicator: 1 | Defendant Code: D | Juvenile NO | Name (First Middle Last +Family) JERRY HAMILTON ROGERS |
|---|---|---|---|
| Family / Maiden Name | | Place of Birth | Citizenship Unknown | Occupation |
| Address [REDACTED] | City FOLSOM | State La | Zip 70437- | Phone () |
| Employer / School | Address | | | Business Phone () |
| Social Security Number | Res. Type | Res. Status | INS# 0 | Arrest# | OBTS# |
| Driver License Number | DL State | DL Class | DL Expiration | DL Status | Suspension Length 0 |
| Race White | Ethnicity | Sex Male | Date of Birth [REDACTED] 1972   Age 46 | Height | Weight | Build |
| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |

### OFFENSE(S) / CHARGE(S)

| Offense 1 | Offense Type Misdemeanor | Description: DEFAMATION | | Counts 1 |
|---|---|---|---|---|
| Offense Status Committed | Statute Violation Number 14:47 | Forced Entry? | Occupancy | Type Weapon |
| Situation Type | | | Crime Category | |

### NARRATIVE

OFFENSE DATE UNKNOWN

DEFAMATION FROM CLOUD GAVEL

### ADMINISTRATIVE

| Report Contains Group Warrant CID | | | Related Report Number(s) | | | |
|---|---|---|---|---|---|---|
| Officer(s) Reporting CANIZARO, KEITH A | ID. Number 1784 | Name | | ID. Number | Unit 7503 | Date 09/16/2019 |
| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses 1   # Victims 0   # Offenders 1 | # Premises Ent. 0 | # Vehicles Stolen 0 | # Arrested 0 |
| Routed To WARRANTS | | Referred To | | | | |
| Assigned To | | Assigned By | | | | Assigned Date |
| Case Status Open | Exception Type | | | | | Date Cleared |

STPSO JR 000074

| Agency ORI # LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE<br>1200 CHAMPAGNE ST , COVINGTON, LA, 70433<br>**COMPLAINT ARREST AFFIDAVIT ( RMS )** | AGENCY REPORT NUMBER 2019-008211<br>COURT DOCKET NUMBER |
|---|---|---|
| Phone (985) 8982320 | | Juvenile ☐ |

| Agency ORI Number:<br>LA05200T1 | Agency Name:<br>ST TAMMANY PARISH SHERIFF'S OFFICE | | | | Agency Report Number<br>2019-008211 |
|---|---|---|---|---|---|
| Reported: Day<br>MONDAY | Date<br>09/16/2019 | Time(mil)<br>14:33 | Time Dispatched (mil)<br>14:33 | Time Arrived (mil)<br>14:34 | Time Completed (mil)<br>14:33 |
| Arrest: Day<br>MONDAY | Date<br>09/16/2019 | Time(mil)<br>14:33 | Arrested?<br>YES | NCIC Check?<br>NO | OBTS#:<br>0 |
| Booked: Day | Date | Time(mil) | Court Case Number: | Bond Amount:<br>0.00 | |

**DEFENDANT**

| Offense Indicator:<br>1 | Defendant Code:<br>D | Juvenile<br>NO | Name (First Middle Last +Family)<br>JERRY H ROGERS | | |
|---|---|---|---|---|---|
| Family / Maiden Name | | Place of Birth | | Citizenship<br>United States Citize | Occupation |
| Address | | City<br>FOLSOM | | State Zip<br>LA  70437- | Phone<br>(985) |
| Employer / School | Address | | City | State Zip | Business Phone<br>( ) - |
| Social Security Number | Res. Type | Res. Status | Driver License Number<br>19721103 - LA | Arrest# | OBTS# |
| Race<br>WHITE | Ethnicity | Sex<br>Male | Date of Birth  Age<br>         1972  46 | Height Weight<br>0- | Build |
| Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion |

**OFFENSE(S) / CHARGE(S)**

| Offense<br>1 | Offense Type<br>Misdemeanor | Description:<br>DEFAMATION | | |
|---|---|---|---|---|
| Offense Status<br>Committed | Statute Violation Number<br>14:47 | Forced Entry? | Occupancy<br>N/a | Type Weapon<br>No Weapon Used |
| Situation Type<br>Single Victim/single Offender | | | Crime Category | |

**NARRATIVE / REASON FOR ARREST (PROBABLE CAUSE) STATEMENT**

The undersigned has probable cause to believe the above-named defendant, on the 16th day of September, 2019, at approximately 2:33pm at - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was arrested for the following reasons:

On September 16, 2019, at approximately 1433 hours, Detective David Miceli, unit 7112, Detective Marco Lopez, unit 7116, and Detective Matthew Rowley, unit 7114, all of the St. Tammany Parish Sheriff's Office Major Crimes Unit, went to 82096 Highway 1080, Folsom, LA 70437, regarding arrest warrant number 417325.

