**From:** Lee, Scott K. <ScottLee@stpso.com>
**Sent:** 9/16/2019 2:48:57 PM
**Subject:** **Press Release**Federal Law Enforcement Agent Arrested for Defamation

**Attachments:** image001.jpg ,Federal Law Enforcement Agent Arrested for Defamation1.docx

[press release]
Monday, September 16, 2019

***Federal Law Enforcement Agent Arrested for Defamation***

The St. Tammany Parish Sheriff's Office arrested a federal law enforcement agent and former STPSO employee Monday (Sept. 16) for defamation.

Jerry Rogers Jr. (DOB 11/3/1972) was arrested after it was discovered he sent numerous emails which included false information in relation to an open investigation.

Rogers used a fake name to create an email account and then sent messages to the family members of a victim.

The emails contained false information regarding the ongoing investigation as well as derogatory statements regarding the lead investigator and others closely involved in the investigation. The false information deprived the lead investigator of the family's trust and confidence.

A warrant was issued through the 22nd Judicial District Court for Rogers' arrest for violating L.R.S. 14:47 Defamation. He was taken into custody without incident and booked into the St. Tammany Parish Jail.

Rogers is currently employed by the U.S. Department of Housing and Urban Development and was an employee of the St. Tammany Parish Sheriff's Office from June 23, 1998, to Oct. 23, 2009, at which time he left on his own accord.

"It is our duty to diligently investigate any claim or possible lead that may further any open or active investigation," Sheriff Randy Smith said. "In this particular instance, our investigators were able to uncover the malicious, surreptitious, and criminal actions of an individual whose intent was motivated by his efforts to defame, create distrust and otherwise prey on the emotions of a victim's family."


*Booking photo not yet available. Booking photo can be obtained via the inmate roster on our website, www.stpso.com, when available.


Public Information Officer - Contact Information
Captain Scott Lee - 985-276-1395 or scottlee@stpso.com
Public Information Officer - Contact Information
Deputy Meredith Timberlake - 985-809-8207 or meredithtimberlake@stpso.com

Assistant Public Information Officer - Contact Information
DFC Suzanne Carboni - 985-809-8227 or suzannecarboni@stpso.com





Monday, September 16, 2019

### ***Federal Law Enforcement Agent Arrested for Defamation***

The St. Tammany Parish Sheriff's Office arrested a federal law enforcement agent and former STPSO employee Monday (Sept. 16) for defamation.

Jerry Rogers Jr. (DOB 11/3/1972) was arrested after it was discovered he sent numerous emails which included false information in relation to an open investigation.

Rogers used a fake name to create an email account and then sent messages to the family members of a victim.

The emails contained false information regarding the ongoing investigation as well as derogatory statements regarding the lead investigator and others closely involved in the investigation. The false information deprived the lead investigator of the family's trust and confidence.

A warrant was issued through the 22nd Judicial District Court for Rogers' arrest for violating L.R.S. 14:47 Defamation. He was taken into custody without incident and booked into the St. Tammany Parish Jail.

Rogers is currently employed by the U.S. Department of Housing and Urban Development and was an employee of the St. Tammany Parish Sheriff's Office from June 23, 1998, to Oct. 23, 2009, at which time he left on his own accord.

"It is our duty to diligently investigate any claim or possible lead that may further any open or active investigation," Sheriff Randy Smith said. "In this particular instance, our investigators were able to uncover the malicious, surreptitious, and criminal actions of an individual whose intent was motivated by his efforts to defame, create distrust and otherwise prey on the emotions of a victim's family."

**Public Information Officer - Contact Information**
Captain Scott Lee – 985-276-1395 or scottlee@stpso.com

**Public Information Officer - Contact Information**
Deputy Meredith Timberlake – 985-809-8207 or meredithtimberlake@stpso.com

**Assistant Public Information Officer - Contact Information**
DFC Suzanne Carboni – 985-809-8227 or suzannecarboni@stpso.com