

# Warren Montgomery
### District Attorney
22nd Judicial District
Washington – St. Tammany Parishes

---

J. Collin Sims
Chief, Criminal Division

Justice Center
701 N. Columbia Street
Covington, LA 70433

Telephone: (985) 809-8383
Fax: (985)809-8365

09/18/2019

Mr. Patrick Magee
Attorney General's Office
PO Box 94005
Baton Rouge, LA 70804-9005

Re:   STATE OF LOUISIANA VS.  JERRY ROGERS, JR.

Dear Mr. Magee:

Mr. Warren Montgomery, District Attorney of the 22nd Judicial District, is recusing himself and his office from this matter pursuant to Articles 680(2) and 681 of the Code of Criminal Procedure.

In addition, our office would like to alert the Office of the Attorney General that the offense charged, La. R.S. 14:47, has been declared unconstitutional in at least some of its applications. See *State v. Defley, 395 So.2d 759 (La. 1981)*.

I have enclosed herewith for your file, all of the materials and evidence provided to our office relating to this matter.  If you have any questions or comments, please feel free to contact me.

Sincerely,

*J. Collin Sims*

J. Collin Sims
Assistant District Attorney
Chief, Criminal Division

JCS/mb