## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
|     **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
|     **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

*Considering Defendants' Unopposed Motion to Continue the Submission Date on Plaintiff's Motion for Summary Judgment*;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the *Defendants' Unopposed Motion to Continue the Submission Date on Plaintiff's Motion for Summary Judgment* is **HEREBY GRANTED.**

**IT IS FURTHER HEREBY ORDERED, ADJUDGED, AND DECREED** that the submission date for *Plaintiff's Motion for Summary Judgment* (Rec. Doc. 158) is **HEREBY CONTINUED** from January 26, 2022, to February 23, 2022.

New Orleans, Louisiana, this  13th  day of  January , 2022

**JUDGE**