## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** *Plaintiff* | * * * | **CIVIL ACTION NO. 20-517** |
| **VERSUS** | * * * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY And IN HIS OFFICIAL CAPACITY AS THE SHERIFF OF ST. TAMMANY PARISH, DANNY CULPEPER. AND KEITH CANIZARO** *Defendants* | * * * * * * | **MAG. JUDGE DOUGLAS** **JURY DEMAND** |

*************************************************************************

### *EX PARTE* MOTION FOR LEAVE TO EXCEED PAGE LIMITATION WITH INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, Major Danny Culpeper and Captain Keith Canizaro, to respectfully request leave under LR 7.7 to file a memorandum in support of their motion for summary judgment in excess of twenty-five (25) pages. In support of this request, defendants aver as follows:

**I.**

Defendant law enforcement officials, three (3) in all, are represented by common counsel and wish to file together a dispositive motion for summary judgment to plaintiff's suit.

**II.**

This case has involved fairly substantial discovery, including numerous depositions and the review and analysis of the reports and records of various agencies.

**III.**

Plaintiff's suit is primarily focused on claims of violations of the First and Fourth Amendments to the United States Constitution brought under 42 U.S.C. § 1983, and to adequately address those claims, it is necessary to address the history and investigation of plaintiff's conduct and the defense of qualified immunity. Defendants are unable to jointly discuss all those issues in a comprehensive manner without an allowance for additional pages in their memorandum.

**IV.**

Therefore, defendants respectfully request leave of court under LR 7.7[1] to exceed the twenty-five (25) page limit for their memorandum filed in support of their motion (a copy of the proposed memorandum in support is attached hereto). Defendants' memorandum in support is thirty-three (33) pages long, not including a signature and service page. Thus, the memorandum is not substantially in excess of what is allowed by the Local Rules.

**V.**

Defendants suggest that a grant of leave to exceed the memorandum page limitation on their motion for summary judgment will facilitate a more timely and efficient evaluation of plaintiff's claims in light of the matters raised by defendants.

**WHEREFORE**, defendants pray that their *ex parte* motion for leave to exceed page limitation be granted and that their proposed memorandum in support of their Motion for Summary Judgment be filed into the record.

---

[1] Local Rule 7.7 Length of Memoranda and Briefs:

> Except with prior leave of court, a trial brief or memorandum supporting or opposing a motion must not exceed 25 pages, excluding exhibits, and a reply brief or memorandum must not exceed 10 pages, excluding exhibits.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
_____
**CHADWICK W. COLLINGS, T.A.     # 25373**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:   (985) 292-2000**
**Facsimile:   (985) 292-2001**
ccollings@millinglaw.com
*Counsel for Defendants*


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on February 8, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
_____
**Chadwick W. Collings**