UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,**<br>Plaintiff | * | CIVIL ACTION |
| | * | |
| | * | NO. 20-517 |
| **VERSUS** | * | |
| | * | JUDGE MILAZZO |
| | * | |
| **RANDY SMITH, INDIVIDUALLY**<br>And **IN HIS OFFICIAL CAPACITY**<br>**AS THE SHERIFF OF ST. TAMMANY**<br>**PARISH, DANNY CULPEPER, AND**<br>**KEITH CANIZARRO**<br>Defendants | *<br>*<br>*<br>*<br>*<br>* | MAG. JUDGE DOUGLAS<br><br>JURY DEMAND |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

 **BEFORE ME,** the undersigned notary public, personally came and appeared:

### DETECTIVE DANIEL BUCKNER

who being duly sworn, did depose and state:

1. I am of the age of majority and a resident of St. Tammany Parish and a citizen of the State of Louisiana.

2. In May of 2003, I began my employment with the St. Tammany Parish Sheriff's Office in the Criminal Patrol Division.

3. In January of 2011, I was transferred to the Criminal Investigations Division of the St. Tammany Parish Sheriff's Office.

EXHIBIT B

4. Ms. Nanette Krentel died on July 14, 2017, and soon thereafter I was assigned as lead investigator into her death.

5. At some point in 2019, during the course of the homicide investigation into the death of Ms. Krentel, I was made aware that anonymous emails were being sent to the victim's sister, Kim Watson.

6. Information regarding the anonymous emails was provided to me by another of Nannette Krentel's relatives, Gina Watson, via emails and during telephone conversations that we had. Due to the various things being alleged in these anonymous emails, Ms. Watson asked that I further look into these anonymous emails.

7. Ms. Watson expressed her alarm and frustration with the emails to me, stating that she thought it was ridiculous that an anonymous individual was inserting himself into the Krentel homicide investigation. She also informed me that this individual was calling himself a law enforcement officer.

8. The anonymous emails reported to me by Ms. Watson contained false information regarding my experience and my ability to investigate Nannette Krentel's homicide, including that I was a "stone cold rookie" and that I had "no experience."

9. Despite the inaccuracies in the emails, at the time of Ms. Nanette Krentel's death on July 14, 2017, I had been assigned to the Criminal Investigations Division as a Detective for six (6) years, I was certified by the State of Louisiana as a Homicide Investigator, and that I both led and assisted on numerous other homicide investigations.

10. On August 13, 2019, Lieutenant Alvin Hotard and I traveled to Plaintiff, Jerry Roger's workplace in the Hale Boggs Building in New Orleans, Louisiana, to interview him about the anonymous emails sent to Ms. Krentel's family.

11. During that interview, Plaintiff Rogers admitted to sending the emails and further admitted that he obtained information about the investigation from a (then) current STPSO employee.

12. Soon after my interview of Mr. Rogers in August of 2019, it was determined by my command that due to the fact that I was potentially the victim of Mr. Rogers' criminal defamation, I would no longer be involved in any investigation into Mr. Rogers' activities; and I had no further involvement into the investigation of Mr. Rogers.

**SWORN TO AND SUBSCRIBED ON THIS 2nd DAY OF FEBRUARY, 2022.**

Witnesses:

_____  
Print Name: Michaela Boudreaux

_____  
Print Name: JONATHAN BRADFORD

_____  
DANIEL BUCKNER

_____  
CHADWICK W. COLLINGS  
NOTARY PUBLIC  
MY BAR NUMBER: 25373  
MY COMMISSION IS FOR LIFE