```
 1   death of Nanette Krentel, he sent e-mails to a
 2   family member of Nanette Krentel, correct?
 3        A.   Yes.
 4        Q.   Those e-mails were critical of the St.
 5   Tammany Parish Sheriff's Office investigation into
 6   that death, correct?
 7        A.   Among other things, yeah.
 8        Q.   Among other things, they were
 9   specifically critical of Daniel Buckner, correct?
10        A.   Correct.
11        Q.   And you authored an affidavit in support
12   of an arrest warrant for the arrest of Jerry Rogers
13   for criminal defamation, correct?
14        A.   Yes.
15        Q.   I'm going to pull up Exhibit L, as in
16   Larry.  Can you see this, Captain?
17        A.   Yes.
18        Q.   What is this document we're looking at
19   here?
20        A.   It's an entry for the arrest warrant in
21   the RMS system for Jerry Rogers.
22        Q.   What is the RMS system?
23        A.   It's our report management system for the
24   sheriff's office.  Just the name that's assigned to
25   it.
```