1      A.   Correct.
2      Q.   And then that caused him to be arrested
3 once the judge had signed the warrant, correct?
4      A.   Correct.
5      Q.   You mentioned the elements of criminal
6 defamation. Is that something you knew off the top
7 of your head when you were investigating Mr. Rogers
8 or did you look it up?
9      A.   I didn't know the specific -- all of the
10 specific elements, but I knew, I guess what you
11 would call the spirit of the law, and I looked up
12 the letter of the law.
13      Q.   You looked it up. Where did you look it
14 up?
15      A.   In a Westlaw book.
16      Q.   Do you still have that Westlaw book?
17      A.   I have no idea. It was in my prior
18 office many moons ago. It would have been the most
19 current we had, so we were using the year or
20 previous year. I don't know exactly what year it
21 was we looked it up, but.
22      Q.   Do you think Major Crimes might still
23 have that book?
24      A.   That I don't know.
25      Q.   When you say the Westlaw book, do you

```
 1  know the title of that Westlaw book?
 2       A.   It's the book that we've been getting
 3  definitely since I've been here and even prior, in
 4  JP, we used it for years and years and years.
 5       Q.   It's a Westlaw book of Louisiana
 6  statutes?
 7       A.   Louisiana statutes, yes.
 8       Q.   Was it just criminal statutes or was it
 9  all statutes?
10       A.   I don't remember, honestly.  It was
11  thick.  I don't remember exactly, but I believe it
12  was all under criminal, yeah.  It would have been
13  criminal.  We don't have civil law books, that I
14  can remember.
15       Q.   Did you look up the statute anywhere
16  else?
17       A.   No.
18       Q.   Did you look it up online, like on the
19  Louisiana State Legislature's website?
20       A.   I don't believe I did.  I'm not very
21  savvy when it comes to online and things like that.
22       Q.   Okay.  If someone warned you that
23  arresting Jerry Rogers for criminal defamation
24  about what he said or wrote about Daniel Buckner
25  might be unconstitutional under that statute, is
```