UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **And IN HIS OFFICIAL CAPACITY** | * | **MAG. JUDGE DOUGLAS** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | **JURY DEMAND** |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MOTION TO CONTINUE SUBMISSION DATES FOR PLAINTIFF'S AND DEFENDANTS' PENDING MOTIONS FOR SUMMARY JUDGMENT AND INCORPORATED MEMORANUDM IN SUPPORT OF SAME

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper and Keith Canizaro, who respectfully request that the submission dates for Plaintiff's pending motion for summary judgment (Rec. Doc. 158) and Defendants' Motion for Summary Judgment (Rec. Doc. 166), both of which are noticed for submission on February 23, 2022, be continued to April 6, 2022.

Plaintiff has previously attempted to file a motion to continue the submission date for Defendants' motion for summary judgment.[1] Defendants do not oppose plaintiff's request to continue the submission date for their motion for summary judgment, however, Defendants would simply request that the submission date for Plaintiff's motion for summary judgment also be continued to that same date. Indeed, undersigned counsel suggested to plaintiff's counsel that the

---

[1] See Rec. Doc. 168, which was marked as a deficient filing by the Clerk.

submission dates for both motions be continued. Counsel for plaintiff, however, has informed undersigned counsel that plaintiff is only interested in a continuance of the submission date for Defendants' motion for summary judgment.[2]

Defendants would respectfully suggest that both submission dates should be continued. First, Defendants have requested oral argument on their motion for summary judgment,[3] and Defendants would suggest that as many of the same issues are addressed in both motions for summary judgment, it is in Defendants' view inefficient to have these motions argued on two separate days. Second, Defendants would like an opportunity to depose Mr. Rogers prior to the deadline to submit their memorandum in opposition to the plaintiff's motion for summary judgment. In all candor to this Honorable Court, plaintiff's counsel has previously provided some dates for plaintiff's deposition, however, undersigned counsel was unable to select any of the dates offered due to various conflicts. Undersigned counsel has asked for additional dates from plaintiff's counsel, which undersigned counsel is confident plaintiff's counsel will soon provide.

Defendants respectfully suggest April 6, 2022, for the submission dates for these motions for summary judgment instead of March 9, 2022, or March 23, 2022, due to conflicts on undersigned counsel's calendar on both of those dates in March. If, however, the Court would be inclined to hear these motions sooner and has alternative dates in March, Defendants would respectfully request a telephone status conference with the Court's docketing clerk to select alternative dates in March.

Finally, Defendants would respectfully submit that since the trial of this matter is not scheduled to begin until **December 12, 2022**, and discovery cut-off is not until **September 7, 2022**,

---

[2] See the two email exchanges between counsel from yesterday attached as Exhibit "A" and "B"
[3] See Rec. Doc. 167

there is no prejudice to any of the parties should these submission dates be continued to April 6, 2022, or some other date in March as selected by the parties and the Court.

**WHEREFORE**, Defendants pray that the submission dates for Plaintiff's pending motion for summary judgment (Rec. Doc. 158) and Defendants' Motion for Summary Judgment (Rec. Doc. 166), both of which are noticed for submission on February 23, 2022, be continued to April 6, 2022; or some other date in March of 2022, that is selected by the Court and the parties.

**Respectfully submitted,**

**MILLING BENSON WOODWARD, LLP**

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS, T.A.     # 25373**
**SARAH A. FISHER     # 39881**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone:     (985) 292-2000**
**Facsimile:     (985) 292-2001**
**Email:     ccollings@millinglaw.com**
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on February 11, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**