# Chadwick Collings

| | |
|---|---|
| **From:** | Chadwick Collings |
| **Sent:** | Thursday, February 10, 2022 10:13 AM |
| **To:** | Hope Phelps |
| **Cc:** | Sarah Fisher; williammost@gmail.com; Chadwick Collings |
| **Subject:** | RE: Rogers v. Smith, et al. |

Hope

As you know, our motion for leave to file was filed 15 days prior to the submission date (and you received a copy of the entire motion, notice of submission, memorandum and exhibits at the same time), which is why I suspect the Court considers it timely filed and has kept the submission date for 2/23/22 (the same date as your client's MSJ). Therefore I do not think there is anything to correct.

*Chadwick W. Collings*
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☏ firm:   (985) 292-2000
☏ fax:    (985) 292-2001
☏ cell:   (985) 285-8779
✉ email:  ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

**From:** Hope Phelps <hopeaphelps@outlook.com>
**Sent:** Thursday, February 10, 2022 10:07 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Sarah Fisher <sfisher@millinglaw.com>; boudreaux@millinglaw.com; williammost@gmail.com
**Subject:** Re: Rogers v. Smith, et al.

Good morning Chad,

Defendant's MSJ was filed today, but there aren't 15 days until the submission date. Do we have your consent to file a motion to correct the submission date for Defendants' MSJ?

Thank you,

Hope A. Phelps
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 114, #101| New Orleans, Louisiana 70170
Direct: 504.256.4615
E-mail: hopeaphelps@outlook.com



EXHIBIT A

1