## Chadwick Collings

| | |
|---|---|
| **From:** | Chadwick Collings |
| **Sent:** | Thursday, February 10, 2022 6:51 PM |
| **To:** | William Most |
| **Cc:** | Hope Phelps; Sarah Fisher |
| **Subject:** | Re: Activity in Case 2:20-cv-00517-JTM-DMD Rogers v. Smith et al Motion to Continue |

Counsel,

We will file our response with the court in due course. Please send over some dates for your client's deposition at your earliest convenience.
Have a nice evening.

Sent from my iPhone

> On Feb 10, 2022, at 6:43 PM, William Most <williammost@gmail.com> wrote:
>
> Chad,
>
> One month ago, you asked for a month-long extension on the MSJ response. We agreed. You indicated you wanted to depose Mr. Rogers before the MSJ opposition deadline, and so we provided you with a range of deposition dates before the MSJ opposition deadline. You never chose one or followed up. Given that, we are disinclined to agree to further extensions.
>
> If you don't oppose our motion, you can tell us that.
>
> Thank you,
>
> William

> On Thu, Feb 10, 2022 at 4:59 PM Chadwick Collings <ccollings@millinglaw.com> wrote:
> Counsel
>
> If you wanted to continue the submission date on our MSJ, why not just ask (as opposed to the earlier back and forth about "correcting" our filing)?
>
> Tell you what, rather than us oppose this filing, why don't we just agree that we will continue the submission dates for both MSJ's and you also provide dates for Mr. Rogers' deposition in advance of the deadline for us to file an opposition to your MSJ, agreed?
>
> Chad
>
> Sent from my iPhone



On Feb 10, 2022, at 4:35 PM, Efile_Notice@laed.uscourts.gov wrote:

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Eastern District of Louisiana**

## Notice of Electronic Filing

The following transaction was entered by Phelps, Hope on 2/10/2022 at 4:33 PM CST and filed on 2/10/2022

| | |
|---|---|
| **Case Name:** | Rogers v. Smith et al |
| **Case Number:** | 2:20-cv-00517-JTM-DMD |
| **Filer:** | Jerry Rogers, Jr |
| **Document Number:** | 168 |

**Docket Text:**
**MOTION to Continue *Defendants' MSJ Submission Date* by Jerry Rogers, Jr. Motion(s) will be submitted on 2/23/2022. (Attachments: # (1) Memorandum in Support, # (2) Proposed Order)(Phelps, Hope)**

**2:20-cv-00517-JTM-DMD Notice has been electronically mailed to:**

Chadwick William Collings    ccollings@millinglaw.com, cwc@chadwickcollings.com, mboudreaux@millinglaw.com

David Joseph Lanser    david.lanser@gmail.com

Hope A Phelps    hopeaphelps@outlook.com

Sarah A. Fisher    sfisher@millinglaw.com, mboudreaux@millinglaw.com

William Brock Most    williammost@gmail.com, david.lanser@gmail.com, veronicasuzannebarnes@gmail.com

**2:20-cv-00517-JTM-DMD Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=2/10/2022] [FileNumber=11232307-
0] [13a72636c236fe1cb41e7ed45013bb85bcf7b6178e5d83b6664aad22b11d93a856
8ec73cf1cd32136ebbb5aa8b025eb0a976d1b17d232b8d5aefdd03f7803f83]]
**Document description:**Memorandum in Support
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=2/10/2022] [FileNumber=11232307-
1] [9da7fd6fc79cd9c1f536c23f7df37592076c9d318d75eae4f8c38d3872db7e5437
102a56db0b436add8c390ab336f1f4b7d68fd31f4c3440a90402c65ec2c81b]]
**Document description:**Proposed Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=2/10/2022] [FileNumber=11232307-
2] [4164df605a88f64578abfd7680a5ac5c864221fdc2a8a42201d62b69214b4e7d0a
1dc859d23bd444c4559af3944d6edde0cfe3f35cac456e2fef3de54b1ae8fb]]

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.