UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., | CIVIL ACTION |
| Plaintiff | NO. 20-517 |
| VERSUS | JUDGE MILAZZO |
| | MAG. DOUGLAS |
| SHERIFF RANDY SMITH, DANNY | |
| CULPEPER, AND KEITH CANIZARO | |
| Defendants | |

      DEPOSITION OF CAPTAIN KEITH A. CANIZARO, given in the above-entitled cause, via Zoom videoconferencing, pursuant to the following stipulation, before Sandra P. DiFebbo, Certified Shorthand Reporter, in and for the State of Louisiana, on the 29th day of November, 2021, commencing at 9:36 AM.

```
 1   Crimes Unit, and then I was promoted to a sergeant
 2   over Persons Crimes Unit.  And then --
 3              {INTERRUPTION IN PROCEEDINGS DUE TO
 4                    TECHNICAL DIFFICULTIES}
 5   BY MR. MOST:
 6        Q.   So, Captain, if I understand you
 7   correctly, to the best of your recollection, you
 8   spent approximately 11 or 12 years in the Major
 9   Crimes Unit; is that correct?
10        A.   Correct.  In Persons Crimes and Major
11   Crimes, yes.
12        Q.   So for those 11 to 12 years total, you
13   were in the Major Crimes Unit and sometimes also
14   assigned to another unit; is that right?
15        A.   From 2009, from the inception of Major
16   Crimes until I think 20 -- I don't remember exactly
17   when I went to Persons for that year and some, and
18   then I went back into Major Crimes. So from 2009
19   until last March, with the exception of about a
20   year in Burglary as a sergeant, I've been here 15
21   years.  I would say at least ten of my 15 years
22   have been in Major Crimes.  That would probably be
23   the best guesstimate.
24        Q.   Got it.  Thank you.  At the time of the
25   Jerry Rogers' arrest, who did you report to?
```

1   A.   Lieutenant Alvin Hotard.
2   Q.   Who did Lieutenant Hotard report to?
3   A.   Captain Steve Gaudet.
4   Q.   Who did Steve Gaudet report to?
5   A.   Major Doug Sharp at that time.
6   Q.   At that time, who did Shaw report to?
7   A.   Major Sharp would have reported to Chief
8   Danny Culpeper.
9   Q.   Who did Chief Culpeper report to at that
10  time?
11  A.   I don't recall who was our chief deputy
12  at that time, but it would be whoever our chief
13  deputy was and then the sheriff. I don't recall if
14  we had a chief deputy at that time, because there
15  was a period where we didn't.
16  Q.   So at the time of the Rogers' arrest, you
17  reported to Hotard, who reported to Gaudet, who
18  reported to Shaw, who reported to Culpeper, who
19  reported either directly to the sheriff or to a
20  chief deputy, correct?
21  A.   It would be Sharp, S-H-A-R-P. I thought
22  you said Shaw. I'm sorry.
23  Q.   Okay. But other than that, my
24  description is correct?
25  A.   Yes. That was my chain of command.