```
 1    for criminal defamation?
 2         A.   I had a follow-up phone call with Collin
 3    Sims I believe Monday, maybe, the following Monday.
 4         Q.   But still before the arrest of Jerry
 5    Rogers?
 6         A.   I don't know the timing.  It was before
 7    that physical arrest, but I think it was after the
 8    decision we made to move forward.
 9         Q.   What did Collin Sims tell you in that
10    phone call?
11         A.   We had communicated, I believe, earlier
12    that morning when we left that meeting that we just
13    discussed.  They said they were going to check into
14    it.  There was no official call you back on a
15    certain date type information.  I did call him
16    Monday morning.  He said they still had not met and
17    discussed it.  We were meeting already that
18    morning.  Like I said, we already ended.  Our
19    investigation was complete at this point.  So we
20    had actually met, made a decision already, being
21    that the DA's office didn't have their decision
22    yet, to go ahead and let a judge make a decision.
23    And, basically, that's what they do.  So the
24    decision was made to move forward with an affidavit
25    with the facts and bring it before a judge.  So
```