## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| JERRY ROGERS, JR., | ) |
| Plaintiff | ) |
| v. | ) Case No. 2:20-cv-00517 |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, | ) JUDGE: MILAZZO |
| Defendants | ) MAG. JUDGE: DOUGLAS |

### NOTICE OF SUBMISSION FOR MOTION FOR PROTECTIVE ORDER TO LIMIT THE DEPOSITION OF DARLENE ROGERS.

This motion shall be submitted for consideration on May 18, 2022.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
*Counsel for Plaintiff, Jerry Rogers, Jr.*