# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br>                    Plaintiff <br>   v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br>                    Defendants | ) <br> ) <br> ) <br> ) Case No. 2:20-cv-00517 <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER

Having duly considered the *Motion for Protective Order to Limit the Deposition of Darlene Rogers* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. The deposition of Darlene Rogers is limited in scope to the issue of Plaintiff's damages.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA