**Subject:** RE: Rogers v. Smith, et al.
**Date:** Monday, April 11, 2022 at 4:34:26 PM Central Daylight Time
**From:** Chadwick Collings
**To:** William Most
**CC:** Hope Phelps, Michaela Boudreaux, Sarah Fisher, Chadwick Collings

Counsel

Since you were not present at Mr. Rogers deposition which lasted for right at seven hours and as we have yet to receive the transcript, I find it curious how you could be of the opinion that my focus was on "political issues."

In any event, we will not agree to some arbitrary limitation on what we can ask at Mrs. Rogers' deposition.

As I mentioned to you on Friday, you do not represent her, and thus we do not feel the need to explain or justify our desire to take her deposition.

As a matter of courtesy, however, we have given you a legitimate basis to take her deposition and have asked you to provide dates that are convenient to both you and to her.

If you do not wish to provide us with dates for her deposition, then please file whatever pleading you like with the Court within the next week or so, otherwise we will simply notice her deposition for a date that works best for us and have her served with a subpoena for same.

Thanks,

### Chadwick W. Collings

Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471

| ☎ **firm:** | (985) 292-2000 |
| ☎ **fax:** | (985) 292-2001 |
| ☎ **cell:** | (985) 285-8779 |
| ✉ **email:** | ccollings@millinglaw.com |

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** William Most <williammost@gmail.com>
**Sent:** Monday, April 11, 2022 4:18 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Hope Phelps <hopeaphelps@outlook.com>; Michaela Boudreaux <mboudreaux@millinglaw.com>; Sarah Fisher <sfisher@millinglaw.com>
**Subject:** Re: Rogers v. Smith, et al.

Chad,

Given the course of this case so far, we have concerns about the request to depose Ms. Rogers. Your clients have not shown a strong interest in evaluating damages so far; for example, they had Mr. Rogers sit for an IME but then did not request the doctor's report. They did not inquire into Mr. Rogers' damages in any significant way at Mr. Rogers' deposition, instead asking extensively about political issues. And your clients have previously sought information from Mr. Rogers' family that the court found to be out of bounds.

However, I agree with you that Ms. Rogers might plausibly have information relevant to damages. For that reason, are you willing to stipulate that the scope of the deposition is what Ms. Rogers witnessed relating to Jerry Rogers' damages? If not, what are times that would be good for you for a meet and confer in an effort to resolve this issue without the need for a motion for a protective order?

Thank you,

William


On Sat, Apr 9, 2022 at 7:20 PM William Most <williammost@gmail.com> wrote:

> We'll discuss it with our client. Thank you.
>
> On Fri, Apr 8, 2022 at 4:56 PM Chadwick Collings <ccollings@millinglaw.com> wrote:
>
>> William
>>
>> Among other things, I would imagine she would have information regarding your client's alleged damages.
>>
>> Since you do not represent her, I am asking for dates from you for her deposition as a matter of courtesy, but I really don't need your permission to depose her.
>>
>> If you prefer, we can select a date and simply notice it.
>>
>>
>> **Chadwick W. Collings**
>> Milling Benson Woodward L.L.P.
>> 68031 Capital Trace Row
>> Mandeville, LA 70471
>>
>> | | **firm:** | (985) 292-2000 |
>> | | **fax:** | (985) 292-2001 |
>> | | **cell:** | (985) 285-8779 |
>> | | **email:** | ccollings@millinglaw.com |
>>
>> This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.
>>
>>> **From:** William Most <williammost@gmail.com>
>>> **Sent:** Friday, April 8, 2022 4:52 PM
>>> **To:** Chadwick Collings <ccollings@millinglaw.com>

**Cc:** Hope Phelps <hopeaphelps@outlook.com>; Michaela Boudreaux <mboudreaux@millinglaw.com>; Sarah Fisher <sfisher@millinglaw.com>
**Subject:** Re: Rogers v. Smith, et al.

Chad,

Ms. Rogers is not listed on your initial disclosures, nor Mr. Rogers'. What relevant facts do you think Ms. Rogers is a percipient witness to? It is hard for us to see how she is a witness with relevant information.

Thank you,

William

On Fri, Apr 8, 2022 at 4:03 PM Chadwick Collings <ccollings@millinglaw.com> wrote:
> Hope
>
> We want to depose Jerry's wife.  Please send over some available dates.
>
> **Chadwick W. Collings**
> Milling Benson Woodward L.L.P.
> 68031 Capital Trace Row
> Mandeville, LA 70471
> ☏ **firm:**     (985) 292-2000
> ☏ **fax:**      (985) 292-2001
> ☏ **cell:**     (985) 285-8779
> ✉ **email:**    ccollings@millinglaw.com
>
> This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.
>
> **Disclaimer**
>
> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.
>
> This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.
>
> **Disclaimer**

> The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.
>
> This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](#).