**Subject:** Re: Rogers v. Smith, et al.
**Date:**  Friday, March 25, 2022 at 9:54:03 AM Central Daylight Time
**From:**  Sarah Fisher
**To:**  Hope Phelps, Chadwick Collings
**CC:**  Michaela Boudreaux, williammost@gmail.com

Good morning,

Our office has not received the report from Dr. Bianchini.

Thank you,
Sarah

---

**From:** Hope Phelps <hopeaphelps@outlook.com>
**Date:** Friday, March 25, 2022 at 10:20 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>, Sarah Fisher <sfisher@millinglaw.com>
**Cc:** Michaela Boudreaux <mboudreaux@millinglaw.com>, williammost@gmail.com <williammost@gmail.com>
**Subject:** Re: Rogers v. Smith, et al.

Hi Chad,

I'm following up to see if your office has received the report from Dr. Bianchini?

Please let me know before the deposition on Monday.

Thank you,


**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 114, #101| New Orleans, Louisiana 70170
Direct: 504.500.7974
E-mail: hopeaphelps@outlook.com

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Date:** Wednesday, June 16, 2021 at 8:06 PM
**To:** Hope Phelps <hopeaphelps@outlook.com>
**Cc:** Henry Weber <hweber@millinglaw.com>, Michaela Boudreaux <mboudreaux@millinglaw.com>, williammost@gmail.com <williammost@gmail.com>, Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: Rogers v. Smith, et al.

Hope

Let's plan on November 2, 2021, for Mr. Rogers' evaluation by Dr. Bianchini.

We will forward the address and any other instructions from Dr. Bianchini's office in advance of the

appointment.

Thank you.


**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☏ **firm:**       (985) 292-2000
☏ **fax:**        (985) 292-2001
☏ **cell:**       (985) 285-8779
✉ **email:**      ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Hope Phelps
**Sent:** Tuesday, June 15, 2021 4:44 PM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Henry Weber <hweber@millinglaw.com>; Michaela Boudreaux <mboudreaux@millinglaw.com>; williammost@gmail.com
**Subject:** Re: Rogers v. Smith, et al.

Chad,

Mr. Rogers is available on either November 2nd or November 16th. Please let me know once it's scheduled.

Thank you,


**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 114, #101| New Orleans, Louisiana 70170
Direct: 504.256.4615
E-mail: hopeaphelps@outlook.com

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Date:** Wednesday, June 9, 2021 at 7:55 PM
**To:** Hope Phelps <hopeaphelps@outlook.com>
**Cc:** Henry Weber <hweber@millinglaw.com>, Michaela Boudreaux <mboudreaux@millinglaw.com>, "williammost@gmail.com" <williammost@gmail.com>, Chadwick Collings <ccollings@millinglaw.com>
**Subject:** RE: Rogers v. Smith, et al.

Thank you.

**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☎ **firm:** (985) 292-2000
☎ **fax:** (985) 292-2001
☎ **cell:** (985) 285-8779
✉ **email:** ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

---

**From:** Hope Phelps
**Sent:** Wednesday, June 9, 2021 10:45 AM
**To:** Chadwick Collings <ccollings@millinglaw.com>
**Cc:** Henry Weber <hweber@millinglaw.com>; Michaela Boudreaux <mboudreaux@millinglaw.com>; williammost@gmail.com
**Subject:** Re: Rogers v. Smith, et al.

Hi Chad,

We're confirming availability and I'll get back to you before the end of next week.

Thanks,


**Hope A. Phelps**
**Attorney | Most & Associates**
201 St. Charles Ave., Ste. 114, #101| New Orleans, Louisiana 70170
Direct: 504.256.4615
E-mail: hopeaphelps@outlook.com

---

**From:** Chadwick Collings <ccollings@millinglaw.com>
**Date:** Tuesday, June 8, 2021 at 4:18 PM
**To:** Hope Phelps <hopeaphelps@outlook.com>
**Cc:** Henry Weber <hweber@millinglaw.com>, Michaela Boudreaux <mboudreaux@millinglaw.com>, "williammost@gmail.com" <williammost@gmail.com>, Chadwick Collings <ccollings@millinglaw.com>
**Subject:** Rogers v. Smith, et al.

Hope

We have secured the following dates for your client to be evaluated by Dr. Kevin Bianchini for an independent psychological evaluation:

November 1
November 2
November 10

November 11
November 16

Please advise as soon as possible at to which of these dates your client is available and we will get it scheduled.

Thank you in advance,


**Chadwick W. Collings**
Milling Benson Woodward L.L.P.
68031 Capital Trace Row
Mandeville, LA 70471
☏ **firm:**       (985) 292-2000
☏ **fax:**        (985) 292-2001
☏ **cell:**       (985) 285-8779
✉ **email:**      ccollings@millinglaw.com

This email transmission and/or the documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege.  The information is intended only for the use of the individual or entity named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone (985) 292-2000 to arrange for return of the documents.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human

generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](Click Here).

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more [Click Here](Click Here).