```
 1              UNITED STATES DISTRICT COURT
 2              EASTERN DISTRICT OF LOUISIANA
 3
 4   JERRY ROGERS, JR.              CIVIL ACTION NO.
 5                                  20-517
 6   VERSUS
 7
 8   RANDY SMITH, ETC.,             SECTION (D)(3)
 9   ET AL
10
11
12
13
14       VIDEOTAPED DEPOSITION OF JERRY ROGERS, JR.,
15   TAKEN IN THE OFFICE OF TRAINOR LAW FIRM, 661
16   RIVER HIGHLAND BOULEVARD, SUITE 200, COVINGTON,
17   LOUISIANA 70433 ON MARCH 28, 2022 COMMENCING AT
18   9:31 A.M.
19
20
21   REPORTED BY:
22       RACHEL Y. TORRES, CCR, RPR
23       CERTIFIED COURT REPORTER
24
25
```

```
 1   APPEARANCES OF COUNSEL:
 2
 3   FOR THE PLAINTIFF, JERRY ROGERS:
 4       LAW OFFICE OF WILLIAM MOST
 5       (BY: HOPE A. PHELPS, ESQUIRE)
 6       201 ST. CHARLES AVENUE
 7       SUITE 114, #101
 8       NEW ORLEANS, LOUISIANA 70170
 9
10   FOR THE DEFENDANT, RANDY SMITH, DANNY CULPEPER,
11   AND KEITH CANIZARO:
12       MILLING BENSON WOODWARD, LLP
13       (BY: CHADWICK W. COLLINGS, ESQUIRE)
14       (BY: SARAH FISHER, ESQUIRE)
15       68031 CAPITAL TRACE ROW
16       MANDEVILLE, LOUISIANA 70471
17
18
19   Also present:
20   Matthew Richichi, Videographer, Torres Reporting
21
22
23
24
25
```



TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

```
 1        A.   Murray.
 2        Q.   And her maiden name?
 3        A.   Levine.
 4        Q.   All right.  How long have y'all been
 5   married?
 6        A.   Nineteen years.  Eighteen and a half,
 7   nineteen.
 8        Q.   How many children do you have?
 9        A.   Two.
10        Q.   Ages?
11        A.   Ten and seventeen.
12        Q.   Names?
13        A.   Avery and Hayden.
14        Q.   All right.  Have you ever been married
15   before?
16        A.   No.
17        Q.   Where does your wife work?
18        A.   District Attorney's Office.
19        Q.   Here in Covington?
20        A.   Uh-huh (affirmative response).
21        Q.   You have to say yes or no for the court
22   reporter, please.
23        A.   Yes.
24        Q.   And how long has she been employed
25   there?
```


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

```
 1        A.   I don't know.
 2        Q.   A year?
 3        A.   More than a year.
 4        Q.   More than five years?
 5        A.   I don't know.
 6        Q.   Was she employed in -- at the District
 7   Attorney's Office in August of 2019?
 8        A.   Yes.
 9        Q.   All right.  And she has been employed
10   there ever since at least?
11        A.   Yes.
12        Q.   And what does she do there?
13        A.   She is a secretary.
14        Q.   Do you know who she is a secretary for?
15        A.   No.
16        Q.   You don't know the names of the
17   attorneys she works for?
18        A.   No.
19        Q.   Ever gone to any work functions for her;
20   parties, funds raisers for the DA?
21        A.   Yes.
22        Q.   All right.  Name those, please.
23        A.   I think at one point a Christmas party.
24   And -- I'm trying to think.  Election party --
25        Q.   All right.
```


