## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | CIVIL ACTION |
|     **Plaintiff** | * | |
| | * | NO. 20-517 |
| **VERSUS** | * | |
| | * | JUDGE MILAZZO |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **And IN HIS OFFICIAL CAPACITY** | * | MAG. JUDGE DOUGLAS |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | JURY DEMAND |
| **KEITH CANIZARRO** | * | |
|     **Defendants** | * | |

**************************************************************************

### DEFENDANTS' NOTICE OF INTERLOCUTORY APPEAL

**NOW INTO COURT**, through undersigned counsel, come defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpepper and Keith Canizarro, to file this notice of interlocutory appeal, pursuant to Federal Rules of Appellate Procedure 3 and 4, to the United States Court of Appeals for the Fifth Circuit from the Order of the Court executed on May 13, 2022, and entered in the record of this action on May 13, 2022 [R. Doc. 195].[1]

[SIGNATURE BLOCK ON NEXT PAGE]

---

[1] As stated by the United States Supreme Court in *Scott v. Harris*, 550 U.S. 372, 276, n.2 (2007) (emphasis original) (internal citations omitted):

> Qualified immunity is 'an *immunity from suit* rather than a mere defense to liability; and like an absolute immunity, it is effectively lost if a case is erroneously permitted to go to trial.' Thus, we have held that an order denying qualified immunity is immediately appealable even though it is interlocutory; otherwise, it would be 'effectively unreviewable.'

90910

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
_____
**CHADWICK W. COLLINGS, T.A.    # 25373**
**SARAH A. FISHER                            # 39881**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:    (985) 292-2000**
**Facsimile:     (985) 292-2001**
ccollings@millinglaw.com
*Counsel for defendants*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on June 10, 2022, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
_____
**Chadwick W. Collings**

90910