## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | CIVIL ACTION |
|     **Plaintiff** | * | |
| | * | NO. 20-517 |
| **VERSUS** | * | |
| | * | JUDGE MILAZZO |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **And IN HIS OFFICIAL CAPACITY** | * | MAG. JUDGE DOUGLAS |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | JURY DEMAND |
| **KEITH CANIZARRO** | * | |
|     **Defendants** | * | |

*****************************************************************************

## ORDER

Considering the foregoing *Motion for Telephone Status Conference* (Doc. 219) filed by Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, Keith Canizarro;

**IT IS ORDERED** that a telephone status conference be set on July 28, 2022 at 3:00 pm to discuss the issues set out in Defendants' Motion for Telephone Status Conference.

New Orleans, Louisiana this 20th day of July, 2022.

                                                **HON. JANE TRICHE MILAZZO**
                                                **UNITED STATES DISTRICT JUDGE**