MINUTE ENTRY
MILAZZO, J.
July 28, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-517** |
| **RANDY SMITH ET AL.** | **SECTION: "H"** |

## MINUTE ENTRY

On July 28, 2022, the Court held a telephone status conference. William Most participated on behalf of Plaintiff. Chadwick Collings and Sarah Fisher participated on behalf of Defendants. The parties discussed issues regarding the Motion to Unseal and the pending appeal before the Fifth Circuit.

Considering the discussion and the reasons stated in the conference;

**IT IS ORDERED** that proceedings in this matter are **STAYED** pending the outcome of Defendants' appeal.

**IT IS FURTHER ORDERED** that the Motion for Confirmation of Status (Doc. 206) is **DENIED AS MOOT**.



(JS-10:05)