## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. 2:20-cv-00517 |
| | ) |
| SHERIFF RANDY SMITH, DANNY | ) |
| CULPEPER, and KEITH CANIZARO, | ) |
| | ) |
| Defendants | ) |

**Notice of Status of Appeal and Request for Ruling on Motion for Reconsideration**

This notice is to inform the Court that the court of appeal is waiting on this Court to rule on the pending Motion for Reconsideration before proceeding with the appeal. Plaintiff asks that this Court deny the Motion for Reconsideration so that the appeal can proceed.

**A.      Background and Analysis**

Earlier this year, this Court denied Defendants' Motion for Summary Judgment, and granted Plaintiff's in part. R. Doc. 195.

Defendants responded with a Motion for Reconsideration that insinuated that this Court ruled in bad faith.[1]

The next day, Defendants filed a Notice of Appeal (R. Doc. 205) and a "Motion for Confirmation of Status" expressing their desire for a stay pending appeal (R. Doc. 206).

On July 28, 2022, this Court held a status conference and ruled that "proceedings in this matter are STAYED pending the outcome of Defendants' appeal." R. Doc. 223.

The Court of Appeal, however, did not issue a briefing schedule.

---

[1] *See* R. Doc. 204-1 at 1-2 ("Defendants would also note that in denying their Motion for Summary Judgment and contemporaneously granting Plaintiff's Motion for Partial Summary Judgment, the Court carefully declines to take a position and state a rule upon which to deny Defendants' qualified immunity and probable cause.")

Accordingly, on August 29, 2022, Plaintiff's counsel called the Clerk of the Fifth Circuit. The Clerk informed counsel that the Fifth Circuit is waiting on the trial court to rule on the motion for reconsideration before proceeding with the appeal.

Thus, by the unusual practice of filing a nearly-simultaneous notice of appeal, motion for reconsideration, and request for a stay, Defendants have caused a situation in which:

1.  The trial court is waiting on the court of appeal to act; and

2.  The court of appeal is waiting on the trial court to act.

For that reason, Plaintiff respectfully asks this Court to rule on Defendants' Motion for Reconsideration so that the appeal can proceed and this matter can move forward towards resolution.

Plaintiff asks that the Motion for Reconsideration be denied due to the pending appeal. *See Ramirez v. Guadarrama*, 3 F.4th 129 (5th Cir. 2021) ("Because filing of the notice of appeal deprived the district court of jurisdiction, it denied the defendant officers' motion for reconsideration."); *United States v. Crittenden*, 971 F.3d 499 (5th Cir. 2020) (noting that district court denied motion for reconsideration "due to the pending appeal").

**B.     Conclusion**

Plaintiff asks that this Court deny the pending Motion for Reconsideration so that the appeal can proceed and this case make progress towards conclusion.

Respectfully Submitted:

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: williammost@gmail.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***