UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-517** |
| **RANDY SMITH ET AL.** | **SECTION: "H"** |

## ORDER

Before the Court is Defendants Keith Canizaro, Danny Culpeper, and Randy Smith's Motion for Reconsideration of the Court's Order denying qualified immunity (Doc. 204).

On May 13, 2022, this Court entered an order denying Defendants qualified immunity for the claims against them, holding that no reasonable officer could have believed that probable cause existed to arrest Plaintiff for criminal defamation "where the unconstitutionality of Louisiana's criminal defamation statute as applied to public officials has long been clearly established and where the officers had been specifically warned that the arrest would be unconstitutional."[1] On June 9, 2022, Defendants filed a Rule 54(b) Motion for Reconsideration, asking this Court to reconsider its holding.[2] Thereafter, on June 10, 2022, Defendants filed a Notice of Appeal of the

---

[1] Doc. 195.
[2] Doc. 204.

1

interlocutory order denying qualified immunity.[3] "An interlocutory order denying qualified immunity is immediately appealable to the extent that it turns on an issue of law."[4]

Plaintiff has not opposed Defendants' Motion for Reconsideration except to suggest that the Motion is moot in light of Defendants' subsequently filed Notice of Appeal. Plaintiff also complains that Defendants' Motion for Reconsideration has "no purpose . . . other than needlessly increasing the cost of litigation" in violation of Rule 11.[5]

Plaintiff is correct that "filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of control over those aspects of the case involved in the appeal."[6] "Because plaintiffs' appeal involves the same issue as their motion, the Court lacks jurisdiction over the motion for reconsideration."[7]

Accordingly;

**IT IS ORDERED** that the Motion for Reconsideration is **DENIED**.

New Orleans, Louisiana this 16th day of September, 2022.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[3] Doc. 205.
[4] Keller v. Fleming, 952 F.3d 216, 220 (5th Cir. 2020) (internal quotations omitted).
[5] Doc. 207.
[6] Marrese v. Am. Acad. of Orthopaedic Surgeons, 470 U.S. 373, 379 (1985).
[7] In re TK Boat Rentals, No. 17-1545, 2018 WL 2017580, at *1 (E.D. La. May 1, 2018).