UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 |

**Notice of Appellate Ruling and Request for Scheduling Conference**

This notice is to inform the Court of the Court of Appeal's ruling and to suggest that this Court to lift the stay pending appeal and hold a scheduling or status conference.

**A.    Background**

Last year, this Court denied Defendants' Motion for Summary Judgment, and granted Plaintiff's in part. R. Doc. 195. Defendants responded with a Motion for Reconsideration (R. Doc. 204) and a Notice of Appeal (R. Doc. 205).

On July 28, 2022, this Court held a status conference and ruled that "proceedings in this matter are STAYED pending the outcome of Defendants' appeal." R. Doc. 223. On September 19, 2022, this Court denied the Motion for Reconsideration. R. Doc. 225.

At 9:00 a.m. on August 9, 2023, the Court of Appeal held oral argument on Defendants' appeal.

At 4:44 p.m. that same day, the Court of Appeal issued its ruling. Exhibit A. In a unanimous, unpublished *per curiam* opinion, the Court held:

> After reviewing the parties' briefs and the record in this interlocutory appeal, and having heard argument, we hold that the district court did not err in its summary judgment determinations. We AFFIRM. See 5th Cir. R. 47.6. The pending motion to strike is GRANTED as the court lacks jurisdiction over the discovery dispute.

**B.    Conclusion**

Plaintiff suggests that this Court should lift the stay pending appeal and hold a scheduling or status conference.

1

Respectfully Submitted:

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: williammost@gmail.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***

2