UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br><br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:20-cv-00517 |

**Request for Discussion of Additional Topic at Status Conference**

In a prior filing, Plaintiff asked that this Court hold a status or scheduling conference because the Fifth Circuit has ruled on Defendants' appeal. R. Doc. 229.

Plaintiff now asks for an additional topic to be discussed at that conference: the Sheriff's August 15, 2023 public statement that:

> I wish I were able to share all of the facts in this case about Jerry Rogers, but at present we are still bound by a protective order which precludes me from doing so. When that order is ultimately lifted by the court, I will provide all of the facts on this case, including the facts about Jerry Rogers.

The statement is attached as Ex. A.

This statement is particularly salient given the Defendant's counsel's choice last week to discuss sealed matters in open court. At oral argument, after Mr. Collings brought up material that was under seal, Mr. Collings and Judge Elrod had the following exchange.

**Judge Elrod**: Isn't that stuff all the information that was under seal?

**Mr. Collings**: Some of it was.

**Judge Elrod**: You're just talking about it nonchalantly in open court. I guess I'm just noting that.

**Mr. Collings**: I'm not getting into the details of it, and some of that isn't.

**Judge Elrod**: But I'll just note that that was in the orders of the Court.[1]

---

[1] https://www.ca5.uscourts.gov/OralArgRecordings/22/22-30352_8-9-2023.mp3 at 3:28. The sealed material has been excised from the recording.

Plaintiff asks for an opportunity to discuss this matter with the Court.

                Respectfully Submitted:

                */s/ William Most*
                **WILLIAM MOST (La. Bar No. 36914)**
                **HOPE PHELPS (La. Bar No. 37259)**
                **DAVID LANSER (La. Bar No. 37764)**
                201 St. Charles Ave., Ste. 114, # 101
                New Orleans, LA 70170
                T: (504) 256-4615
                Email: williammost@gmail.com

                ***Counsel for Plaintiff, Jerry Rogers, Jr.***