

# St. Tammany Parish Sheriff's Office
## RANDY SMITH, *Sheriff*

**PROFESSIONALISM •**
**INTEGRITY •**
**ACCOUNTABILITY •**
**PUBLIC TRUST**

August 15, 2023

**FOR IMMEDIATE RELEASE:**

    **Re:**     Jerry Rogers

    I am aware that the court of appeals issued a ruling yesterday in which it upheld the district court's judgment on various motions for summary judgment that were filed by both sides in the Jerry Rogers matter. I am obviously disappointed in the Court's ruling, and we are currently evaluating all of our options going forward.

    It has always been my practice to hold my deputies to the highest standards, and when they make a mistake, I hold them accountable. I will also defend my deputies when they are in good faith and doing their job to the best of their abilities.

    Let me be very clear, this was never a case about Jerry Rogers criticizing me. As the Sheriff, being criticized comes with the job of being an elected official, and I totally accept that. Mr. Rogers was never accused of criticizing me; rather, what Jerry Rogers did was create a fake email account and send anonymous emails to the family members of a murder victim. In these emails, in addition to giving his opinion on various conspiracy theories, he also spread false information about the lead detective in the case, which was undermining our investigation of this murder and the detective assigned to the case. As such, we took this matter very seriously and submitted an affidavit to the district court in order to have a judge determine if there was probable cause to arrest Mr. Rogers. The judge found that there was probable cause and issued the warrant.

    What Jerry Rogers did has never been in dispute. The only thing that was in dispute was the arcane legal question of whether Louisiana's statute on criminal defamation applied in this case. We were of the opinion that it did, however, the Court has now ruled otherwise. We will accept that and move on. I wish I were able to share all of the facts in this case about Jerry Rogers, but at present we are still bound by a protective order which precludes me from doing so. When that order is ultimately lifted by the court, I will provide all of the facts on this case, including the facts about Jerry Rogers.

    With all of that having been said, it has been the greatest honor of my life to be the Sheriff of St. Tammany Parish. Since taking office I have worked tirelessly to make the St. Tammany Parish Sheriff's Office the best Sheriff's Department in the State of Louisiana, and I believe we have accomplished that goal, but being the best, does not mean we are perfect. When we make mistakes, we learn from them and work to make sure that they do not happen a second time. That is what we have always done, and we will continue to do so.

    Your Sheriff,

P.O. BOX 1120
COVINGTON, LA 70434
985-809-8200

P.O. BOX 1229
SLIDELL, LA 70459
985-726-8000

Randy Smith

P.O. BOX 1120  P.O. BOX 1229
COVINGTON, LA 70434  SLIDELL, LA 70459
985-809-8200  985-726-8000