UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 2:20-cv-00517 |

**Notice of Issuance of Mandate**

This Notice is to notify the Court that the Fifth Circuit has issued its mandate, affirming this Court's order on summary judgment in its entirety. Mandate attached as Exhibit A.

Plaintiff therefore asks that this Court lift the stay pending appeal, and grant Plaintiff's Motion (R. Doc. 230) for a status conference to (a) discuss discovery cutoffs and a trial date and (b) discuss the on-going threats by the Sheriff.

Respectfully Submitted:

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: williammost@gmail.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***