# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 31, 2023

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 22-30352   Rogers v. Smith
                  USDC No. 2:20-CV-517

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill
of costs.

               Sincerely,

               LYLE W. CAYCE, Clerk

               By: _____
               Allison G. Lopez, Deputy Clerk
               504-310-7702

cc:  Ms. Anna Bidwell
     Mr. Chadwick William Collings
     Ms. Sarah A Fisher
     Mr. Patrick M. Jaicomo
     Mr. Jared McClain
     Mr. William Brock Most
     Mr. Eugene Volokh

# United States Court of Appeals
# for the Fifth Circuit

---

No. 22-30352

---

United States Court of Appeals
Fifth Circuit

**FILED**

August 9, 2023

Lyle W. Cayce
Clerk

JERRY ROGERS, JR.,

Plaintiff—Appellee,

*versus*

RANDY SMITH, *Sheriff*; DANNY CULPEPER; KEITH CANIZARO,

Defendants—Appellants.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-517

---

Before CLEMENT, ELROD, and WILLETT, *Circuit Judges*.

## J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

IT IS FURTHER ORDERED that Appellants pay to Appellee the costs on appeal to be taxed by the Clerk of this Court.

Certified as a true copy and issued
as the mandate on Aug 31, 2023

Attest:    *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals for the Fifth Circuit

_____

No. 22-30352

_____

United States Court of Appeals
Fifth Circuit

**FILED**

August 9, 2023

Lyle W. Cayce
Clerk

Jerry Rogers, Jr.,

*Plaintiff—Appellee,*

*versus*

Randy Smith, *Sheriff*; Danny Culpeper; Keith Canizaro,

*Defendants—Appellants.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:20-CV-517

_____

Before Clement, Elrod, and Willett, *Circuit Judges.*

Per Curiam:[*]

After reviewing the parties' briefs and the record in this interlocutory appeal, and having heard argument, we hold that the district court did not err in its summary judgment determinations. We AFFIRM. *See* 5th Cir. R. 47.6. The pending motion to strike is GRANTED as the court lacks jurisdiction over the discovery dispute.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

## BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

Rogers _____ v. Smith _____ No. 22-30352

The Clerk is requested to tax the following costs against: Defendants _____

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | ~~1~~ | ~~51~~ | ~~.12~~ | ~~6.12~~ | | | | |
| Appellee's Brief | 8 | ~~3~~ | .12 | ~~36.48~~ | 8 | 37 | .12 | 35.52 |
| Appellant's Reply Brief | ~~1~~ | ~~25~~ | ~~.12~~ | ~~3~~ | | | | |
| Other: Binding | 8 | 1 | 1 | 8 | | | | |

Total $ ~~53.6~~

Costs are taxed in the amount of $ 43.52

Costs are hereby taxed in the amount of $ 43.52 this 31st day of August, 2023.

LYLE W. CAYCE, CLERK

State of _____
County of _____

By _Allison Lopez_
**Deputy Clerk**

I William Most _____, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 14th day of August, 2023.

/s/ William Most

**(Signature)**

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

Attorney for Appellee Jerry Rogers

**39.1 Taxable Rates.**  *The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for of reproduction costs.  The cost of the binding required by 5ᵀᴴ Cɪʀ. R. 32.2.3that mandates that briefs must lie reasonably flat when open shall be a taxable cost but not limited to the foregoing rate.  This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates.  Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies.*

**39.2 Nonrecovery of Mailing and Commercial Delivery Service Costs.**  *Mailing and commercial delivery fees incurred in transmitting briefs are not recoverable as taxable costs.*

**39.3 Time for Filing Bills of Costs.**  *The clerk must receive bills of costs and any objections within the times set forth in Fᴇᴅ. R. Aᴘᴘ. P. 39(ᴅ).  See 5ᵀᴴ Cɪʀ. R. 26.1.*

**Fᴇᴅ. R. Aᴘᴘ. P. 39.**        **COSTS**

**(a)** *Against Whom Assessed.*  The following rules apply unless the law provides or the court orders otherwise;

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;

(2) if a judgment is affirmed, costs are taxed against the appellant;

(3) if a judgment is reversed, costs are taxed against the appellee;

(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

**(b)** *Costs For and Against the United States.*  Costs for or against the United States, its agency or officer will be assessed under Rule 39(a) only if authorized by law.

**©)** *Costs of Copies* Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by rule 30(f).  The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

**(d)** *Bill of costs: Objections; Insertion in Mandate.*

(1) A party who wants costs taxed must – within 14 days after entry of judgment – file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

(2) Objections must be filed within 14 days after service of the bill of costs, unless the court extends the time.

(3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs.  If the mandate issues before costs are finally determined, the district clerk must – upon the circuit clerk's request – add the statement of costs, or any amendment of it, to the mandate.

**(e)** *Costs of Appeal Taxable in the District Court.*  The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule;

(1) the preparation and transmission of the record;

(2) the reporter's transcript, if needed to determine the appeal;

(3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and

(4) the fee for filing the notice of appeal.