UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517-JTM-DMD |

## ORDER

Having received the mandate from the Fifth Circuit Court of Appeals and Plaintiff's *Request for Discussion of Additional Topic at Status Conference,*

**IT IS ORDERED** that the stay pending appeal is **LIFTED,** and the case is **REOPENED**.

**IT IS FURTHER ORDERED** that Plaintiff's request for a status conference is **GRANTED**, and a status conference is **SET** for September 6, 2023 at 1:30p.m.

New Orleans, Louisiana, this __31st___ day of _____August_____, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA