## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| And **IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF FILING OF MOTION TO STAY OR RECALL MANDATE PENDING PETITION FOR WRIT OF CERTIORARI

This Notice is to inform the Court that Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper, and Keith Canizaro, have filed with the U.S. Fifth Circuit Court of Appeals their Motion to Stay or Recall Mandate Pending Petition for Writ of Certiorari to the United States Supreme Court.

Respectfully submitted,

MILLING BENSON WOODWARD, LLP

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS, T.A.**   # 25373
**SARAH A. FISHER**   # 39881
68031 Capital Trace Row
Mandeville, LA 70471
Telephone:   (985) 292-2000
Facsimile:   (985) 292-2001
Email:   ccollings@millinglaw.com
*Attorneys for Defendants*