# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 31, 2023

Ms. Carol L. Michel
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

     No. 22-30352   Rogers v. Smith
                           USDC No. 2:20-CV-517

Dear Ms. Michel,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Enclosed for the district court and counsel is the approved bill of costs.

          Sincerely,

          LYLE W. CAYCE, Clerk

          By: _____
          Allison G. Lopez, Deputy Clerk
          504-310-7702

cc:  Ms. Anna Bidwell
     Mr. Chadwick William Collings
     Ms. Sarah A Fisher
     Mr. Patrick M. Jaicomo
     Mr. Jared McClain
     Mr. William Brock Most
     Mr. Eugene Volokh