MINUTE ENTRY
MILAZZO, J.
September 6, 2023

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-517** |
| **RANDY SMITH ET AL.** | **SECTION: "H"** |

## MINUTE ENTRY

On September 6, 2023, the Court held a status conference. William Most participated on behalf of Plaintiff. Chadwick Collings participated on behalf of Defendants.

**IT IS ORDERED** that the parties may re-depose Plaintiff Jerry Rogers, Jr. and Sheriff Randy Smith on the limited issue raised in Record Document 230.



(JS-10:15)