UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION "H" (3) |

**ORDER**

This matter was filed on February 13, 2020, and originally allotted to Section H and Magistrate 3 of this Court.[1] On July 28, 2022, an order was issued to stay the case pending the outcome of Defendants' appeal.[2] On August 31, 2023, an order was issued to lift the stay and reopen the case.[3] Magistrate 3 is currently vacant. Accordingly,

**IT IS ORDERED** that this case be randomly reallotted to another Magistrate Judge of this court through the court's random allotment system.

New Orleans, Louisiana, this   8th   day of September, 2023.

NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT

September 8, 2023
REALLOTTED TO
**MAG 1**

---

[1] Rec. Doc. No. 1

[2] Rec. Doc. No. 223

[3] Rec. Doc. No. 232