UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| And IN HIS OFFICIAL CAPACITY | * | **MAG. JUDGE VAN MEERVELD** |
| AS THE SHERIFF OF ST. TAMMANY | * | |
| PARISH, DANNY CULPEPER, AND | * | **JURY DEMAND** |
| KEITH CANIZARRO | * | |
| Defendants | * | |

******************************************************************************

## MOTION TO AMEND SCHEDULING ORDER

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, and Keith Canizarro, who respectfully submit this Motion to Amend Scheduling Order, asking this Honorable Court to set a new deadline for Defendants to obtain and exchange expert reports.

**WHEREFORE,** Defendants respectfully request that this Honorable Court grant their Motion to Amend Scheduling Order.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
_____

| | |
|---|---|
| **CHADWICK W. COLLINGS, T.A.** | **# 25373** |
| **SARAH A. FISHER** | **# 39881** |

68031 Capital Trace Row
Mandeville, LA 70471
Telephone:   (985) 292-2000
Facsimile:    (985) 292-2001
Email:         ccollings@millinglaw.com
*Counsel for Defendants*

Page **1** of **2**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, September 12, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                                    *s/ Chadwick W. Collings*
                                                  **Chadwick W. Collings**