UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **And IN HIS OFFICIAL CAPACITY** | * | **MAG. JUDGE VAN MEERVELD** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | **JURY DEMAND** |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANTS' MEMORANDUM IN SUPPORT OF
MOTION TO AMEND SCHEDULING ORDER**

**MAY IT PLEASE THE COURT:**

**NOW COME,** through undersigned counsel, Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, and Keith Canizarro, who respectfully submit this Memorandum in Support of their Motion to Amend Scheduling Order.

**I.     LAW AND ARGUMENT**

This Honorable Court recently re-opened this matter and set this case for trial beginning on Monday, February 20, 2024.  Per Plaintiff's request, this Honorable Court also reset the deadline for the parties to take all depositions for trial use and to complete all discovery on or before October 7, 2023.  Undersigned counsel now respectfully asks this Honorable Court to modify the Amended Scheduling Order to allow the parties additional time to exchange expert reports.  This issue was regretfully overlooked by counsel during the September 7, 2023 status conference with the Court, but it remains vital to this matter.

Before the original scheduling order was stayed pending Defendants' appeal to the U.S. Fifth Circuit, Defendants still had until August 8, 2022 (11 days) to obtain and exchange expert reports.[1] At that time, Defendants had already retained a forensic neuropsychological expert, Dr. Kevin J. Bianchini.  Dr. Bianchini has already evaluated Plaintiff, but he had not finalized his report nor produced it for the parties at the time this matter was stayed.  Plaintiff has since subpoenaed the results of that evaluation from Dr. Bianchini.  Thus, Defendants submit that it is in the best interest of all parties to reset the expert reporting deadline to allow Defendants to obtain and provide to Plaintiff a copy of Dr. Bianchini's expert report.

Undersigned counsel has contacted Plaintiff's counsel via email regarding this Motion, and Plaintiff's counsel has informed undersigned counsel of his opposition to this motion.

Under FRCP Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."[2] Courts consider four factors in determining whether to allow a scheduling modification for good cause under Rule 16(b): (1) the explanation for the failure to complete discovery on time, (2) the importance of the amendment, (3) the potential prejudice in allowing the amendment, and (4) the availability of a continuance to cure such prejudice.[3]

In this case, Plaintiff Jerry Rogers has put his mental state directly at issue.  Defendants therefore assert that it would be unfairly prejudicial to allow Mr. Rogers to testify regarding his alleged damages without allowing Defendants to produce their neuropsychological expert to refute those allegations.  Again, Dr. Bianchini has already evaluated Mr. Rogers, and merely needs to finalize and produce his expert report on the matter.  Further, amending the Scheduling Order to

---

[1] The matter was officially stayed on July 28, 2022. **R. Doc. 223**.  While Plaintiff had until July 8, 2022 to produce his potential experts, Defendants had until August 8, 2022 to produce theirs. **R. Doc. 157**.
[2] *See Leza v. City of Laredo*, 496 Fed. Appx. 375 (5th Cir. 2012).
[3] *Id*. citing *Reliance Ins. Co. v. Louisiana Land & Exploration Co.*, 110 F.3d 253, 257 (5th Cir. 1997).

allow for the re-opening of the expert reporting deadline would have no prejudicial effect on any party, as Defendants were within their time limit to produce such an expert when this matter was stayed. Accordingly, just as Plaintiff was granted additional time to conduct supplemental depositions, Defendants respectfully request that the expert reporting deadline be re-set at allow additional time to obtain and exchange expert reports for use at trial. Defendants further request that the amended expert reporting deadline allow Defendants, at a minimum, the 11 remaining days they had under the original scheduling order before this matter was stayed.

## II.   CONCLUSION

For the reasons expressed more fully above considering the foregoing, Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, and Keith Canizarro, respectfully request that this Honorable Court grant their Motion to Amend Scheduling Order.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Chadwick W. Collings*
_____
**CHADWICK W. COLLINGS, T.A.**          **# 25373**
**SARAH A. FISHER**                              **# 39881**
**68031 Capital Trace Row**
**Mandeville, LA 70471**
**Telephone:   (985) 292-2000**
**Facsimile:    (985) 292-2001**
**Email:        ccollings@millinglaw.com**
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Tuesday, September 12, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**