UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

**Opposition to Defendants' Motion to Reopen Expert Witness Deadlines**

On July 28, 2022, this Court stayed proceedings pending appeal. R. Doc. 223

At that time, there were eleven days left before the August 8, 2022 deadline for Defendants' expert reports. R. Doc. 157.

On August 31, 2023, the stay was lifted. R. Doc. 232. Defendants did not provide an expert report at that time, or within eleven days of the stay being lifted.

Instead, they waited thirteen days until September 12, 2023, before moving to reopen their expert witness deadline. R. Doc. 238.

Thus, Defendants <u>already received</u> what they are now asking for: "the 11 remaining days they had under the original scheduling order before this matter was stayed." R. Doc. 238-2 at 3.

Furthermore, Plaintiff has been requesting the results of the independent medical examination for more than a year and a half. See Ex. A (Email of January 15, 2022). Defendants never produced it. Defendants should be disallowed from withholding the results for a year and a half and now asking for an extension to produce a report past the last minute.

The motion should be denied.

    Respectfully Submitted:

    */s/ William Most*
    WILLIAM MOST (La. Bar No. 36914)
    HOPE PHELPS (La. Bar No. 37259)
    DAVID LANSER (La. Bar No. 37764)
    201 St. Charles Ave., Ste. 114, # 101
    New Orleans, LA 70170
    T: (504) 256-4615
    Email: williammost@gmail.com

*Counsel for Plaintiff, Jerry Rogers, Jr.*