William Most <williammost@gmail.com>

**Rogers IME**

**William Most** <williammost@gmail.com>                              Sat, Jan 15, 2022 at 7:05 PM
To: Chadwick Collings <ccollings@millinglaw.com>
Cc: Hope Phelps <hopeaphelps@outlook.com>

Chad,

Did you ever receive the results of Jerry Rogers' IME? If so, would you send us all documentation you received?

Thank you!

William

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023