UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION NO. 20-517** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **And IN HIS OFFICIAL CAPACITY** | * | **MAG. VAN MEERVELD** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER. AND** | * | |
| **KEITH CANIZARO** | * | **JURY DEMAND** |
| *Defendants* | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### DEFENDANTS' REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, Major Danny Culpeper and Captain Keith Canizaro, to request that there be oral argument on Defendants' Motion to Amend Scheduling Order (R. Doc. 238), which motion is currently noticed for submission before the Honorable Jane Triche Milazzo of the United States District Court for the Eastern District of Louisiana, on the 27th day of September, 2023, at 9:30 a.m.  Defendants respectfully suggest oral argument will aid the Court in its consideration of the issues raised.

**Respectfully submitted,**

MILLING BENSON WOODWARD L.L.P.

*s/ Chadwick W. Collings*
_____
**CHADWICK W. COLLINGS, T.A.     # 25373**
**SARAH A. FISHER                # 39881**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:     (985) 292-2000**
**Facsimile:      (985) 292-2001**
ccollings@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on September 13, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**