UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-517** |
| **RANDY SMITH ET AL.** | **SECTION: "H"** |

### ORDER

Before the Court are Defendants' Motion to Amend Scheduling Order (Doc. 238) and Plaintiff's opposition thereto (Doc. 239).

Accordingly;

**IT IS ORDERED** that the Motion is **GRANTED**, and Defendants shall have until September 25, 2023 to obtain and deliver to counsel for Plaintiff written reports of experts who may be witnesses for Defendants.

New Orleans, Louisiana, on this 13th day of September, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**