UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

**Plaintiff's Motion to Determine Conflict-Free Representation**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Jerry Rogers, Jr., to ask that this Court take steps to ensure that Defendants have conflict-free counsel.

In "section 1983 cases, the interests of a municipality and the interests of its employees are adverse to one another."[1] That structural conflict applies particularly to Louisiana sheriffs and their employees, like the defendants here: Sheriff Randy Smith and three of his employees. Furthermore, the defendants' deposition testimony has revealed more direct conflicts. But despite these actual or potential conflicts, all four Defendants are still represented by the same lawyers.

To ensure the integrity of the case, these actual or potential conflicts should be addressed before this case proceeds to trial. Plaintiff suggests that one of two things should happen. Either (1) the Sheriff and the deputies should obtain separate counsel; or (2) the conflict should be eliminated through the procedure ordered by Judge Currault in *Lou v. Lopinto,* Case No. 21-80, R. Doc. 58 (E.D. La. Apr. 13, 2022).

As detailed in the memorandum in support, Plaintiff asks that his motion be granted.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***

---

[1] *Nagle v. Gusman, et al.*, No. CIV.A. 12-1910, 2015 WL 1525827, at *1 (E.D. La. Apr. 2, 2015).