**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JERRY ROGERS, JR.                                          CIVIL ACTION

VERSUS                                                           NO. 20-517

RANDY SMITH, ET AL                                      SECTION: H

**Order on Plaintiff's Motion to Determine Conflict-Free Representation**

Having duly considered the *Motion to Determine Conflict-Free Representation (R. Doc. 166)*, IT IS HEREBY ORDERED that the Motion is GRANTED. It is ordered that each Defendant choose either Option A or Option B, and follow the instructions therein.

**Option A**: within fourteen days of this order, file an affidavit with the Court that the Defendant intends to seek separate counsel.

**Option B**: If the Defendant wishes to keep joint counsel, within fourteen days of this order the Defendant file an Affidavit executed by the Defendant to establish informed consent has been provided. That Affidavit should confirm that counsel (a) met with the defendant; (b) explained the litigation, the claims against the defendant, and the ways in which the defendant's interest is potentially adverse to the interests of other defendants represented by the same counsel; (c) explained the ramifications of the potential conflicts and the ways in which counsel's representation of the defendant may be limited by its obligations to other defendants; (d) explained the effect of the indemnification agreement and the waiver of potential conflicts; (e) confirmed that the defendant was notified that the Sheriff's Office would pay for separate counsel, if necessary; and (f) confirmed that the defendant was offered an opportunity to consult with separate counsel regarding the waiver of potential conflicts before waiving same. If anything contained in these Affidavits contain confidential client information or information subject to the attorney-client privilege or work product doctrine, the Affidavit(s) may be filed UNDER SEAL.

1

Also within 14 days, defense counsel provide his own affidavit averring (a) that he reasonably believes that he will be able to provide competent and diligent representation to each defendant; (b) that the Sheriff's Office has agreed to indemnify the individual defendants for compensatory and punitive damages, costs, and attorneys' fees; and (c) that counsel has met with each defendant and (1) explained the litigation, the claims against the defendant, and the ways in which the defendant's interest is potentially adverse to the interests of other defendants represented by the same counsel; (2) explained the ramifications of the potential conflicts and the ways in which counsel's representation of the defendant may be limited by its obligations to other defendants; (3) explained the effect of the indemnification agreement and the waiver of potential conflicts; (4) confirmed that the defendant was notified that the Sheriff's Office would pay for separate counsel, if necessary; and (5) confirmed that the defendant was offered an opportunity to consult with separate counsel regarding the waiver of potential conflicts before waiving same. If anything contained in the Affidavit contains confidential client information or information subject to the attorney-client privilege or work product doctrine, the Affidavit may be filed UNDER SEAL.

SO ORDERED.

New Orleans, this _____ day of _____, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA