UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

**Notice of Submission on Plaintiff's Motion to Determine Conflict-Free Representation**

This motion shall be submitted for consideration on October 11, 2023.

Respectfully Submitted:

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***