UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 <br><br> JUDGE: MILAZZO <br><br> MAG. JUDGE: DOUGLAS |

**Motion to Set Deadline for Submission of Written Rebuttal Expert**

**COME NOW**, Plaintiff Jerry Rogers to file, pursuant to Local Civil Rule 16.1 and Federal Rule of Civil Procedure 16, this *Motion to Set Deadline for Submission of Written Rebuttal Expert.*

Counsel for Mr. Rogers has in good faith, but unsuccessfully, conferred with Defendants' counsel in an effort to request agreement to the submission of a written rebuttal report in response to Defendants' expert report, which they submitted on September 25, 2023. Defendant's counsel opposes the submission of a written rebuttal report by Plaintiff because the court did not specify a deadline for submission of such a report in the amended scheduling order (R. Doc. 236). As discussed more fully in the Memorandum in Support, this court should issue an order to set a deadline for submission of a written rebuttal report to allow an expert to respond to the opinions in Defendants' expert report.

1

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
*Counsel for Plaintiff, Jerry Rogers, Jr.*