## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

**Notice of Submission on Plaintiff's Motion to Set Deadline for Submission of Written Rebuttal Expert**

This motion shall be submitted for consideration on October 25, 2023.

Respectfully Submitted:

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
T: (504) 500-7974
Email: hopeaphelps@outlook.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***