UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 <br><br> JUDGE: MILAZZO <br><br> MAG. JUDGE: DOUGLAS |

**Memorandum in Support of Motion to
Set Deadline for Submission of Written Rebuttal Expert**

**COME NOW**, Plaintiff Jerry Rogers to file, pursuant to Local Civil Rule 16.1 and Federal Rule of Civil Procedure 16, this *Motion to Set Deadline for Submission of Written Rebuttal Expert.*

Per Local Rule 16.1, the court must enter a scheduling order pursuant to FRCP 16.

Per FRCP 16, the scheduling order may modify the timing of disclosures under Rule 26(a) "required disclosures," which includes the disclosure of expert testimony.

In the prior scheduling orders for this case, the court set a deadline for written rebuttal experts as defined by FRCP 26(a)(2)(B). See R. Doc 23, p. 2 (issued September 8, 2020), R. Doc. 74, p. 2 (issued April 19, 2021), and R. Doc. 157, p. 2 (issued January 6, 2022).

In those orders, the court typically allowed Plaintiff 14 days from the date of the deadline for submission of Defendants' written expert report to submit the written rebuttal report.

The amended scheduling order (R. Doc. 236) did not specify a deadline for written rebuttal experts.

On September 25, 2023, Defendants provided Plaintiff with the written report of their expert and his Rule 26 disclosures.

Accordingly, Plaintiff respectfully requests an opportunity to submit the written rebuttal

1

report of an expert in response to Defendants' expert report within 14 days from the date of entry of Order on this motion.

                Respectfully Submitted:

                **MOST & ASSOCIATES**

                */s/ Hope A. Phelps*
                **HOPE PHELPS (La. Bar No. 37259)**
                **WILLIAM MOST (La. Bar No. 36914)**
                **DAVID LANSER (La. Bar No. 37764)**
                201 St. Charles Ave., Ste. 114, # 101
                New Orleans, LA 70170
                T: (504) 256-4615
                Email: hopeaphelps@outlook.com
                ***Counsel for Plaintiff, Jerry Rogers, Jr.***