UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

_____
                                    )
JERRY ROGERS, JR.,                  )
                                    )
              Plaintiff             )
      v.                            )  Case No. 2:20-cv-00517
                                    )
SHERIFF RANDY SMITH, DANNY          )  JUDGE: MILAZZO
CULPEPER, and KEITH CANIZARO,       )
                                    )  MAG. JUDGE: DOUGLAS
              Defendants            )
_____)

**ORDER ON MOTION TO SET DEADLINE
FOR SUBMISSION OF WRITTEN REBUTTAL EXPERT**

Having duly considered the *Motion to Set Deadline for Submission of Written Rebuttal Expert*, IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline for submission of written rebuttal experts as defined by FRCP 26(a)(2)(B) shall be fourteen (14) days from the date of entry of this Order.

New Orleans, this _____ day of _____, 2023.


_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA

1