UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 <br><br> JUDGE: MILAZZO <br><br> MAG. JUDGE: DOUGLAS |

ORDER ON MOTION TO SET DEADLINE
FOR SUBMISSION OF WRITTEN REBUTTAL EXPERT

Having duly considered the *Motion to Set Deadline for Submission of Written Rebuttal Expert*, IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline for submission of written rebuttal experts as defined by FRCP 26(a)(2)(B) is October 10, 2023.

New Orleans, this 29th day of September, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA