## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

### Ex Parte Motion for Leave to File Reply in Support of Motion for Conflict-Free Counsel

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Jerry Rogers, who seeks leave of Court to permit the filing of the attached Reply Memorandum in Support of Plaintiff's Motion for Conflict Free Counsel (attached hereto as Exhibit A). The attached reply memorandum is responsive to the arguments raised by Defendants in their opposition (R. Doc. 246), notes the omissions in their opposition, and will assist the Court in its determination of the issues.

**WHEREFORE**, Plaintiff Jerry Rogers respectfully requests leave of this Honorable Court to file his Reply Memorandum.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***