# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

## ORDER

After consideration of Plaintiff's *Motion for Leave to File a Reply Memorandum in Support of Plaintiff's Motion for Conflict-Free Counsel*, and the reason for filing, the Motion is GRANTED.

Plaintiff's proposed Reply shall be filed into the record.

New Orleans, Louisiana this ____ day of _____, 2023

_____
U.S. DISTRICT COURT JUDGE

1