## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

**MOTION FOR EXTENSION OF TIME TO SUBMIT WRITTEN REBUTTAL EXPERT**

NOW INTO COURT comes Plaintiff Jerry Rogers who, pursuant to Local Rule 9.9 files this Motion seeking to extend the time to submit the report of Plaintiff's Written Rebuttal Expert. Counsel for Plaintiff contacted counsel for Defendant regarding this *Motion*, but has not received a response prior to this filing.

On September 29, 2023, this Court granted Plaintiff's Motion to Set Deadline for Submission of Written Rebuttal Expert (R. Doc. 245).

Subsequently, Plaintiff secured a rebuttal expert. Plaintiff has requested that Defendant's expert provide the raw data relied on in connection with his report.

As Plaintiff is still awaiting receipt of these files, Plaintiff requests an extension until October 25, 2023 to submit the report of his written rebuttal expert. This extension will allow Defendant's expert time to produce the files, Plaintiff's expert time to review them and produce a written report, and will not unduly delay the determination of this case.

WHEREFORE, Plaintiff requests the deadline for submission of written rebuttal experts be set at October 25, 2023.

Respectfully Submitted:

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: williammost@gmail.com

**Counsel for Plaintiff, Jerry Rogers, Jr.**