UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. 2:20-cv-00517 |
| | ) |
| SHERIFF RANDY SMITH, DANNY | ) JUDGE: MILAZZO |
| CULPEPER, and KEITH CANIZARO, | ) |
| | ) MAG. JUDGE: DOUGLAS |
| Defendants | ) |

**ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT WRITTEN REBUTTAL EXPERT**

Having duly considered the *Motion Motion for Extension of Time to Submit Written Rebuttal Expert*, IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline for submission of written rebuttal experts as defined by FRCP 26(a)(2)(B) shall be extended to October 25, 2023.

New Orleans, this _____ day of _____, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA

1