UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL | SECTION: H |

**MOTION FOR EXTENSION OF TIME TO SUBMIT WRITTEN REBUTTAL EXPERT**

NOW INTO COURT comes Plaintiff Jerry Rogers who, pursuant to Local Rule 9.9 files this Motion seeking to extend the time to submit the report of Plaintiff's Written Rebuttal Expert. Extending the deadline for submission will accommodate the limited availability of Plaintiff's expert, allow additional time for Defendant's expert to produce requested raw data, and will not prejudice Defendants because the deposition of their expert is set for November 1, 2023.

After close of business on October 10, 2023 Defendants advised that they oppose this motion.

WHEREFORE, Plaintiff requests the deadline for submission of written rebuttal experts be set at October 25, 2023.

Respectfully Submitted:

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
DAVID LANSER (La. Bar No. 37764)
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: williammost@gmail.com

**Counsel for Plaintiff, Jerry Rogers, Jr.**