UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JERRY ROGERS, JR.                                                  CIVIL ACTION

VERSUS                                                                     NO. 20-517

RANDY SMITH, ET AL                                            SECTION: H

**Notice of Submission on Plaintiff's Motion to For Extension of Time to Submit Written Rebuttal Expert**

This motion shall be submitted for consideration on November 1, 2023.

Respectfully Submitted:

*/s/ Hope Phelps*
WILLIAM MOST (La. Bar No. 36914)
HOPE PHELPS (La. Bar No. 37259)
201 St. Charles Ave., Ste. 2500, # 6825
New Orleans, LA 70170
T: (504) 500-7974
Email: hopeaphelps@outlook.com

***Counsel for Plaintiff, Jerry Rogers, Jr.***