UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JERRY ROGERS**                                               **CIVIL ACTION**

**VERSUS**                                                     **NO: 20-517**

**RANDY SMITH ET AL.**                                         **SECTION: "H"**

## ORDER

Before the Court is Plaintiff's Motion for Extension of Deadlines for Submission of Written Rebuttal Expert (Doc. 252).

Accordingly;

**IT IS ORDERED** that any opposition thereto shall be filed by October 16, 2023.

New Orleans, Louisiana, on this 13th day of October, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**