UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. VAN MEERVELD** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT WRITTEN REBUTTAL EXPERT

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, who herewith provide the following Opposition to Plaintiff's Motion for Extension of Time to Submit Written Rebuttal Expert (R. Doc. 252).

### ARGUMENT

On October 12, 2023, Plaintiff filed a Motion for Extension of Time to Submit Written Rebuttal Expert, seeking to extend the time to submit a report of Plaintiff's written rebuttal expert.  Plaintiff's motion alleges that this extension will "accommodate the limited availability of Plaintiff's expert, allow additional time for Defendant's expert to produce requested raw data, and will not prejudice Defendants because the deposition of their expert is set for November 1, 2023."  Defendants oppose Plaintiff's motion.

On September 25, 2023, Defendants timely provided Plaintiff with the written report of their expert, Dr. Kevin Bianchini.  On September 28, 2023, Plaintiff filed a Motion to Set Deadline for Submission of Written Rebuttal Expert (R. Doc. 244), which was granted by this Court on October 2, 2023 (R. Doc. 245), before Defendants had an opportunity to respond.  The Court's Order amended the Scheduling Order and set a deadline for submission of written rebuttal experts for October 10, 2023.  That deadline has now come and gone.  Plaintiff now requests additional time for the submission of his rebuttal expert(s) for reasons which are completely unfounded.

Under FRCP Rule 16(b)(4), "[a] schedule may be modified only for good cause and with the judge's consent."[1] Courts consider four factors in determining whether to allow a scheduling modification for good cause under Rule 16(b): (1) the explanation for the failure to complete discovery on time, (2) the importance of the amendment, (3) the potential prejudice in allowing the amendment, and (4) the availability of a continuance to cure such prejudice.[2]  Here, all of the factors warrant the denial of Plaintiff's motion.  Specifically, Plaintiff has no good cause for failure to complete discovery on time, and Defendants would be prejudiced by the granting of this improper extension.

More importantly, Defendants find it curious that Plaintiff rests his motion on the need for production of "raw data" from Defendants' expert, which was already provided to Plaintiff's counsel on September 20, 2023.[3]  Indeed, Ms. Jamila Nery, Executive Assistant to Defendants' expert, Kevin Bianchini, PhD, FACPN, has provided an affidavit (attached hereto) attesting to

---

[1] *See Leza v. City of Laredo*, 496 Fed. Appx. 375 (5th Cir. 2012).
[2] *Id*. citing *Reliance Ins. Co. v. Louisiana Land & Exploration Co.*, 110 F.3d 253, 257 (5th Cir. 1997).
[3] This information, which has already been provided to Plaintiff's counsel, is being filed separately, under seal, in further support of Defendants' Opposition (**Exhibit B**).

the same.[4] As sworn by Ms. Nery and seen in these attachments, Ms. Nery transmitted all of the relevant information to Plaintiff's counsel via email enclosing a Sharefile link on September 20, 2023. It is therefore unclear how or why Plaintiff would submit to the Court that his rebuttal expert needs more time to review the raw data requested, when the same was provided in advance of this Court's scheduled deadline.

## CONCLUSION

Accordingly, Plaintiff's arguments are wholly without merit, as no additional time is needed for Defendants' expert to produce records that have already been timely produced. Moreover, Defendants respectfully submit that Plaintiff and his rebuttal expert are not entitled to additional time to review these records, and that such an extension would unfairly prejudice the Defendants. Defendants' therefore request that this Honorable Court deny Plaintiff's Motion for Extension of Time to Submit Written Rebuttal Expert.

**Respectfully submitted,**

**MILLING BENSON WOODWARD L.L.P.**

*s/ Sarah A. Fisher*

| | |
|---|---|
| **CHADWICK W. COLLINGS, T.A.** | **# 25373** |
| **SARAH A. FISHER** | **# 39881** |

**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:   (985) 292-2000**
**Facsimile:   (985) 292-2001**
ccollings@millinglaw.com
sfisher@millinglaw.com
*Counsel for Defendants*

---

[4] See **Exhibit A**, Affidavit of Jamila Nery, dated October 16, 2023.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on October 16, 2023 using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Sarah A. Fisher*
Sarah A. Fisher