## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | CIVIL ACTION |
| **Plaintiff** | * | |
| | * | NO. 20-517 |
| **VERSUS** | * | |
| | * | JUDGE MILAZZO |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | MAG. VAN MEERVELD |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | JURY DEMAND |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>AFFIDAVIT</u>

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BEFORE ME,** the undersigned notary public, personally came and appeared:

## JAMILA NERY

who being duly sworn, did depose and state:

1. I am of the age of majority and a resident of Jefferson Parish and a citizen of the State of Louisiana.

2. I am the Executive Assistant to Kevin Bianchini, PhD, FACPN, and as such, I have personal knowledge of the facts and statements made herein.

3. On September 7, 2023, our office received a Subpoena to Produce Documents, Information, Or Objects in relation to the above captioned litigation, which was addressed to Dr. Bianchini. The subpoena set a deadline for production of September 21, 2023.

4. On September 20, 2023, I provided the requested information to Hope Phelps at hopeaphelps@outlook.com via email, which contained a Sharefile link with all of the responsive information sought by the September 7, 2023 subpoena request sent to our office.[1] The information that I provided to Ms. Phelps complied with the subpoena, and it included all of the raw data and file materials from Dr. Bianchini's evaluation of Jerry Rogers, Jr. on November 2, 2021.

5. Our office did not receive notice to send the requested information to any other psychologist. The requested information was sent only to Plaintiff's counsel in accordance with the subpoena.

6. After submission of the requested information to Hope Phelps via email on September 20, 2023, I did not receive any follow-up correspondence or requests for additional information.

**SWORN TO AND SUBSCRIBED ON THIS 16TH DAY OF OCTOBER 2023.**

**JAMILA NERY**

**SARAH A. FISHER**
**NOTARY PUBLIC**
**BAR NO.: 39881**
**MY COMMISSION IS FOR LIFE**



---

[1] See **Exhibit A-1**, email to Hope Phelps dated September 20, 2023.