# Sarah Fisher

| | |
|---|---|
| **From:** | KB Assistant <kbassistant@jeffersonneuro.com> |
| **Sent:** | Wednesday, September 20, 2023 10:44 AM |
| **To:** | hopeaphelps@outlook.com |
| **Subject:** | Re: Jerry Rogers, Jr. |
| **Importance:** | High |

Good morning,

Attached is a link to the records requested for the subpoena received on September 11, 2023.

If you have any questions or concerns, please let me know.

Rogers, Jr., Jerry

*Sincerely,*

**Jamila Nery**
Executive Assistant to Kevin Bianchini, PhD, FACPN
Jefferson Neurobehavioral Group
2901 North I-10 Service Road E
Suite #300
Metairie, LA 70002
Direct: 504.332.0181
Main: 504.780.1702
Fax: 504.780.1705
kbassistant@JeffersonNeuro.com

PRIVACY AND CONFIDENTIALITY WARNING
This E-mail may contain Protected Health Information, Individually Identifiable Health Information and other information which is protected by law. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, copying, storing, distributing or the taking of action in reliance on the content of this E-mail and any attachments thereto, is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately and destroy the contents of this E-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored.

**From:** KB Assistant
**Sent:** Tuesday, September 12, 2023 12:14 PM

**To:** hopeaphelps@outlook.com <hopeaphelps@outlook.com>
**Subject:** Jerry Rogers, Jr.

Good afternoon,

Attached please find the invoice for the subpoena request.

*Sincerely,*

**Jamila Nery**
Executive Assistant to Kevin Bianchini, PhD, FACPN
Jefferson Neurobehavioral Group
2901 North I-10 Service Road E
Suite #300
Metairie, LA 70002
Direct: 504.332.0181
Main: 504.780.1702
Fax: 504.780.1705
kbassistant@JeffersonNeuro.com

PRIVACY AND CONFIDENTIALITY WARNING
This E-mail may contain Protected Health Information, Individually Identifiable Health Information and other information which is protected by law. The information is intended only for the use of the intended recipient. If you are not the intended recipient, you are hereby notified that any review, disclosure/re-disclosure, copying, storing, distributing or the taking of action in reliance on the content of this E-mail and any attachments thereto, is strictly prohibited. If you have received this E-mail in error, please notify the sender immediately and destroy the contents of this E-mail and its attachments by deleting any and all electronic copies and any and all hard copies regardless of where they are maintained or stored.