UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. VAN MEERVELD** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| Defendants | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### EX PARTE MOTION FOR LEAVE TO FILE ATTACHMENT UNDER SEAL AND INCORPORATED MEMORANDUM IN SUPPORT

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, who submit the following memorandum in support of their Motion for Leave to File Attachment Under Seal.

In response to Plaintiff's Motion for Extension of Time to Submit Written Rebuttal Expert (R. Doc. 252), Defendants submitted a timely Opposition (R. Doc. 255). The basis of Plaintiff's motion is a request for additional time to submit a report of Plaintiff's written rebuttal expert, based on Plaintiff's alleged need to review the "raw data" of Defendants' expert. Although this raw data has already been produced to Plaintiff, out of an abundance of caution, Defendants' Opposition noticed "Exhibit B," which is a manual attachment of the raw data that Plaintiff now seeks. This information includes psychiatric data and file materials from Dr. Kevin Bianchini's evaluation of Jerry Rogers, Jr. on November 2, 2021.

Defendants therefore request leave to file Exhibit B to their Opposition to Plaintiff's Motion for Extension of Time to Submit Written Rebuttal Expert under seal.

Respectfully submitted,

**MILLING BENSON WOODWARD L.L.P.**

*s/ Sarah A. Fisher*

**CHADWICK W. COLLINGS, T.A.**     # 25373
**SARAH A. FISHER**     # 39881
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:     (985) 292-2000**
**Facsimile:     (985) 292-2001**
ccollings@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on October 16, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Sarah A. Fisher*
Sarah A. Fisher