## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION NO. 20-517** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE MILAZZO** |
| | * | |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. VAN MEERVELD** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER. AND** | * | **JURY DEMAND** |
| **KEITH CANIZARO** | * | |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

**CONSIDERING** the *Ex Parte Motion for Leave to File Attachment Under Seal and Incorporated Memorandum in Support* filed by Defendants, Sheriff Randy Smith, Major Culpeper, and Captain Canizaro;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' *Motion* is **GRANTED.**

New Orleans, Louisiana, this _____ day of October 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**