**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| JERRY ROGERS, JR., | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | Case No. 2:20-cv-00517 |
| | ) | |
| SHERIFF RANDY SMITH**,** DANNY | ) | JUDGE: MILAZZO |
| CULPEPER, and KEITH CANIZARO, | ) | |
| | ) | MAG. JUDGE: DOUGLAS |
| Defendants | ) | |

**ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT WRITTEN
REBUTTAL EXPERT**

Having duly considered the *Motion Motion for Extension of Time to Submit Written Rebuttal Expert*, and Defendants' opposition thereto;

IT IS HEREBY ORDERED that the Motion is GRANTED.

The deadline for submission of written rebuttal experts as defined by FRCP 26(a)(2) (B) shall be extended to October 25, 2023.  No further extensions will be granted.

New Orleans, this 17th day of October, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA