UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 |

**MOTION TO COMPEL PRODUCTION
OF DOCUMENTS RELEVANT TO PUNITIVE DAMAGES**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Jerry Rogers, Jr., who, pursuant to Rule 37(a) of the Federal Rule of Civil Procedure, respectfully moves this Honorable Court for an Order compelling production of the financial information and documents requested in Plaintiff's 8th Set of Requests for Production.

On October 18, 2023, the parties held a meet and confer to discuss Defendants' refusal to produce responsive records that are relevant to punitive damages. Counsel for Mr. Rogers has in good faith, but unsuccessfully, conferred with Defendants' counsel via a discovery conference in an effort to resolve this discovery dispute amicably and without court intervention. The parties have been unsuccessful in doing so. As discussed more fully in the Memorandum in Support, good cause exists for this Court to compel Defendants to produce the requested information.

In support of this Motion, Mr. Rogers offers the following exhibits:

A. Plaintiff's 8th Set of Requests for Production;

B. Defendants' Responses to Plaintiff's 8th Set of Requests for Production;

C. Letter from Plaintiff's Counsel William Most to Defendants' counsel, dated October 18, 2023;

D. Rule 37.1 Declaration of Plaintiff's counsel, William Most.

                                      Respectfully Submitted:

                                      **MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***