## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR.,  ) | |
| ) | |
| Plaintiff  ) | |
| v.  ) | Case No. 2:20-cv-00517 |
| ) | |
| SHERIFF RANDY SMITH, DANNY  ) | |
| CULPEPER, and KEITH CANIZARO,  ) | |
| ) | |
| Defendants  ) | |

### NOTICE OF SUBMISSION FOR MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELEVANT TO PUNITIVE DAMAGES

This motion shall be submitted for consideration on November 8, 2023.


Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope A. Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***