## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 |

### ORDER

Having duly considered the *Motion to Compel Production of Documents Relevant to Punitive Damages* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED. Within two weeks of this order, Defendants shall produce documents responsive to Plaintiffs' 8th Set of Requests for Production.

Defendants shall pay Plaintiff's reasonable expenses incurred in making the motion, including attorney's fees. Within one week of the entry of this order, Plaintiff shall submit a bill of costs to Defendants. Within one week of receiving the bill of costs, Defendants shall either pay the costs or file an objection with this Court. The latter may only occur after a meet-and-confer of the parties in a good faith attempt to avoid court intervention.

New Orleans, Louisiana, this _____ day of _____, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA