UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., | ) |
| | ) |
| Plaintiff | ) |
| v. | ) Case No. 2:20-cv-00517 |
| | ) |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, | ) |
| | ) |
| Defendants | ) |

**RULE 37.1 DECLARATION OF WILLIAM MOST IN SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS RELEVANT TO PUNITIVE DAMAGES**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiff in the above-captioned case.

2. On September 1, 2020, my associate, Hope Phelps, propounded discovery requests on Defendants in the above-captioned case. The discovery requests took the form of an 8th Set of Requests for Production. Ex. A

3. I invited Defendants' counsel to address any concerns regarding relevancy and scope prior to the deadline for Defendants' responses.

4. On October 6, 2023, I received Defendants' responses, which did not include any documents responsive to the requests. Ex. B.

5. The parties agreed to and participated in a Meet and Confer on October 18, 2023.

6. After the Meet and Confer, I sent Defendants' counsel a letter to memorialize our discussion during the Meet and Confer. Ex. C.

7. To date, I have not received responsive documents.

1

8. I certify that I have made a good faith effort to obtain the requested documents and responses without Court intervention. As of the filing of this Motion, Defendants' counsel has not produced the documents regarding Defendants' financial information and assets, as requested in Plaintiff's 8th Set of Requests for Production.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 2500, # 9685
New Orleans, LA 70170
T: (504) 500-7974
Email: williammost@gmail.com
***Counsel for Plaintiff, Jerry Rogers, Jr.***