MINUTE ENTRY
VAN MEERVELD
October 27, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR.<br>*Plaintiff* | CIVIL ACTION<br>NO. 20-517 |
| VERSUS | SECTION: "H" (1) |
| SHERIFF RANDY SMITH,<br>*Defendant* | JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

## STATUS CONFERENCE

A video status conference was conducted on this date before the undersigned Magistrate Judge.

PARTICIPATING:   William Most, Chadwick Collings

The parties discussed the deposition of defendant's expert, specifically rate, minimum commitment, prepayment, and signing of contract issues.

Janis van Meerveld
United States Magistrate Judge

MJSTAR (00:11)