# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., | ) |
| Plaintiff | ) Case No. 2:20-cv-00517 |
| v. | ) |
| | ) JUDGE: MILAZZO |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, | ) MAG. JUDGE: DOUGLAS |
| Defendants | ) |

## *EX PARTE* MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Jerry Rogers, who seeks leave of Court to permit the filing of the attached Reply Memorandum in Support of Plaintiff's Motion to Compel Production of Documents Relevant to Punitive Damages (attached hereto as Exhibit A). The attached reply memorandum is responsive to the arguments raised by Defendants in their opposition. The instant motion is currently set for submission on November 8, 2023.

**WHEREFORE**, Plaintiff Jerry Rogers respectfully requests leave of this Honorable Court to file his Reply Memorandum in Support of Motion to Compel Production of Documents Relevant to Punitive Damages.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ William Most*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
T: (504) 256-4615
Email: hopeaphelps@outlook.com
*Counsel for Plaintiff, Jerry Rogers, Jr.*