UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., | ) |
| Plaintiff | ) Case No. 2:20-cv-00517 |
| v. | ) |
| | ) JUDGE: MILAZZO |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, | ) MAG. JUDGE: DOUGLAS |
| Defendants | ) |

**ORDER**

After consideration of Plaintiff's *Motion for Leave to File a Reply Memorandum in Support of Plaintiff's to Compel Production of Documents Relevant to Punitive Damages*, and the reason for filing, the Motion is GRANTED.

Plaintiff's proposed Reply shall be filed into the record.

New Orleans, Louisiana this \_\_\_\_ day of _____, 2023.

_____
U.S. DISTRICT COURT JUDGE

1