UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br><br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 |

## PLAINTIFF'S WITNESS AND EXHIBIT LIST

This Court ordered the parties to "file in the record and serve upon their opponents list of all witnesses who may or will be called to testify at trial and a list of all exhibits which may or will be used at trial no later than November 9, 2023" R. Doc. 236 at p. 1.

I. Exhibits

| Number | Description |
|---|---|
| P1 | **Affidavit and Arrest Warrant** |
| P2 | **Press Releases by STPSO** |
| P3 | **Press Release by Randy Smith** |
| P4 | **Minutes of Preliminary Hearing** |
| P5 | **Declination of Charges by Attorney General** |
| P6 | **14-47 on Louisiana State Legislature** |
| P7 | **NCIC Check** |
| P8 | **Jerry Rogers Bond Documents and Receipt** |
| P9 | **File of the Louisiana Attorney General in connection with the investigation** |
| P10 | **File of the Department of Justice in connection with the investigation** |
| P11 | **STPSO offense/arrest reports in connection with the investigation** |
| P12 | **Affidavit and Search Warrant to ATT** |
| P13 | **Affidavit and Search Warrant to Verizon Wireless** |
| P14 | **Affidavit and Search Warrant for Stefan Montgomery's iPhone** |
| P15 | **Recusal Letter** |
| P16 | **October 28, 2019 Press Release** |
| P17 | **Booking documents** |
| P18 | **Affidavit and Search Warrant for Yahoo** |

| | |
|---|---|
| P19 | **August 15, 2023 Press Release** |
| P20 | **Kristin Samuelson Rebuttal Report** |
| P21 | **Therapy Records, Dana Duet-Champagne, LPC, 3/15/21 – 5/29/21** |
| P22 | **Email and Attachment regarding Defamation** |
| | Documents received from the currently-pending Motion to Compel |
| | Transcripts of all depositions taken in this matter, and exhibits there-to |
| | All discovery responses in this matter and documents produced in discovery |
| | Any document listed or used as an exhibit by any other party. Any document needed for impeachment. |

**II. Witness List**

    A.  <u>Plaintiff's Will-Call:</u>

        1) Plaintiff, Jerry Rogers, Jr.
           a) 82096 Highway 1080, Folsom, LA 70437
           b) Testimony will cover his knowledge of the facts supporting his complaint.

        2) Defendant, Randy Smith
           a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road, Slidell, LA 70458
           b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

        3) Defendant, Danny Culpeper
           a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road, Slidell, LA 70458
           b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

        4) Defendant, Keith Canizaro
           a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road, Slidell, LA 70458
           b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

    B.  <u>Plaintiff's May-Call:</u>

        1) Alvin Hotard
           a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road Slidell, LA 70458
           b) Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel, e-mail communication between herself and Jerry Rogers, and actions of the STPSO in response to those e-mails.

2) Daniel Buckner
   a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road, Slidell, LA 70458
   b) Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel, e-mail communication between herself and Jerry Rogers, and actions of the STPSO in response to those e-mails.

3) Julious Colin Sims
   a) 22nd Judicial District Attorney's Office
   b) Testimony may cover witness's knowledge of communication between STPSO and the District Attorney's Office regarding potential criminal charges against Jerry Rogers and related constitutional issues.

4) Kim Watson
   a) Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel, e-mail communication between Kim Watson and Jerry Rogers, and actions of the STPSO in response to those e-mails.

5) Stefan Montgomery
   a) Testimony may cover witness's knowledge of the STPSO investigation into the homicide of Nanette Krentel and actions of the STPSO in response to the e-mails between Kim Watson and Jerry Rogers.

6) Steve Gaudet
   a) Testimony may cover witness's knowledge actions of the STPSO in response to the e-mails between Kim Watson and Jerry Rogers, including communications regarding potential criminal charges against Jerry Rogers and related constitutional issues.

7) Brian Trainor
   a) 1974 Highway 190, Suite 3, Covington, Louisiana 70433
   b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

8) David Miceli
   a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road Slidell, LA 70458
   b) Testimony may cover witness's knowledge of the circumstances surrounding the arrest of Jerry Rogers.

9) Marco Lopez
    a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road, Slidell, LA 70458
    b) Testimony may cover witness's knowledge of the circumstances surrounding the arrest of Jerry Rogers.

10) Matthew Rowley
    a) St. Tammany Parish Sheriff's Office, 300 Brownswitch Road, Slidell, LA 70458
    b) Testimony may cover witness's knowledge of the circumstances surrounding the arrest of Jerry Rogers.

11) Joseph Lebeau
    a) Louisiana Attorney General's Office
    b) Testimony may cover his knowledge of the criminal case against Jerry Rogers, including the declination of charges.

12) Patrick Magee
    a) Louisiana Attorney General's Office
    b) Testimony may cover his knowledge of the criminal case against Jerry Rogers, including the declination of charges.

13) Steve Chaisson
    a) Testimony may cover witness's knowledge of the investigation into the death of Nanette Krentel and any and all facts supporting the causes of action in the complaint.

14) Butch Wilson
    a) 22nd Judicial District Attorney's Office
    b) Testimony may cover witness's knowledge of communication between STPSO and the District Attorney's Office regarding potential criminal charges against Jerry Rogers and related constitutional issues.

15) Genevieve May
    a) Testimony may cover witness's knowledge of the investigation into the death of Nanette Krentel and any and all facts supporting the causes of action in the complaint.

16) Special Agent Clint Epperson
    a) Federal Bureau of Investigation
    b) Testimony may cover witness's knowledge of any and all facts supporting the causes of action in the complaint.

17) Dr. Kevin Bianchini
    a) Testimony may cover witness's expertise as a licensed clinical psychologist, psychological evaluation of Plaintiff, and any and all facts supporting damages.

18) Kristin W. Samuelson, PhD
    a) Testimony may cover witness's expertise as a licensed clinical psychologist and rebuttal of testimony by Defendant's expert witness.

19) Dana Duet-Champagne
    a) Testimony may cover witness's knowledge of any and all facts supporting damages.

20) Any person offered as a 30(b)(6) witness or deposed in this matter;

21) Any witness listed by any other party;

22) All witnesses referred to or identified in any party's responses to interrogatories or other written discovery;

23) Impeachment witness(es);

24) Any witness necessary to authenticate any document and/or exhibit offered into evidence;

25) Any witness identified in any discovery responses or documents produced or obtained in discovery;

26) Plaintiff reserves the right to supplement this list with reasonable notification to opposing counsel.

        Respectfully Submitted:

        **LAW OFFICE OF WILLIAM MOST**

        */s/ Hope A. Phelps*
        **WILLIAM MOST (La. Bar No. 36914)**
        **HOPE PHELPS (La. Bar No. 37259)**
        **DAVID LANSER (La. Bar No. 37764)**
        201 St. Charles Ave., Ste. 2500, #9685
        New Orleans, LA 70170
        T: (504) 256-4615
        Email: hopeaphelps@outlook.com
        ***Counsel for Plaintiff, Jerry Rogers, Jr.***