**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| JERRY ROGERS, JR.,           ) | |
|          ) | |
|        Plaintiff      ) | Case No. 2:20-cv-00517 |
|    v.           ) | |
|           ) | JUDGE: MILAZZO MAG. |
| SHERIFF RANDY SMITH**,** DANNY   ) | |
| CULPEPER, and KEITH CANIZARO,   ) | JUDGE: VAN MEERVELD |
|           ) | |
|       Defendants    ) | |

**ORDER**

After consideration of Plaintiff's *Motion for Leave to File a Reply Memorandum in Support of Plaintiff's to Compel Production of Documents Relevant to Punitive Damages*, and the reason for filing, the Motion is GRANTED.

Plaintiff's proposed Reply shall be filed into the record.

New Orleans, Louisiana this 6th day of November, 2023.

_____
United States Magistrate Judge

1