UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. VAN MEERVELD** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | **JURY DEMAND** |
| **PARISH, DANNY CULPEPER, AND** | * | |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' RULE 72 OBJECTION

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper, and Keith Canizaro, who respectfully submit this objection[1] to Honorable Janis van Meerveld's Order entered on November 6, 2023 (R. Doc. 271) granting Plaintiff's Motion to Compel regarding Discovery Requests pertaining to Defendant's financial information and assets (R. Doc. 260). The grounds for Defendants' objection are more fully set forth in the attached memorandum in support.

**WHEREFORE,** Defendants pray that this Honorable Court set aside the Order issued by the Magistrate and issue an Order denying Plaintiff's Discovery Requests pertaining to Defendants' financial information and assets. Although this Court has determined that Plaintiff has a right at this time to request such information from Defendants, Plaintiff's requests are not

---

[1] *See* Fed R. Civ. P 72; *See also* LR 72.2.

proportional to the needs of this case and far exceed any reasonable scope pursuant to the rules of discovery.

                                                **Respectfully submitted,**

                                                **MILLING BENSON WOODWARD L.L.P.**

                                                /s/ *Sarah A. Fisher*

| | |
|---|---|
| **CHADWICK W. COLLINGS, T.A.** | **# 25373** |
| **SARAH A. FISHER** | **# 39881** |

                                                **68031 Capital Trace Row**
                                                **Mandeville, Louisiana 70471**
                                                **Telephone:    (985) 292-2000**
                                                **Facsimile:    (985) 292-2001**
                                                ccollings@millinglaw.com
                                                sfisher@millinglaw.com
                                                *Counsel for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on November 20, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

                                                /s/ *Sarah A. Fisher*
                                                  Sarah A. Fisher