# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | CIVIL ACTION |
|     **Plaintiff** | * | |
| | * | NO. 20-517 |
| **VERSUS** | * | |
| | * | JUDGE MILAZZO |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **And IN HIS OFFICIAL CAPACITY** | * | MAG. JUDGE VAN MEERVELD |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | JURY DEMAND |
| **KEITH CANIZARRO** | * | |
|     **Defendants** | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpepper, and Keith Canizaro, will submit their Rule 72 Objection to Magistrate's November 6, 2023 Order and Memorandum in Support before the Honorable Jane Triche Milazzo, of the United States District Court for the Eastern District of Louisiana, on January 17, 2024 at 9:30 a.m.

          Respectfully submitted,

          MILLING BENSON WOODWARD L.L.P.

          /s/ *Sarah A. Fisher*

          **CHADWICK W. COLLINGS, T.A.**    # 25373
          **SARAH A. FISHER**    # 39881
          **68031 Capital Trace Row**
          **Mandeville, LA 70471**
          **Telephone:  (985) 292-2000**
          **Facsimile:  (985) 292-2001**
          **Email:**  ccollings@millinglaw.com
          *Counsel for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on Monday, November 20, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

/s/ *Sarah A. Fisher*
Sarah A. Fisher