# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **And IN HIS OFFICIAL CAPACITY** | * | **MAG. JUDGE DOUGLAS** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | **JURY DEMAND** |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

*********************************************************************************

_____

### ORDER

_____

Considering the foregoing, *Rule 72 Objection to Magistrate's November 6, 2023 Order* filed by Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, Keith Canizarro;

**IT IS ORDERED** that Defendants' *Rule 72 Objection to Magistrate's November 6, 2023 Order* be GRANTED and the Magistrate's Order and Reasons issued on November 6, 2023 be REVERSED.

New Orleans, Louisiana this _____ day of _____, 20_____.


_____
**UNITED STATES DISTRICT JUDGE**