UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JERRY ROGERS, JR.**                                       **CIVIL ACTION**

**VERSUS**                                                      **NO: 20-517**

**RANDY SMITH ET AL.**                               **SECTION: "H"**

## ORDER

Before the Court is Plaintiff Jerry Rogers Jr.'s Motion to Determine Conflict-Free Representation (Doc. 242). Plaintiff contends that a structural and potentially direct conflict of interest exist between Defendant Sheriff Randy Smith and Defendant Deputies Danny Culpeper and Keith Canizaro but that they are all represented by the same attorneys. Plaintiff asks this Court to ensure that Defendants have conflict-free counsel.

Plaintiff correctly points out that "in section 1983 cases, the interests of a municipality and the interests of its employees are adverse to one another."[1] That is because the municipality may attempt to avoid liability by showing that its employee was not acting within the scope of his official duties.[2]

---

[1] Nagle v. Gusman, No. 12-1910, 2015 WL 1525827, at *1 (E.D. La. Apr. 2, 2015) (citing Van Ooteghem v. Gray, 628 F.2d 488, 495 n. 7 (5th Cir.1980), aff'd in part, vacated in part on other grounds, 654 F.2d 304 (5th Cir.1981) (en banc) (per curiam)).

[2] *Id.*

Defendants do not offer any response to this structural conflict, but rather, stress that there is no actual conflict. Even so, the Louisiana Rules of Professional Conduct prohibit a lawyer from representing a client if that representation involves a concurrent conflict of interest.[3] A concurrent conflict of interest exists when (1) the representation of one client will be directly adverse to another client; or (2) there is a significant risk that the representation of one or more clients will be materially limited.[4] Such a conflict can be waived only after each party gives informed consent.[5]

Accordingly;

**IT IS ORDERED** that Plaintiff's Motion is **GRANTED**, and a hearing to determine conflict-free counsel is **SET** for November 30, 2023 at 9:30a.m. All parties and their counsel should be present.

New Orleans, Louisiana this 21st day of November, 2023.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**

---

[3] La. Rules Of Pro. Conduct 1.7.
[4] *Id.*
[5] *Id.*