UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **IN HIS OFFICIAL CAPACITY** | * | **MAG. JUDGE VAN MEERVELD** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | **JURY DEMAND** |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, and Keith Canizarro, who consistent with LR 83.2.12, respectfully request that Andrew R. Capitelli (#31649) be enrolled as additional co-counsel of record on their behalf in the above-captioned matter to serve as co-counsel along with Chadwick W. Collings (#25373), who shall remain as primary counsel for defendant.

**WHEREFORE,** Sheriff Randy Smith, Danny Culpeper, and Keith Canizarro, pray that their motion to enroll be granted.

Respectfully submitted,

MILLING BENSON WOODWARD L.L.P.

*s/ Chadwick W. Collings*
**CHADWICK W. COLLINGS, T.A.     # 25373**
**SARAH A. FISHER                # 39881**
**68031 Capital Trace Row**
**Mandeville, Louisiana 70471**
**Telephone:    (985) 292-2000**
**Facsimile:    (985) 292-2001**
ccollings@millinglaw.com
*Counsel for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on November 30, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Chadwick W. Collings*
**Chadwick W. Collings**