UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **IN HIS OFFICIAL CAPACITY** | * | **MAG. JUDGE VAN MEERVELD** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | **JURY DEMAND** |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**ORDER**

Considering the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record;*

**IT IS ORDERED** that Andrew R. Capitelli (#31649) be enrolled as additional counsel of record for the Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, and Keith Canizarro in this matter, to serve as co-counsel along with Chadwick W. Collings (#25373) who shall remain as primary counsel for Defendants in this matter.

New Orleans, Louisiana this _____ day of _____, 2023.

_____
**U.S. DISTRICT COURT JUDGE**