MINUTE ENTRY
MILAZZO, J.
NOVEMBER 30, 2023

| JS-10: | 00:20 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR. | CIVIL ACTION |
| VERSUS | NO. 20-517 |
| RANDY SMITH, ET AL. | SECTION: H (1) |

### MOTION HEARING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Cathy Pepper |
| LAW CLERK: | Emmy Schroeter |
| | |
| APPEARANCES: | William B. Most, for Plaintiff, |
| | Plaintiff present: Jerry Rogers, Jr. |
| | Chadwick W. Collings, for Defendants, |
| | Defendants present: Sheriff Randy Smith, |
| | Major Danny Culpeper, and Keith Canizaro |

Case called at 9:36 a.m.
Counsel made appearances for the record.
The parties and their clients appeared for a hearing as to Plaintiff's Motion to Determine Conflict-Free Representation, (Doc. 242).
The Court questions each defendant on the record on potential conflicts, and ORDERED defendants to file Affidavits UNDER SEAL no later than December 15, 2023.
Court adjourned at 9:56 a.m.