UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517 |

**Consent Motion to Continue Pre-Trial Motion Deadline**

This matter is currently scheduled for a December 19, 2023 mediation, and a February 20, 2024 trial. R. Doc. 236.

At the most recent hearing, this Court expressed that if the case did not resolve at the mediation, the trial date would be continued.

There is, however, an impending pre-trial deadline: the December 19, 2023 deadline to file all "non-evidentiary pretrial motions, including Motions *in limine* regarding the admissibility of expert testimony." R. Doc. 236.

Because of the circumstances discussed between the Court and counsel at the hearing, Plaintiff asks that the pretrial motion deadline be continued, and reset if and when a new trial date is determined.

Defendants consent to this motion.

Respectfully Submitted:

*/s/ William Most*
**WILLIAM MOST (La. Bar No. 36914)**
**HOPE PHELPS (La. Bar No. 37259)**
**DAVID LANSER (La. Bar No. 37764)**
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 256-4615
Email: williammost@gmail.com

*Counsel for Plaintiff, Jerry Rogers, Jr.*

1