## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 2:20-cv-00517 |
| ) | |
| SHERIFF RANDY SMITH, DANNY ) | |
| CULPEPER, and KEITH CANIZARO, ) | |
| ) | |
| Defendants ) | |

### *EX PARTE,* CONSENT MOTION TO CONTINUE AFFIDAVIT DEADLINE

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, each in their official and individual capacities, who respectfully request a two-week continuance of the December 15, 2023 deadline set for subimssion of affidavits by Defendants.

Defendants note that this matter is currently scheduled for a December 19, 2023 mediation, and a February 20, 2024 trial. (R. Doc. 236). At the most recent hearing, this Court expressed that if the case did not resolve at the mediation, the trial date would be continued.

There is, however, a December 15, 2023 deadline by which Defendants must submit affidavits, as directed by the Court on November 30, 2023. (R. Doc. 277). An extension of this deadline is needed as counsel for Defendant, who was also directed to present an affidavit, is currently admitted for a procedure, as previously disclosed to the Court. Accordingly, counsel is not available for execution of the affidavit, or for preparation and coordination of other affidavits.

Defendant has conferred with Plaintiff's counsel who consents to an extension of the deadline from December 15, 2023 to December 29, 2023. Because of these circumstances, Plaintiff asks that the December 15, 2023 affidavit deadline be continued to December 29, 2023.

Respectfully submitted,

MILLING BENSON WOODWARD L.L.P.

_s/ Andrew R. Capitelli_
| | |
|---|---|
| CHADWICK W. COLLINGS, T.A. | # 25373 |
| ANDREW R. CAPITELLI | # 31649 |
| SARAH A. FISHER | # 39881 |

68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone:  (985) 292-2000
Facsimile:  (985) 292-2001
ccollings@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on December 5, 2023, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

_s/ Andrew R. Capitelli_
**Andrew R. Capitelli**