# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., ) | |
| ) | |
| Plaintiff ) | |
| v. ) | Case No. 2:20-cv-00517-JTM-DMD |
| ) | |
| SHERIFF RANDY SMITH**,** DANNY ) | |
| CULPEPER, and KEITH CANIZARO, ) | |
| ) | |
| Defendants ) | |

## <u>ORDER</u>

Having duly considered Defendant's *Ex Parte, Consent Motion to Continue Affidavit Deadline*, IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

The deadline by which affidavits must be submitted is hereby continued to December 29, 2023.

New Orleans, Louisiana, this _____ day of _____, 2023.


_____
**UNITED STATES JUDGE**
**EASTERN DISTRICT OF LOUISIANA**