# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517-JTM-DMD |

## ORDER

Having duly considered Plaintiff's *Consent Motion to Continue Pre-Trial Motion Deadline,* IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED.

The non-evidentiary pretrial motions is hereby continued to be reset at a later date.

New Orleans, Louisiana, this  6th  day of ___December___, 2023.

_____
UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA