# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR., <br><br> Plaintiff <br> v. <br><br> SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO, <br><br> Defendants | Case No. 2:20-cv-00517-JTM-DMD |

## ORDER

Having duly considered Defendant's *Ex Parte, Consent Motion to Continue Affidavit Deadline,* IT IS HEREBY ORDERED that Defendant's motion is GRANTED.

The deadline by which affidavits must be submitted is hereby continued to December 29, 2023.

New Orleans, Louisiana, this  6th  day of    December   , 2023.

_____
**UNITED STATES JUDGE
EASTERN DISTRICT OF LOUISIANA**