UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR.,<br>*Plaintiff* | CIVIL ACTION<br>NO.:  20-517 |
| VERSUS | SECTION:  "H" (1) |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO,<br>*Defendants* | JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

### ORDER RESCHEDULING SETTLEMENT CONFERENCE

At the request of counsel, the settlement conference currently scheduled for Tuesday, December 19, 2023, at 9:00 a.m., is **RESCHEDULED** for **Tuesday, January 9, 2024, at 9:00 a.m**. The court has received settlement memoranda submitted for the intended conference on December 19th.  No further submissions are allowed.

New Orleans, Louisiana, this 15th day of December, 2023.

Janis van Meerveld
United States Magistrate Judge