# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

December 11, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130



Re: Randy Smith, Sheriff, et al.
v. Jerry Rogers, Jr.
No. 23-513
(Your No. 22-30352)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

Scott S. Harris, Clerk