UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION NO. 20-517** |
| *Plaintiff* | * | |
| | * | |
| **VERSUS** | * | **JUDGE MILAZZO** |
| | * | |
| | * | |
| **RANDY SMITH, INDIVIDUALLY** | * | **MAG. JUDGE DOUGLAS** |
| **And IN HIS OFFICIAL CAPACITY** | * | |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER. AND** | * | **JURY DEMAND** |
| **KEITH CANIZARO** | * | |
| *Defendants* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE MOTION TO SUBMIT AFFIDAVITS FOR IN-CAMERA REVIEW AND INCORPORATED MEMORANDUM IN SUPPORT**

**NOW INTO COURT,** through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith ("Sheriff Smith"), Danny Culpeper and Keith Canizaro, who respectfully request that this Court grant their *Ex Parte Motion to Submit Affidavits for In-Camera Review* for the following reasons:

On September 14, 2023, Plaintiff filed a Motion to Determine Conflict-Free Representation and a memorandum in support.[1] The parties and their clients appeared for a hearing as to Plaintiff's motion on November 30, 2023.[2] After the hearing, Defendants were instructed to submit affidavits attesting to their consent to representation "Under Seal."[3] However, it is Defendants' appreciation that affidavits attesting to representation may be submitted to the judge for in-camera review, as

---

[1] R. Doc. 242 and 242-1.
[2] R. Doc. 274.
[3] R. Doc. 277.

opposed to filing under seal, especially as the affidavits may contain information related to the attorney-client privilege and/or discussions between counsel and Defendants.

On January 2, 2023, undersigned counsel contacted Judge Milazzo's chambers to inquire regarding same, and counsel was instructed that in order to submit Defendants' affidavits for in-camera review, as opposed to filing under seal, a motion needed to be filed making that request.

Defendants have conferred with Plaintiff's counsel regarding this motion prior to its filing. Opposing counsel consents to the relief requested.[4]

**WHEREFORE**, for the foregoing reasons, the parties respectfully request that Defendants' *Ex Parte Motion to Submit Affidavits for In-Camera Review* be granted.

        **Respectfully submitted,**

        **MILLING BENSON WOODWARD L.L.P.**

        *s/ Sarah A. Fisher*

| | |
|---|---|
| **ANDREW R. CAPITELLI** | **# 31649** |
| **SARAH A. FISHER** | **# 39881** |

        **68031 Capital Trace Row**
        **Mandeville, Louisiana 70471**
        **Telephone:   (985) 292-2000**
        **Facsimile:    (985) 292-2001**
        ccollings@millinglaw.com
        ***Counsel for Sheriff Randy Smith, Danny Culpeper and Keith Canizaro***

---

[4] In addition, per counsels' discussion, Plaintiff's counsel acknowledges and consents to the fact that Defendants' affidavits will be submitted following the court's determination on this motion.

**CERTIFICATE OF SERVICE**

 I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on January 3, 2024, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Sarah A. Fisher*
Sarah A. Fisher
