UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** *Plaintiff* | * * * | **CIVIL ACTION NO. 20-517** |
| **VERSUS** | * * * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** And **IN HIS OFFICIAL CAPACITY** **AS THE SHERIFF OF ST. TAMMANY PARISH, DANNY CULPEPER. AND KEITH CANIZARO** *Defendants* | * * * * * * | **MAG. VAN MEERVELD** **JURY DEMAND** |

*************************************************************************

## ORDER

**CONSIDERING** the *Ex Parte Motion to Submit Affidavits for In-Camera Review* filed by Defendants, Sheriff Randy Smith, Major Culpeper, and Captain Canizaro;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants' *Motion* is **GRANTED.**

New Orleans, Louisiana, this _____ day of January 2024.

_____
**UNITED STATES MAGISTRATE JUDGE**