UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| **Plaintiff** | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **IN HIS OFFICIAL CAPACITY** | * | **MAG. JUDGE VAN MEERVELD** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | **JURY DEMAND** |
| **KEITH CANIZARRO** | * | |
| **Defendants** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION TO WITHDRAW COUNSEL OF RECORD**

**NOW INTO COURT**, through undersigned counsel, come Defendants, St. Tammany Parish Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro, who consistent with LR 83.2.11, move that Chadwick W. Collings (#25373), be withdrawn from representation of Defendants in the above-captioned matter.  Defendants aver that Chadwick W. Collings has recently passed away, and therefore Defendants are unable to attain a signature from Mr. Collings for purposes of this motion.  Accordingly, Defendants respectfully request that this Honorable Court issue an Order withdrawing Mr. Collings as counsel of record in this matter.  Andrew R. Capitelli (#31649) and Sarah A. Fisher (#39881) will remain counsel of record.

**WHEREFORE,** Sheriff Randy Smith, Danny Culpeper, and Keith Canizaro, pray that their motion be granted.

[Signature on Last Page]

Respectfully submitted,

MILLING BENSON WOODWARD, L.L.P.

*s/ Sarah A. Fisher*

ANDREW R. CAPITELLI     (#31649)
SARAH A. FISHER   (#39881)
68031 Capital Trace Row
Mandeville, LA 70471
Telephone:    (985) 292-2000
Facsimile:     (985) 292-2001
acapitelli@millinglaw.com
sfisher@millinglaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on January 3, 2024, by using the CM/ECF system, which system will send a notice of electronic filing to appearing parties in accordance with the procedures established.

*s/ Sarah A. Fisher*
Sarah A. Fisher