## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JERRY ROGERS, JR.,** | * | **CIVIL ACTION** |
| Plaintiff | * | |
| | * | **NO. 20-517** |
| **VERSUS** | * | |
| | * | **JUDGE MILAZZO** |
| **RANDY SMITH, INDIVIDUALLY** | * | |
| **IN HIS OFFICIAL CAPACITY** | * | **MAG. JUDGE VAN MEERVELD** |
| **AS THE SHERIFF OF ST. TAMMANY** | * | |
| **PARISH, DANNY CULPEPER, AND** | * | **JURY DEMAND** |
| **KEITH CANIZARRO** | * | |
| Defendants | * | |

## **ORDER**

Pursuant to Defendants' Motion to Withdraw Counsel of Record:

**IT IS ORDERED** that the motion is hereby **GRANTED**, and that Chadwick W. Collings (#25373), is withdrawn from representation of Defendants. Andrew R. Capitelli (#31649) and Sarah A. Fisher (#39881) will remain counsel of record.

New Orleans, Louisiana, this _____ day of January 2024.

_____
**U.S. DISTRICT COURT JUDGE**