# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JERRY ROGERS, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 20-517** |
| **RANDY SMITH ET AL.** | **SECTION: "H"** |

## ORDER

    Plaintiff Jerry Rogers Jr.'s moved to Determine Conflict-Free Representation in light of a structural and potentially direct conflict of interest between Defendant Sheriff Randy Smith and Defendant Deputies Danny Culpeper and Keith Canizaro (Doc. 242). The Court granted his request and ordered Defendants and their counsel to submit affidavits for in-camera review addressing conflict of interest issues (Doc. 277). Having reviewed the affidavits in camera, this Court is satisfied that Defendants have been informed about any potential conflict, that they have waived that conflict, and that the Sheriff has agreed to indemnify the Deputy Defendants and pay for separate counsel if necessary.

    Accordingly;

    **IT IS ORDERED** that to the extent there is a conflict of interest between Defendants that conflict has been waived, and Andrew Capitelli may represent all Defendants.

    New Orleans, Louisiana this 9th day of January, 2024.

                                                  **JANE TRICHE MILAZZO**
                                                **UNITED STATES DISTRICT JUDGE**