MINUTE ENTRY
VAN MEERVELD
January 9, 2024

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JERRY ROGERS, JR.,<br>*Plaintiff* | CIVIL ACTION<br>NO.:  20-517 |
| VERSUS | SECTION:  "H" (1) |
| SHERIFF RANDY SMITH, DANNY CULPEPER, and KEITH CANIZARO,<br>*Defendants* | JUDGE JANE TRICHE MILAZZO<br><br>MAGISTRATE JUDGE<br>JANIS VAN MEERVELD |

A settlement conference was held on Tuesday, January 9, 2024.

PRESENT FOR:

*Plaintiff:*     William Most, Jerry H. Rogers, Jr., Darlene Rogers

*Defendants:*     Andrew Capitelli, Sarah Fisher, Sharon Linenfelser-Blevins

Negotiations were successful and resulted in the settlement of all claims. The material terms of the CONFIDENTIAL settlement were memorialized on the record, and shall remain under SEAL unless otherwise ordered by the Court. The U.S. District Judge's chambers have been notified. The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____<br>Janis van Meerveld<br>United States Magistrate Judge

```
MJSTAR: 04:00
```