Jerry Rogers (W/M,DOB ▮▮▮1972) was booked accordingly, under warrant number 417325 for LRS 14:47- relative to Defamation under original case item number 2019-008211.

**ADMINISTRATIVE**

| Report Contains | | | Related Report Number(s) | | | |
|---|---|---|---|---|---|---|
| Officer(s) Reporting<br>MICELI, David | ID. Number<br>361 | Name | | ID. Number | Unit<br>7112 | Date<br>09/16/2019 |
| Officer Reviewing (If Applicable)<br>HOTARD, ALVIN A | ID. Number<br>1683 | Approved Date<br>09/24/2019 | # Offenses<br>1 | # Victims # Offenders<br>0           1 | # Premises Ent. # Vehicles Stolen<br>0                 0 | # Arrested<br>1 |
| Routed To<br>None | | Referred To | | | | |
| Assigned To | | Assigned By | | | Assigned Date | |
| Case Status<br>OPEN | | Exception Type | | | Date Cleared<br>12/13/2019 | |

STPSO JR  000075

**COMPLAINT ARREST AFFIDAVIT - NARRATIVE CONTINUATION ( RMS )**

Juvenile ☐

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-008211 |

| Original Date Reported | Incident Type |
|---|---|
| 09/16/2019 | Warrant Arrest |

### NARRATIVE CONTINUATION

On September 16, 2019, at approximately 1433 hours, Detective David Miceli, unit 7112, Detective Marco Lopez, unit 7116, and Detective Matthew Rowley, unit 7114, all of the St. Tammany Parish Sheriff's Office Major Crimes Unit, went to 82096 Highway 1080, Folsom, LA 70437, regarding arrest warrant number 417325.

Upon arrival, Detectives came into contact with a white male subject, who identified himself as Jerry Rogers (DOB ▓▓▓ 1972). Detective Miceli confirmed warrant number 417325 to be an open and active arrest warrant for Rogers, through central dispatch. Rogers was properly restrained (handcuffed, double locked, finger spaced). Detective Miceli verbally advised Rogers of his Miranda Rights (which he later signed in a written form), and placed him under arrest for warrant number 417325.

Detectives then transported Jerry Rogers to the St. Tammany Parish Sheriff's Office jail facility, without incident. Upon arrival, Rogers was booked accordingly, under warrant number 417325 for LRS 14:47- relative to Defamation under original case item number 2019-008211.

Warrant - Cleared by Arrest.

Detective David Miceli, 7112

Attachment:

1-Miranda Rights Form

**ADMINISTRATIVE**

Report Contains: 
Related Report Number(s):

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| MICELI, David | 361 | | | 7112 | 09/16/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| HOTARD, ALVIN A | 1683 | 09/24/2019 | 1 | 0 | 1 | 0 | 0 | 1 |

Routed To: NONE
Referred To:
Assigned To:
Asigned By:
Date:

Case Status: OPEN
Exception Type:
Date Cleared: 12/13/2019

STPSO JR 000076

| | | |
|---|---|---|
| Agency ORI# **LA05200T1** | **ST TAMMANY PARISH SHERIFF'S OFFICE**<br>1200 CHAMPAGNE ST, COVINGTON, LA, 70433 | AGENCY REPORT NUMBER **2019-008211** |
| Phone **(985) 8982320** | **OFFENSE ( RMS )** | 1. Original<br>Juvenile ☐   2. Supplement ☒ |

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-008211 |

| Reported: Day | Date | Time(mil) | Time Dispatched (mil) | Time Arrived (mil) | Time Completed (mil) |
|---|---|---|---|---|---|
| Monday | 08/19/2019 | 09:40 | 09:40 | 00:00 | 00:00 |

| Incident: Day | Date | Time (mil) | | Day | Date | Time (mil) |
|---|---|---|---|---|---|---|
| From MONDAY | 08/19/2019 | 09:40 | To | MONDAY | 08/19/2019 | 09:40 |

Incident Type
**Complaint**

### OFFENSE(S)

| Statute Violation Number | Description | | Offense | Counts |
|---|---|---|---|---|
| 14:47 | DEFAMATION | | 1 | 1 |

| Offense Status | Offense Type | Type Weapon | Situation Type: |
|---|---|---|---|
| Committed | MISDEMEANOR | | |

Crime Category
Crime Circumstances

| Forced Entry? | Occupancy: N/a | Justifiable Homicide/Manslaughter | Sub-Code |
|---|---|---|---|

### LOCATION

Incident Location (Common Name, Street, Apt. Number)
**LEC - SLIDELL - 300 BROWNSWITCH RD. / CHATEAU DE WAY. & WHISPERWOOD BLVD.**

| Cross Streets | City, State |
|---|---|
| CHATEAU DE WAY. & WHISPERWOOD BLVD. | LA |

| Zip | Geographic Indicator | Location Type |
|---|---|---|
| | 22 | Gov't Bldg |

### NARRATIVE

Sergeant Keith Canizaro, assigned to the Major Crimes Unit, began an investigation relative to possible obstruction of justice committed by an employee of the Saint Tammany Parish Sheriff's Office. During the course of the aforementioned investigation, it was discovered the listed suspect, Jerry Rogers, committed the criminal offense, as defined in LRS 14:47, relative to Defamation.