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1      A.   -- for the DA.
2      Q.   All right.  So Christmas party and
3   election event, right?
4      A.   Yes.
5      Q.   All right.  And the Christmas party
6   would have been the Christmas of what year?
7      A.   It would have been prior to my arrest,
8   so I don't -- I don't -- the year before, maybe,
9   or two years before.
10     Q.   So 2017 or 2018?
11     A.   If I had to guess, that would be --
12     Q.   Okay.
13     A.   -- that would be in that time period.
14     Q.   And do you know where this Christmas
15  party took place?
16     A.   It was in Covington.  I believe it was
17  at the Tap Room, I think it was, or right next to
18  the Tap Room.  There was some -- I don't remember
19  the name of the place, but it was right there by
20  the Tap Room.
21     Q.   Okay.
22     A.   I don't know the name of the place.
23     Q.   And just one Christmas party that you
24  have been to?
25     A.   That's what I can remember, yeah.  I



TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1  don't remember being at any other Christmas
2  parties.
3      Q.  All right.  And did you meet people that
4  worked at the DA's office with your wife at that
5  party?
6      A.  Yeah.  I talked to people, yes.
7      Q.  All right.  Did those people include
8  Collin Sims?
9      A.  I believe he was there.  I do believe he
10 was there.
11     Q.  Do you recall talking to him at the
12 Christmas party?
13     A.  I think I did.
14     Q.  All right.  What about the DA himself,
15 Warren Montgomery?
16     A.  I don't remember if I talked to him.
17     Q.  Anyone else at the DA's office that you
18 recall speaking to that night?
19     A.  I don't recall specifically.  I mean, I
20 know a lot of people there already, so I may have
21 said hey, or I don't remember specifically who I
22 talked to, no.
23     Q.  Okay.  What about the election party
24 that you recall going to, where was that?
25     A.  It was in Mandeville, I want to say -- I


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1  don't remember the name of the place.  I don't
2  remember off the top of my head.  I mean, I can
3  give you a general area, but I don't remember the
4  name.  Nuvolari's, maybe.  I don't -- that may
5  have been the name of the place, but I'm not
6  certain.  It was in Mandeville off of Causeway.
7       Q.  And when was that election party?
8       A.  Right after the election for the DA.
9       Q.  After the election?
10      A.  Yes.
11      Q.  So that would have been, what, the --
12 I'm trying to think now.
13      A.  Two years --
14      Q.  So January of 2021?
15      A.  I'm not sure, but -- I guess -- whatever
16 the last election was for the DA.
17      Q.  So, if the election for the DA was in
18 the fall of 2020 --
19      A.  Uh-huh (affirmative response).
20      Q.  -- so it would have been sometime after
21 that election, right?
22      A.  Yeah.  It would have been after the
23 election for the DA.
24      Q.  So, November, December, or January,
25 February, sometime in that ballpark?


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1       A.   Sometime in there, yes.
2       Q.   Okay.  And do you recall speaking with
3   Collin Sims at that event?
4       A.   No.
5       Q.   Who was there that you recall?
6       A.   There were a lot of people.  I don't --
7   I mean -- a lot of people that I knew.
8       Q.   Name some of the folks.
9       A.   DA's employees.  I mean, there were a
10  lot of employees that -- that I knew already.
11      Q.   For example?
12      A.   Repeat -- what was the question again?
13      Q.   The question is who was there that you
14  recall, and you said, "a lot of DA's employees
15  that I knew."
16              I'm trying to get you to tell me
17  who those folks are.
18      A.   I saw Collin Sims there.  I saw the DA
19  there.  Angelina -- I don't even know her last
20  name.  An employee, I don't know her last name.
21  Yeah.  That -- I mean, that's really all I can --
22  I mean, that's all I can remember.  There were a
23  lot of people there.  You know, those are the
24  people that stood out in my mind.
25      Q.   And who is Angelina?



TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

```
 1         A.  I don't -- I'm trying to -- I don't know
 2   her last name.  I'm not sure of her last name --
 3   I don't know.
 4         Q.  All right.  Who is Chris Bell?
 5         A.  He was a former employee at the
 6   Sheriff's Office.
 7         Q.  Is that how you know him because y'all
 8   work together?
 9         A.  I don't think we ever worked together.
10   I mean, I knew him but I don't think we ever
11   worked together.  I knew of him.
12         Q.  All right.  Are you friends?
13         A.  Yeah.  Oh, yeah.
14         Q.  All right.  And what did you and
15   Mr. Bell speak about with regards to your
16   deposition today?
17         A.  I don't -- I don't remember specific.
18   Just, you know, good luck.  You don't have
19   anything to worry about, and tell the truth, and
20   stuff like that, but I don't remember exactly his
21   words.  I can't -- I don't remember exactly.
22         Q.  And how long ago did he leave his
23   employment with the Sheriff's Office?
24         A.  I don't know.
25         Q.  All right.  You spoke with Fred Oswald?
```


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1    respect to his employment at the Sheriff's
2    Office, how did it come to an end?
3         A.   I don't know.  I don't remember what he
4    said if it was -- he was fired or he was
5    terminated or he left on his own.  I don't
6    remember -- I don't remember what -- if he said
7    any of those things, I don't remember -- I don't
8    recall.
9         Q.   All right.  What about Will Hart, he was
10   there that week, right?
11        A.   Yes.
12        Q.   And he works with your wife, doesn't he?
13        A.   He works at the DA's office.
14        Q.   All right.  And do you know if he was
15   terminated from the Sheriff's Office by the
16   current sheriff?
17        A.   I don't know.
18        Q.   You never asked him about that?
19        A.   I don't know if he was -- I don't -- if
20   he told me, I don't remember if it was terminated
21   or fired or left or asked to resign or -- it
22   was -- I think it was more -- what he told me, it
23   was more asked to resign -- I mean, I knew he was
24   no longer there and he worked for the DA's
25   office.


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

1                MR. COLLINGS:
2                Thank you for your time
3         today, sir.  Good evening.  I'm
4         done.
5                THE VIDEOGRAPHER:
6                Going off the record.  The
7         time is 6:08 p.m.
8
9   (Whereupon the deposition concluded at 6:08 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25


TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX

```
 1
 2                REPORTER'S CERTIFICATE
 3
 4                I, RACHEL TORRES, Certified Court
 5   Reporter in and for The State of Louisiana, as
 6   the officer before whom this testimony was taken,
 7   do hereby certify that JERRY ROGERS, JR., after
 8   having been first duly sworn by me upon authority
 9   of R.S. 37:2554, did testify as hereinbefore set
10   forth in the foregoing 340 pages;
11                That the testimony was reported by
12   me in stenotype reporting method, was prepared
13   and transcribed by me or under my personal
14   direction and supervision, and is a true and
15   correct transcript, to the best of my ability and
16   understanding;
17                That the transcript has been
18   prepared in compliance with transcript format
19   guidelines required by statute or by rules of the
20   board, and that I am informed about the complete
21   arrangement, financial or otherwise, with the
22   person or entity making arrangements for
23   deposition services;
24                That I have acted in compliance
25   with the prohibition on contractural
```



**Baton Rouge, LA**
225.751.0732
225.752.7308 FAX

TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

**New Orleans, LA**
504.392.4791
504.392.4852 FAX

```
 1   relationships, as defined by Louisiana Code of
 2   Civil Procedure Article 1434 and in rules and
 3   advisory opinions of the board;
 4                 That I have no actual knowledge of
 5   any prohibited employment or contractual
 6   relationship, direct or indirect, between a court
 7   reporting firm and any party litigant in this
 8   matter nor is there any such relationship between
 9   myself and a party litigant in this matter.  I am
10   not related to counsel or to the parties here in,
11   nor am I otherwise interested in the outcome of
12   this matter.
13
14   DATED THIS 18TH DAY OF APRIL, 2022.
15
16
17
18
19                        _ _ _ _ _ _ _ _ _ _ _ _ _ _
20                        RACHEL TORRES, CCR, RPR
21                        CERTIFIED COURT REPORTER
22
23
24
25
```



TORRES REPORTING & ASSOCIATES, INC.
COURT REPORTING & LITIGATION SERVICES
www.torresreporting.com
1.866.982.6878 Toll Free

Baton Rouge, LA
225.751.0732
225.752.7308 FAX

New Orleans, LA
504.392.4791
504.392.4852 FAX