A warrant of arrest was obtained for Rogers, who was subsequently taken into custody without further incident.

### ADMINISTRATIVE

| Report Contains | Related Report Number(s) | | |
|---|---|---|---|

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| CANIZARO, KEITH A | 1784 | | | 7103 | 12/13/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises Ent. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| HOTARD, ALVIN A | 1683 | 12/13/2019 | 1 | 1 | 1 | 0 | 0 | 0 |

| Routed To | Referred To |
|---|---|
| NONE | |

| Assigned To | Assigned By | Assigned Date |
|---|---|---|

| Case Status | Exception Type | Date Cleared |
|---|---|---|
| OPEN | | 01/07/2020 |

STPSO JR 000077

# OFFENSE - PERSON(S) ( RMS )

Juvenile: ☐
1. Original
2. Supplement: 1

| Agency ORI Number | Agency Name | Agency Report Number |
|---|---|---|
| LA05200T1 | ST TAMMANY PARISH SHERIFF'S OFFICE | 2019-008211 |

| Original Report Date | Incident Type |
|---|---|
| 08/19/2019 | Complaint |

## OFFICER

| Offense Ind. | V/W Code | Victim Type | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|---|
| 1 | Victim | Le. Officer | NO | Daniel BUCKNER |

| Famiy / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | La | United States Citizen | LEO |

| Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|
| 300 BROWNSWITCH RD. | SLIDELL | La | 70458 | (985)726-7835 |

Employer / School | Address | City | State Zip | Business Phone

Synopsis of Involvement | Victim DID receive information on Victim's Rights and Services Pursuant to State Law

Driver License Number | DL State | Driver License Class | Driver License Expiration | Driver License Status | Suspension Length: 0

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
| | Parish | Full Year | 0 | | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| White | Non-hispanic | Male | 1978 | 41 | | | |

Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion

Officer Situation Type | Type of Assignment

Officer Activity | Experience(yrs)

Officer Aware of Weapon? | Offender Use Officer's Weapon? | Firearm Discharged by Officer? | Firearm Discharged by Offender? | Offender Injured?

Extend of Offender Injuries | Officer Wearing Body Armor? | Armour Prevent Serious Injury? | Cleared? | Distance in Feet?

Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number)

Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage:

## SUSPECT

| Offense Indicator | Suspect Code | Juvenile | Name (First Middle Last +Family) |
|---|---|---|---|
| | Defendant | NO | Jerry Halmilton Rogers |

| Famiy / Maiden Name | Place of Birth | Citizenship | Occupation |
|---|---|---|---|
| | La | United States Citizen | LEO |

| Last Known Address (Street, Apt. Number) | City | State | Zip | Phone |
|---|---|---|---|---|
| 82096 HWY 1080 | FOLSOM | La | 70437 | |

Employer / School | Address | City | State Zip | Business Phone

| Social Security Number | Res. Type | Res. Status | INS# | NCIC# | Arrest# | OBTS# |
|---|---|---|---|---|---|---|
| | Parish | Full Year | 0 | | | |

Driver License Number | DL State | DL Class | Driver License Expiration | Driver License Status | Suspension Length: 0

| Required Endorsements | Commercial DL | Commercial Vehicle | Person Name Different Than On DL | Operator Owns Vehicle | NCIC | Cancelled By |
|---|---|---|---|---|---|---|
| | NO | NO | NO | NO | | |

| Race | Ethnicity | Sex | Date of Birth | Age | Height | Weight | Build |
|---|---|---|---|---|---|---|---|
| White | Not Hispanic | Male | 1972 | 47 | | | |

Hair Color | Hair Length | Hair Style | Facial Hair | Eye Color | Complexion

Scars / Marks / Tatoos (Location / Describe)

Amputee | Special Identifiers | Unusual Features

Injury Type(s) | Extent of Injury | Mental / Physical Condition | Medication Required / Type | Doctor / Medical (Name, Phone Number)

Medical Aid Given | Treated | Sobriety | Transported? | Transported To: | Beginning Mileage: | Ending Mileage:

## ADMINISTRATIVE

Report Contains | Related Report Number(s)

| Officer(s) Reporting | ID. Number | Name | ID. Number | Unit | Date |
|---|---|---|---|---|---|
| CANIZARO, KEITH A | 1784 | | | 7103 | 11/20/2019 |

| Officer Reviewing (If Applicable) | ID. Number | Approved Date | # Offenses | # Victims | # Offenders | # Premises En. | # Vehicles Stolen | # Arrested |
|---|---|---|---|---|---|---|---|---|
| HOTARD, ALVIN A | 1683 | 12/13/2019 | 1 | 1 | 1 | 0 | 0 | 0 |

STPS@vJR_009078